**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENDA J. LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 05-01335 (RWR) |
| | ) |
| GORDON R. ENGLAND | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 26th day of August, 2005, via certified mail, return receipt requested, upon the United States Attorney as follows:

>Kenneth R. Wainstein, Esq.
>Interim United States Attorney
>Judiciary Center Building
>10th Floor
>555 Fourth Street, N.W.
>Washington, DC 20530

See Exhibit 1 (Copy of Certified Mail Card). I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 30th day of August, 2005, upon the Attorney General as follows:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530-0001

See Exhibit 2 (Copy of Certified Mail Card).

I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 13th day of September, 2005, upon the Defendant as follows:

>The Honorable Gordon R. England
>Secretary of the Navy
>Department of the Navy
>1000 Navy Pentagon
>Washington, DC 20530-1000

<u>See</u> Exhibit 3 (Copy of Certified Mail Card).

                                       Respectfully Submitted,

                                       _____/s/_____
                                       JOSEPH D. GEBHARDT
                                            (D.C. Bar No. 113894)
                                       CHARLES W. DAY, JR.
                                            (D.C. Bar No. 459820)
                                       GEBHARDT & ASSOCIATES, LLP
                                       1101 17th Street, N.W.
                                       Suite 807
                                       Washington, DC 20036-4716
                                       (202) 496-0400

September 26, 2005                 Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1-3 was served this 26th day of September 2005, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

>Kenneth R. Wainstein, Esq.
>Interim United States Attorney
>Judiciary Center Building
>10th Floor
>555 Fourth Street, N.W.
>Washington, DC 20530

_____/s/_____
CHARLES W. DAY, JR.