# EXHIBIT 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gordon R. England
   Secretary of the Navy
   1000 Navy Pentagon
   Washington, DC 20350-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  **LYNN H. BLEVINS**
X  **ADMINISTRATIVE ASSISTANT**
☐ Agent
☐ Addressee

B. Received by (Printed Name)  **TO THE GENERAL COUNSEL**

C. Date of Delivery: SEP 13 2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   DEPARTMENT OF THE NAVY
   OFFICE OF THE GENERAL COUNSEL
   WASHINGTON, D.C. 20350

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3267 7307

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Brenda Lee