# EXHIBIT 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gordon R. England
Secretary of the Navy
1000 Navy Pentagon
Washington, DC 20350-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X **LYNN H. BLEVINS**
□ Agent
□ Addressee

B. Received by (Printed Name)
**ADMINISTRATIVE ASSISTANT**

C. Date of Delivery
SEP 13 2

**TO THE GENERAL COUNSEL**

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSE
WASHINGTON, D.C. 20350

3. Service Type
☑ Certified Mail       □ Express Mail
□ Registered           ☑ Return Receipt for Merchandise
□ Insured Mail         □ C.O.D.

4. Restricted Delivery? (Extra Fee)     □ Yes

2. Article Number
(Transfer from service label)

7003 1010 0003 3267 7307

PS Form 3811, August 2001         Domestic Return Receipt         102595-02-M-1540

Brenda Lee