# EXHIBIT 1

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) AUG 2 6 2005   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kenneth C. Wainstein, Esq.<br>Interim United States Attorney<br>Judiciary Center Building,<br>10th Floor<br>555 Fourth Street, N.W.<br>Washington, DC 20350 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7003 1010 0003 3267 7314 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

Brenda Lee