# EXHIBIT 2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *Ernest L. Parke*  ☐ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*)  AUG 30 2005 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Alberto Gonzalez<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7003 1010 0003 3267 7321 |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

Brenda Lee