UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA J. LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 05-1335 (RWR) |
| | ) |
| GORDON R. ENGLAND | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Brenda J. Lee, by and through undersigned counsel, hereby moves this honorable Court to grant leave to amend her Complaint, and in support of her Motion states as follows:

1. Plaintiff filed a new formal administrative complaint of discrimination (DON 05-00024-01542) on August 1, 2005. This complaint raised claims of discrimination based on EEO reprisal, race, and age and issues of removal of work responsibilities, public humiliation, and non-promotion.

2. One hundred eighty days have passed since the filing of this new formal complaint, and Plaintiff is now entitled to file her Complaint in U.S. District Court. See 29 C.F.R. § 1614.407(b).

3. Plaintiff now seeks to amend her pending Complaint in

this Court to incorporate the claims and issues from her new formal complaint, as well as to make minor changes to conform the Complaint to the evidence discovered during the investigation of her new EEO complaint.

    4.   Undersigned counsel has made a good faith effort to speak with Marina Utgoff Braswell, attorney for Defendant, to request Defendant's consent to this Motion, but Ms. Braswell was not available by telephone.

    5.   For all these reasons, Plaintiff's Motion should be granted, and Plaintiff's First Amended Complaint deemed filed as of the date this Motion is granted.

                                Respectfully submitted,

                                _____/s/_____
                              JOSEPH D. GEBHARDT
                              (D.C. Bar No. 113894)
                              CHARLES W. DAY, JR.
                              (D.C. Bar No. 459820)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

February 6, 2006                Attorneys for Plaintiff