**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENDA J. LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) Civil Action No. 05-1335 (RWR) |
| | ) |
| GORDON R. ENGLAND | ) |
| SECRETARY OF THE NAVY | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Leave to File an Amended Complaint, Defendant's Response, if any, and the full record, it is hereby this ____ day of February, 2006, **ORDERED**:

1. That Plaintiff's Motion is GRANTED; and

2. That Plaintiff's First Amended Complaint is deemed filed as of the date of this Order.

 

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE