```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                      )
                                    )
        Plaintiff,                  )
                                    )
        v.                          ) Civil No. 05-1335 RWR
                                    )
GORDON R. ENGLAND, Secretary,       )
United States Navy,                 )
                                    )
        Defendant.                  )
                                    )
```

DEFENDANT'S UNOPPOSED MOTION FOR TWO-DAY ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), defendant moves for an extension of time of two days, to and including February 23, 2006, in which to file defendant's response to plaintiff's motion to amend her Complaint. Defense counsel has just this afternoon completed a deposition in another case before this Court, Moore v. Chertoff, Civil No. 00-953 (D.D.C.) (RWR), and needs to finish preparing for the anticipated motions' hearing in Moore tomorrow before this Court, which plaintiffs have requested. Accordingly, the additional two days are being sought in order to allow defense counsel the time needed to finish the response in this case in a thorough manner, and allow for appropriate reviews. This motion was not filed sooner because defense counsel thought that she would be able to finish the response by today. However, last week was taken up with a day of witness

preparation for an expert witness and two days of depositions of expert witnesses in <u>Moore</u> and the need for defense counsel to prepare and file two memoranda in <u>Moore</u>.  Thus, counsel had no time last week to finish preparing the response in the instant case.

Plaintiff's counsel have consented to this motion.

For the foregoing reasons, defendant respectfully requests that this unopposed motion be granted.

                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                      )
                                    )
        Plaintiff,                  )
                                    )
        v.                          ) Civil No. 05-1335 RWR
                                    )
GORDON R. ENGLAND, Secretary,       )
United States Navy,                 )
                                    )
        Defendant.                  )
                                    )
```

**ORDER**

UPON CONSIDERATION of the Defendant's Unopposed Motion for Enlargement of Time, it is this _____ day of _____, 2006 hereby

ORDERED that the motion is granted for good cause shown; and it is further

ORDERED that defendant shall have to and including February 23, 2006 in which to respond to plaintiff's motion for leave to amend her Complaint.

_____
UNITED STATES DISTRICT JUDGE

MARINA UTGOFF BRASWELL
Assistant U.S. Attorney
Judiciary Center Bldg.
555 4th St., N.W.
Washington, D.C. 20530
202-514-7226
202-514-8780 fax

Counsel for Defendant


Joseph D. Gebhardt, Esq.
Charles W, Day, Jr., Esq.
Rebecca M. Hamburg, Esq.
Gebhardt & Associates
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716

Counsel for Plaintiff