

**DEPARTMENT OF THE NAVY**
NAVAL SEA SYSTEMS COMMAND
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376-0001

IN REPLY TO
12713
Ser SEA 1072/064
1 September 2005

From: Acting, Command Deputy EEO Officer
To: Ms. Brenda J. Lee
c/o: Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, D.C. 20036-4716

Subj: NOTICE OF ACKNOWLEDGMENT FOR INVESTIGATION IN THE DISCRIMINATION COMPLAINT OF BRENDA J. LEE v. GORDON R. ENGLAND, SECRETARY OF THE NAVY, AGENCY # **DON 05-00024-01542**

Ref: (a) Your discrimination complaint dated 1 August 2005
(b) Acknowledgement of Receipt of Discrimination Complaint of 9 August 2005
(c) 29 CFR 1614

Encl: (1) EEO Counselor's Report of 12 August 2005

1. As noted above, your complaint dated 1 August 2005, reference (a), has been assigned agency docket number **DON 05-00024-01542** and acknowledged by reference (b). Please include this docket number on all future correspondence or other documents regarding this complaint.

2. Based on my review of reference (a) and enclosure (1), you have raised the following claims:

   a. *Whether you were discriminated against based on race (African American), age (DOB: 12/4/48) and reprisal (for prior EEO activity), when your supervisor reduced your workload by reassigning your duties and responsibilities for three major countries (Australia, Korean, and Egypt) to other co-workers;*

   b. *Whether you were discriminated against based on race (African American), age (DOB: 12/4/48) and reprisal (for prior EEO activity), when your supervisor made false accusation that your performance needed improvement; and*

   c. *Whether you were discriminated against based on race (African American), age (DOB: 12/4/48) and reprisal (for prior EEO activity), when you were not selected for the position of Program Analyst, GS-0343-13, under vacancy announcement number: NW4-0343-GS13-K0304145).*

3. Upon review of this complaint, and in accordance with reference (c), **claim 2(a) is acknowledged for investigation.**



Subj: NOTICE OF ACKNOWLEDGMENT FOR INVESTIGATION IN THE DISCRIMINATION COMPLAINT OF BRENDA J. LEE v. GORDON R. ENGLAND, SECRETARY OF THE NAVY, AGENCY # **DON 05-00024-01542**

4. If you believe that the claim in your complaint has not been correctly identified, please provide me written clarification, within seven (7) calendar days after your receipt of this letter, specifying why you believe the claim has not been correctly identified.

5. If you claim compensatory damages, you will need to provide objective evidence of compensatory damages and how they were caused by the alleged discrimination and/or reprisal. If you obtain the services of an attorney in this matter, you must give notice to the agency representative of the date those services were obtained.

6. The Office of Complaints Investigation (OCI), Defense Civilian Personnel Management Service, will be advised of the allegation accepted for processing. Once an investigator has been assigned, you will be informed of the identity of the investigator and when the investigation is expected to begin. When the investigation is concluded, the investigative file will be forwarded to the NAVSEA Deputy Equal Employment Opportunity Officer, who, in turn, will forward a copy to you.

7. Based on my review of reference (a) and enclosure (1), and in accordance with reference (c), **I am dismissing claim 2(b) for failure to state a claim.** Specifically, you fail show that you were harmed regarding your employment as a result of this alleged statement.

8. In addition, based upon my review of reference (a) and enclosure (1), and in accordance with reference (c), **I am dismissing claims 2(c) for untimely EEO Counselor contact.**

9. Equal Employment Opportunity Commission (EEOC) Regulation 29 C.F.R. 1614.105(a)(1) requires that complaints of discrimination should be brought to the attention of the EEO Counselor within forty-five (45) days of the date of the matter alleged to be discriminatory or in the case of a personnel action, within forty-five (45) days of the effective date of the action. With regards to claim 2(c), you stated that you learned that you were not selected for the position of Program Analyst, GS-13 when the selectee, Mr. Kipper, came on board and was introduced to you. Records show that Mr. Kipper was selected for the position on 25 February 2005 and the effective date of his reassignment was 3 April 2005. See EEO Counselor's Report, Attachments L & N. You did not contact the EEO Office regarding this matter until 17 June 2005 (EEO Counselor's Report, Attachment D, page 4), which is beyond the forty-five (45) day timeframe for contacting an EEO Counselor. Accordingly, **claim 2(c) is dismissed pursuant to 29 C.F.R. 1614.107(a)(2), for untimely contact with an EEO Counselor.**

10. With respect to the dismissed portion of your complaint, you do not have immediate appeal rights. If your complaint goes before EEOC, an administrative judge will review the dismissed claim. You will be advised of the appropriate appeal rights at that time.

52

Subj: NOTICE OF ACKNOWLEDGMENT FOR INVESTIGATION IN THE DISCRIMINATION COMPLAINT OF BRENDA J. LEE v. GORDON R. ENGLAND, SECRETARY OF THE NAVY, AGENCY # DON 05-00024-01542

11. If you have further questions concerning this matter, please contact me at 202-781-2674.

PATRICIA M. DYSON

Copy to: (w/encl)
Ms. Brenda Lee
2509 Southern Avenue, #301
Temple Hills, MD 20748

Department of Defense
Civilian Personnel Management Service
Office of Complaint Investigations
801 "I" Street, Room 229
Sacramento, CA 95814-2511

00L, Agency Representative

02/23/2006 14:18 202-781-4628 NAVSEA COUNSEL PAGE 10/10
Case 1:05-cv-01335-RWR   Document 13-2   Filed 02/23/2006   Page 3 of 3

53