## Formal Complaint of Discrimination

Agency Docket No: 05-00024-01542

1. **Name of Complainant (Last, First, MI):** Lee, Brenda J.

2. **Are you being represented?**
   ☒ YES (Complete No. 2a-2c below)
   ☐ NO (Continue with No. 3 below)

**Address (Include City/State/Zip):**
2509 Southern Avenue #301
Temple Hills, MD 20748

2a. **Name of Representative:** Joseph D. Gebhardt/Charles W. Day Jr.
2b. **Address (Include City/State/Zip):** GEBHARDT & ASSOCIATES, LLP, 1101 17th Street, N.W., Suite 807, Washington, DC 20036

**Home Telephone (Include Area Code):** (301) 630-5135

2c. **Work Telephone (Include Area Code):**
Comm: (202) 781-0703
DSN:

**Are you now working for the Department of the Navy?**
☒ YES (Complete No. 3a-3b)
☐ NO (Continue with No. 4)

3a. **Name of Activity where you work:** Naval Sea Systems Command (NAVSEA)
3b. **Street Address of your Activity (Include City/State/Zip):** 1333 Isaac Hull Avenue, Washington Naval Yard, DC

**Present Job Title, Series, and Grade:** Program Analyst GS-343-12

**Name and address of Navy Activity you believe discriminated against you (if different from No. 3a-3b):** same

**Date(s) on which most recent alleged discrimination occurred:**
Month / Day / Year

**You believe you were discriminated against on the basis of your (check all that apply):**
☒ RACE (Specify) African-American
☐ COLOR (Specify)
☐ NATIONAL ORIGIN (Specify)
☐ SEX (Check one) ☐ Male ☐ Female
☐ RELIGION (Specify)
☒ AGE (Specify date of birth)
☐ DISABILITY (Specify type)
  ☐ Mental (Please describe)
  ☐ Physical (Please describe)
☒ REPRISAL (Specify date and description of prior protected activity) testimony for Carolyn Bolling and my prior case (EEOC No. 100-2005-00491X, Agency No. DON 04-00024-010)

M 12713/2

Exhibit 1

2

Have you discussed your complaint with an EEO counselor? (Check one)
☒ YES (Fill in information below)   ☐ NO (Continue with No. 9)

Name of Counselor: Brenda J. Smith
Date of Initial EEO Contact: May 24, 2005
Date of Final Interview: July 25, 2005 (Notice of Right to File received)

Explain specifically how you were discriminated against, that is, treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical disability, or reprisal. If your complaint involves more than one allegation, list and number each allegation separately and furnish specific, factual information in support of each. Include basis/es - see No. 7 above (Use additional sheets if necessary)

Allegation No. 1: see attached informal complaints.

What specific corrective action do you want taken on your complaint? (If your complaint involves more than one allegation, state corrective action desired for each separate allegation.)

See attached.

According to the allegation(s) described in No. 9 above, have you:
☐ filed a grievance through the negotiated grievance procedure? If so, date filed: No
☐ filed an appeal with the Merit Systems Protection Board? If so, date filed: No
☐ filed a civil action in U.S. District Court? If so, date filed: No

Signature of Complainant: Brenda Lee
13. Date Signed: 8-1-05

TO BE COMPLETED BY THE ACTIVITY

14a. Received by: Lorena C. Briscoe (Signature)
Typed Name and Title: LORENA C. BRISCOE, EEO MANAGER
Activity Name and Address: NAVSEA, EEO OFFICE, 1333 ISAAC HULL AVE SE, WNY DC 20376
Telephone (Include Area Code) Comm: 202 781-3135
DSN: 326

15. Complaint was:
☐ Mailed:
Postmark date:
Receipt date:
☒ Hand-delivered:
Receipt date:

RECEIVED AUG - 1 2005
NAVAL SEA SYSTEMS COMMAND EEO OFFICE

3

06/01/2005  11:1  7024    04    GEBHARDT &    PAGE 06

RECEIVED
MAY 25 2005
GEBHARDT

## INFORMAL EEO COMPLAINT

I, Brenda J. Lee, am hereby filing a complaint of retaliation based on my prior EEO activity (i.e., my testimony in Carolyn Bolling's EEOC case and my Case No. DON 04-00024-010), my age (DOB 12-04-1948), and my race (African American) because I was deprived of significant job duties and responsibilities when the three major countries for which I was responsible — Australia, Korea, and Egypt — were reassigned, one of them — Australia — to a younger, much less qualified, white woman, Regina Graeve, on April 14, 2005. Present at the meeting where this occurred were Donald Seibel, Renee Dutton, Regina Graeve, Barbara Hall, and myself.

In addition, at the April 14th meeting at which Mr. Seibel stripped me of these major duties, he publicly made the false accusation that my performance needed improvement such that he had to reduce my workload. This stated reason is obviously pretextual for two reasons.

First, at my mid-year review in February 2005, Mr. Seibel had told me that I was "doing great" and did not raise any concerns about my performance. To date, Mr. Seibel has never indicated any specific concerns about the quality of my work.

Second, regarding the quantity of my work, Robert Bussink, my second-line supervisor, stated in a meeting on March 21, 2005, that I had the largest workload. Present at this meeting were Mr. Bussink, Mr. Seibel, Ms. Dutton, Ms. Hall, Ms. Graeve, and myself. Mr. Bussink and Mr. Seibel left the meeting so I could decide with Ms. Hall and Ms. Graeve which countries I would give up. I stated the name of each country I would give up, and Ms. Hall and Ms. Graeve chose whether they wanted to take it. Afterwards, we provided Mr. Seibel with our results, and a new list of assigned countries was circulated. Australia, Korea, and Egypt were not on the list of countries that I had given up.

This case's retaliatory and discriminatory nature is evidenced by management's unilateral decision to assign one of my major countries, Australia, to Regina Graeve, a younger, much less qualified, white woman of uncertain (possibly illegal) personnel status. Ms. Graeve has not been trained in Amendments and Modifications, the major requirements of country/case work,

4

and does not have a billet in our office. The only reasons that management would take a major country such as Australia away from me and assign it to a completely inexperienced, younger, white person like Ms. Graeve is to punish me for testifying in an EEOC case against management and for filing my own EEO complaint and because I am older and African American.

This diminution of my duties and responsibilities will almost certainly adversely impact my CCAS performance rating and my right to a successful desk audit.

I am asking as relief in this complaint that responsibility for Australia, Korea, and Egypt be reassigned to me, that the Agency pay me compensatory damages appropriate to the proof at trial, that I receive a clean record and expunction of all record of the reassignment of my countries, and the reasonable attorney fees and expenses of bringing this complaint.

My representatives in this complaint are attorneys Joseph D. Gebhardt, Charles W. Day, Jr., and Jared S. Gross, GEBHARDT & ASSOCIATES, LLP, 1101 17th Street, N.W., Suite 807, Washington, DC 20036-4716, (202) 496-0400, fax (202) 496-0404.

_____  5/24/05
BRENDA J. LEE           Date

CC: GEBHARDT & ASSOCIATES, LLP

## ISSUES

I believe that I was retaliated against for my prior EEO activity and discriminated against on the basis of my race (African American) and age (date of birth 12-4-48) when the following occurred:

1. I was deprived of significant job duties and responsibilities when three major countries (Australia, Korea, and Egypt) were reassigned to other co-workers on April 14, 2005;

2. My supervisor made a false public accusation that my performance needs improvement on April 14, 2005;

3. I was denied an interview and not selected for a GS-13 Program Analyst position for which I applied and was found qualified, and a less qualified white employee was selected.

## RELIEF REQUESTED

I am requesting as relief any and all remedies available under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and civil right law, including but not limited to the following:

1. Retroactive promotion to GS-343-13 to the earliest date retaliation or discrimination is found.

2. Full back pay and benefits retroactive to the earliest date retaliation or discrimination is found.

3. Compensatory damages in the amount warranted by the proof at trial. (Maximum $300,000.00).

4. Reassignment of responsibility for Australia, Korea, and Egypt back to me.

5. A clean record, including expunction of all record that my countries were reassigned.

6. Posting of notices at the Naval Sea Systems Command stating that discrimination and retaliation have occurred and are forbidden by law.

7. The reasonable attorney fees and expense of bringing this complaint, at prevailing market rates (<u>Laffey</u>) for the District of Columbia.

*Brenda J. Lee*  8/1/05
BRENDA J. LEE        Date

cc: Charles W. Day, Jr., Esq.
GEBHARDT & ASSOCIATES, LLP,
1101 17th Street, N.W.,
Suite 807
Washington, DC 20036-4716
(202) 496-0400
(202) 496-0404 (fax)
email: billday@covad.net

2

7