# INITIAL INTERVIEW – INTAKE

Date of EEO Office Contact: **27 Feb 2006**

Receipt Method: **X** Walk-In  ___ Fax  ___ Email  ___ Phone
___ Mail  ___ Other (please specify): _____

Complainant's Full Name: **Brenda J. Lee**

Social Security Number: **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**

DOB: **12/4/48**

Sex: **F**

Position Title: **Program Analyst**

Pay Plan/Series/Grade: **GS-343-12**

Org. Code: **SEA-63IC313**

Work Phone: (202) **781-0703**

Home Phone: (301) **630-5135**

Home Mailing Address: **2613 Southern Ave, Temple Hills, MD 20748**

Email address: **Brenda.J.Lee@Navy.Mil**

Anonymity Requested: ___ Yes  **X** No

Agency/Organization Where Complaint Arose: **Naval Sea Systems Command (SEA-63IC3)**

Exhibit 2

1

## INITIAL INTERVIEW – INTAKE (con't)

Basis: \_\_\_ Race _____

\_\_\_ Color _____

\_\_\_ Sex _____

\_\_\_ Religion _____

\_\_\_ Age _____

\_\_\_ National Origin _____

\_\_\_ Handicap – Physical _____

\_\_\_ Handicap – Mental _____

**X** Reprisal because of protected activity (identify): _____

\_\_\_ Other (please specify) _____

Claim: Hostile Environment. Constant Acts of Reprisal because of my EEO Activity. On 1/11/06 I was given a letter of Caution. On 2/15-2/17/06 I was put on leave without Pay after Calling in to my Supervisor (Don Seibel). (22 hours).

## INITIAL INTERVIEW – INTAKE (con't)

**Additional Background (if any) regarding alleged discriminatory action:**

I contacted via my Attorney NAVSEA file to Complaint about the letter of Caution.

**Date of Alleged Incident:** 2/15-17/06 + 1/11/06

**Reason (if any) that the contact date is beyond the 45-day timeframe:**

Lawyer Emailed Agency Attorney on 2/24/06

3

## INITIAL INTERVIEW – INTAKE (con't)

**Requested Relief:** Medical Expenses due to illness Related to Stress, And all leave taken Restored as a result of it, the Stre

**Representative's Name:** Gebhardt + Associates (Bill Day)

**Representative's Address:** 1101 17th St, NW Suite 807 Washington DC 20036

**Representative's Phone:** (202) 496-0400

**Attorney:** ✓ Yes ___ No

**Witness(es), if any:**

   **Name/Phone:** _____

   _____

   _____

**Would you consider utilizing Alternative Dispute Resolution (ADR)?**

___ Yes    X No

_____
**Signature of Intake Official**

27 Feb 2006
**Date of Intake**

4