UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA J. LEE,           )<br>                          )<br>     Plaintiff,         )<br>                          )<br>  v.                      ) Civil Action No. 05-01335 (RWR)<br>                          )<br>DONALD C. WINTER         )<br>SECRETARY OF THE NAVY,   )<br>                          )<br>     Defendant.          )<br>_____) | |

**JOINT MOTION FOR EXTENSION OF THE DISCOVERY PERIOD**

The parties, by and through their respective undersigned counsel, hereby move this honorable Court to extend the period for discovery from June 5, 2006 until July 31, 2006, and to reschedule the June 19, 2006 Status Conference to an appropriate, later date, and in support of their Motion state as follows:

1.  Discovery in this case is currently due to close on June 5, 2006. The parties are completing written discovery, and are still in the process of scheduling depositions, some of which are tentatively scheduled for the week of June 12, 2006. A Status Conference is currently scheduled for June 19, 2006.

2.  The parties are requesting this additional time to complete discovery in light of their respective heavy caseloads and the fact that defense counsel will be out of the country

from July 1 through July 15, 2006.

3. For all these reasons, the parties' Joint Motion should be granted, the period for discovery extended to July 31, 2006, and the Status Conference rescheduled for an appropriate, later date.[1]  A proposed Order accompanies this Motion.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| JOSEPH D. GEBHARDT | MARINA UTGOFF BRASWELL |
| (D.C. Bar No. 113894) | (D.C. Bar No. 416587) |
| CHARLES W. DAY, JR. | Assistant United States Attorney |
| (D.C. Bar No. 459820) | United States Attorney's Office - |
| GEBHARDT & ASSOCIATES, LLP | Civil Division |
| 1101 17th Street, N.W. | 555 4th Street, N.W. |
| Suite 807 | Washington, DC 20530 |
| Washington, DC 20036-4716 | (202) 514-7226 |
| (202) 496-0400 | |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |

June 5, 2006

---

[1] Defense counsel is unavailable for a Scheduling Conference between August 7 and August 11, 2006.