UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA J. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civil Action No. 05-01335 (RWR) |
| ) | |
| DONALD C. WINTER ) | |
| SECRETARY OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion for Extension of the Discovery Period, and the full record, it is hereby this \_\_\_\_ day of June, 2006, **ORDERED:**

1. That the parties' Joint Motion is GRANTED;

2. That the deadline for completion of discovery in the above captioned case is extended until July 31, 2006; and

3. The Status Conference in this case is rescheduled for the _____ day of _____, 2006, at \_\_\_\_\_ in courtroom _____.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE