```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                       )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )  Civil No. 05-1335 RWR
                                     )
GORDON R. ENGLAND, Secretary,        )
United States Navy,                  )
                                     )
        Defendant.                   )
_____ )
```

JOINT MOTION TO EXTEND DISCOVERY AND CONTINUE
THE AUGUST 4, 2006 STATUS CONFERENCE AND
<u>DEFENDANT'S UNOPPOSED MOTION TO ANSWER THE AMENDED COMPLAINT</u>

By Order dated July 17, 2006, this Court granted plaintiff's motion for leave to amend her complaint to add additional claims against defendant under Title VII of the Civil Rights Act. In light of this, the parties request an extension of the discovery period in this case and to continue the post-discovery status conference currently set for this Friday, August 4, 2006.

Plaintiff believes that a two-month extension of time would be sufficient. However, defense counsel is currently scheduled to be in trial September 12-22, 2006, and will be in trial preparation starting August 29, 2006. Many of the government witnesses in the case set for trial no longer work for the government and do not live in Washington, D.C. Therefore, trial preparation will involve numerous day trips

for defense counsel to meet with witnesses in their hometowns, some of which are two hours away or more.  This will necessarily require more time to be spent on trial preparation than would be necessary if no such travel were involved.

In light of this fact, plaintiff has graciously agreed to defense counsel's request that this joint motion seek an extension to November 17, 2006, for discovery in this case.  The need for this lengthy extension is not only based on defense counsel's trial schedule, but also on the fact that discovery in at least four other Title VII cases is also being pushed back to the period following trial.  Moreover, lead defense counsel in this case is also defense counsel in <u>Moore</u> v. <u>Chertoff</u>, Civil No. 00-953 (D.D.C.) (RWR), a putative class action case before this Court with numerous discovery issues and discovery demands that arise on a regular, frequent basis.

Accordingly, based on the foregoing, the parties jointly request that the discovery period in this case be extended to November 17, 2006, and that the post-discovery status conference set for August 4, 2006, at 9:45 a.m., be rescheduled for a date following November 17, 2006, although not for the day before or after Thanksgiving – <u>i.e.</u>, not November 22 or 24, 2006.

Additionally, defendant requests a brief extension of time

to answer the amended complaint -- to and including August 4, 2006.  Defense counsel is currently preparing a Court of Appeals' brief, has been involved in several discovery issues in Moore, and has witness preparation and a Rule 30(b)(6) deposition in that case in the next two days.  Additionally, since receiving the Court's July 17th decision, defense counsel has had to file four other briefs in different cases and prepare a witness and defend another deposition in Moore.

Plaintiff has consented to this request.

Accordingly, defendant also requests that the time for defendant to respond to the amended complaint be extended to and including August 4, 2006.

Executed this 31st day of July, 2006.

Respectfully submitted,

| | |
|---|---|
| JOSEPH D. GEBHARDT | KENNETH L. WAINSTEIN |
| D.C. BAR #113894 | D.C. BAR # 451058 |
| CHARLES W. DAY, JR. | |
| D.C. BAR #459820 | |
| GEBHARDT & ASSOCIATES, LLP | RUDOLPH CONTRERAS |
| 1101 17th Street, N.W. | D.C. BAR #434122 |
| Suite 807 | Assistant United States Attorney |
| Washing$^{to}$n, D.C. 20036-4716 | |
| (202) 496-0400 | |
| | MARINA UTGOFF BRASWELL |
| | D.C. BAR #416587 |
| | Assistant U.S. Attorney |
| | U.S. Attorney's Office |
| | 555 4th Street, N.W. |

3

                                        Washington, D.C. 20530
                                        (202) 514-7226

Counsel for Plaintiff       Counsel for Defendant

SO ORDERED:

_____      _____
DATE                                    UNITED STATES DISTRICT JUDGE