```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                        )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )  Civil No. 05-1335 RWR
                                      )
GORDON R. ENGLAND, Secretary,         )
United States Navy,                   )
                                      )
        Defendant.                    )
_____)
```

### JOINT MOTION TO EXTEND DISCOVERY AND CONTINUE THE DECEMBER 1, 2006 STATUS CONFERENCE

By Order dated July 17, 2006, this Court granted plaintiff's motion for leave to amend her complaint to add additional claims against defendant under Title VII of the Civil Rights Act. The parties have engaged in discovery concerning the amended complaint, including depositions, but still need to resolve the issue of defendant's access to plaintiff's medical records and to take approximately three more depositions.

In light of this fact, and given the difficulty of scheduling matters with witnesses' schedules in December, the parties request that discovery be extended to and including January 19, 2006. In light of this request, the parties also request that the Court reschedule the post-discovery status conference, currently set for December 1, 2006, to a date after January 19, 2006. Defense counsel notes that she will be in

trial February 20 - March 2, 2006.

Executed this 17th day of November, 2006.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | \_\_\_\_/s/_____ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR |
| D.C. BAR #113894 | D.C. BAR # 498610 |
| CHARLES W. DAY, JR. | |
| D.C. BAR #459820 | \_\_\_\_/s/_____ |
| GEBHARDT & ASSOCIATES, LLP | RUDOLPH CONTRERAS |
| 1101 17th Street, N.W. | D.C. BAR #434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, D.C. 20036-4716 | |
| (202) 496-0400 | |
| | \_\_\_\_/s/_____ |
| | MARINA UTGOFF BRASWELL |
| | D.C. BAR #416587 |
| | Assistant U.S. Attorney |
| | U.S. Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7226 |
| Counsel for Plaintiff | Counsel for Defendant |

SO ORDERED:

_____   _____
DATE                              UNITED STATES DISTRICT JUDGE