UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA J. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1335 (RWR) |
| | ) |
| DONALD C. WINTER | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR PROTECTIVE ORDER**

The parties, by and though undersigned counsel, hereby move this honorable Court to enter the attached Protective Order Limiting Disclosure and Use of Plaintiff's Medical Records pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. This Protective Order is necessary to protect Plaintiff's privacy while allowing Defendant access to medical records necessary to its defense. Plaintiff and Defendant agree that this Protective Order will facilitate the litigation and discovery process.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR |
| (D.C. Bar No. 113894) | (D.C. Bar No. 498610) |
| CHARLES W. DAY, JR. | |
| (D.C. Bar No. 459820) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS |
| Suite 807 | (D.C. Bar No. 434122) |
| Washington, DC 20036-4716 | Assistant United States Attorney |
| | |
| Attorneys for Plaintiff | /s/ |
| | MARINA UTGOFF BRASWELL |
| | (D.C. Bar No. 416587) |
| | Assistant United States Attorney |
| | U.S. Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, DC 20530 |
| | (202) 514-7226 |
| | |
| | Attorneys for Defendant |

January 16, 2007