```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                       )
                                     )
        Plaintiff,                   )
                                     )
     v.                              ) Civil Action No. 05-1335 (RWR)
                                     )
DONALD C. WINTER                     )
SECRETARY OF THE NAVY,               )
                                     )
        Defendant.                   )
                                     )
```

## PROTECTIVE ORDER LIMITING DISCLOSURE
## AND USE OF PLAINTIFF'S MEDICAL RECORDS

Plaintiff and Defendant, by and through their undersigned counsel, agree to entry of this Protective Order in the above-captioned case, which shall be effective upon Court approval and entry in the docket of this case. Plaintiff will provide Defendant with a full release for Plaintiff's medical records, and respond to Defendant's discovery requests for health care information, subject to Defendant's express agreement to abide by this Protective Order as of the date Defendant signs said Order, even though the Order may not yet be entered and approved by the Court.

1. In this case, Plaintiff alleges discrimination based on reprisal for prior EEO activity, her race (African American), and age (DOB 1948). As part of discovery in this action,

Defendant has requested all medical records and communications with medical professionals that relate to damages in this action.

    2.   The parties agree that all documents described in paragraph 1, including but not limited to responses and documents produced in response to the medical release executed by Plaintiff, Defendant's Interrogatories, and Defendant's Request for Production of Documents shall be produced to Defendant's counsel, on condition that they may be received and utilized only in this case and only by the following: (a) Defendant's counsel, (b) agency attorneys and legal staff working with Defendant's counsel and agency attorneys on this case, (c) medical consultants and experts engaged by Defendant's counsel to work on this case, and (d) outside contractors hired to copy, image, index, sort, or otherwise manage the storage and retrieval of case materials.

    3.   Plaintiff's medical records are not to be shown or discussed with any persons not specified above.  If Defendant determines that there is a need to show or discuss Plaintiff's medical records with persons not specified above, Defendant's counsel will contact Plaintiff's counsel to request Plaintiff's consent.  If Plaintiff objects to Defendant's counsel showing

and/or discussing Plaintiff's medical records with the additional persons requested by Defendant, the parties will seek a decision from the Court and ask the Court to take such measures as are warranted to preserve Plaintiff's privacy if disclosure is ordered.  Any person not specified above to whom disclosure is made shall agree not to further disclose the information provided.

    4.   Documents containing Plaintiff's medical information shall be filed under seal.

    5.   Nothing in this Order shall be construed as limiting the right of either party to introduce documents described in paragraph 1 into evidence at trial, subject to the Rules of Evidence and such privacy protections as the presiding Judge may deem appropriate.

1/16/07
———————
Date

*[signature]* Marina Utgoff Braswell
———————————————————————
MARINA UTGOFF BRASWELL, D.C. Bar #416587
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

Attorney for Defendant

1/16/07
———————
Date

*[signature]* Charles W. Day, Jr.
———————————————————————
JOSEPH D. GEBHARDT, D.C. Bar #113894
CHARLES W. DAY, JR, D.C. Bar #459820
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716
(202) 496-0400

Attorneys for Plaintiff

SO ORDERED THIS _____ day of January 2007.


———————————————————————
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

4