UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
BRENDA J. LEE,                  )
                                )
      Plaintiff,                )
                                )
   v.                           )  C.A. No. 05-1335 (RWR/JMF)
                                )
DONALD C. WINTER                )
SECRETARY OF THE NAVY,          )
                                )
      Defendant.                )
_____)
```

**JOINT MOTION TO EXTEND DISCOVERY
AND TO CONTINUE THE JANUARY 23, 2007 STATUS CONFERENCE**

The parties, by and through undersigned counsel, hereby move this honorable Court for an extension of the discovery period from January 19, 2007 to March 16, 2007 and to continue the Status Conference set for January 23, 2007 until the first available date after March 16, 2007, and in support of their Motion state as follows:

1.  By Order of this Court dated November 22, 2006, the Court extended the end of discovery until January 19, 2007 and set a Status Conference for January 23, 2007 at 10:30 a.m.

2.  Since that time, Plaintiff and Defendant have proceeded cooperatively in discovery, taken additional expert and fact witness depositions, and entered into a Protective Order to limit use of Plaintiff's medical records.

3.  The parties now need additional time to produce and review medical records before Plaintiff's deposition and to conclude the depositions in this case.  The parties anticipate that, in light of counsel for Defendant's trial schedule, the deposition of Plaintiff will take place on or about March 6, 2007.

4.  Counsel for Defendant is currently engaged in witness preparation for a two week trial in <u>Desmond v. Gonzales</u> scheduled to take place during the last two weeks of February.  In addition, during the next two weeks, counsel for Defendant will be taking depositions in the case of <u>Moore v. Chertoff</u>, which is currently before this Court.

For all these reasons, the parties' Motion should be GRANTED, discovery extended until March 16, 2007, and a Status Conference scheduled at an appropriate date thereafter.  A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR |
| (D.C. Bar No. 113894) | (D.C. Bar No. 498610) |
| CHARLES W. DAY, JR. | |
| (D.C. Bar No. 459820) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS |
| Suite 807 | (D.C. Bar No. 434122) |
| Washington, DC 20036-4716 | Assistant United States Attorney |
| | |
| Attorneys for Plaintiff | |
| | /s/ |
| | MARINA UTGOFF BRASWELL |
| | (D.C. Bar No. 416587) |
| | Assistant United States Attorney |
| | U.S. Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, DC 20530 |
| | (202) 514-7226 |
| | |
| January 19, 2007 | Attorneys for Defendant |