```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

BRENDA J. LEE,                    )
                                  )
        Plaintiff,             )
                                  )
   v.                             ) C.A. No. 05-1335 (RWR/JMF)
                                  )
DONALD C. WINTER                  )
SECRETARY OF THE NAVY,            )
                                  )
        Defendant.             )
_____)

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Extend Discovery and to Continue the January 23, 2007 Status Conference, and the full record, it is hereby this _____ day of January, 2007, **ORDERED**:

    1.   That the parties' Motion is GRANTED

    2.   That discovery shall be completed on or before March 16, 2007; and

    3.   That a post-discovery Status Conference in this matter is set for _____, 2007 in Courtroom _____.


                                                _____
                                                RICHARD W. ROBERTS
                                                UNITED STATES DISTRICT JUDGE