```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                      )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )  Civil No. 05-1335 RWR
                                    )
DONALD C. WINTER, Secretary,        )
United States Navy,                 )
                                    )
        Defendant.                  )
_____)
```

                JOINT STATUS REPORT ON MEDIATION

   The parties respectfully request that the Court extend the mediation period through July 31, 2007.  Plaintiff made Defendant an offer on May 15, 2007, to which Defendant intends to respond shortly.  However, agency counsel is currently out of the office through July 11, 2007.  Therefore, the time requested is to enable the parties to thoroughly pursue the possibility of settlement.

Executed this 6th day of July, 2007.

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR |
| D.C. BAR #113894 | D.C. BAR #498610 |
| CHARLES W. DAY, JR. | |
| D.C. BAR #459820 | _____/s/_____ |
| GEBHARDT & ASSOCIATES, LLP | RUDOLPH CONTRERAS |
| 1101 17th Street, N.W. | D.C. BAR #434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, D.C. 20036-4716 | |
| (202) 496-0400 | |
| | _____/s/_____ |
| | MARINA UTGOFF BRASWELL |
| | D.C. BAR #416587 |
| | Assistant U.S. Attorney |
| | U.S. Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7226 |
| Counsel for Plaintiff | Counsel for Defendant |