```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                          )
                                        )
        Plaintiff,                      )
                                        )
        v.                              ) Civil No. 05-1335 RWR
                                        )
GORDON R. ENGLAND, Secretary,           )
United States Navy,                     )
                                        )
        Defendant.                      )
_____)
```

STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Mediation in this case ended July 31, 2007, and the parties have found themselves at an impasse. Therefore, the parties propose the following schedule for the filing of dispositive motions as the next step in this litigation:

(1) any dispositive motions are to be filed on or before September 7, 2007;

(2) oppositions to dispositive motions are to be filed on or before October 5, 2007; and

(3) replies to dispositive motions are to be filed on or before October 24, 2007.

Executed this 2d day of August, 2007.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>JOSEPH D. GEBHARDT<br>D.C. BAR #113894<br>CHARLES W. DAY, JR.<br>D.C. BAR #459820<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, D.C. 20036-4716<br>(202) 496-0400 | _____/s/_____<br>JEFFREY A. TAYLOR<br>D.C. BAR # 498620<br><br>_____/s/_____<br>RUDOLPH CONTRERAS<br>D.C. BAR #434122<br>Assistant United States Attorney<br><br>_____/s/_____<br>MARINA UTGOFF BRASWELL<br>D.C. BAR #416587<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-7226 |
| Counsel for Plaintiff | Counsel for Defendant |

SO ORDERED:

_____     _____
DATE                                UNITED STATES DISTRICT JUDGE