UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                          )
                                        )
        Plaintiff,                      )
                                        )
        v.                              ) Civil No. 05-1335 RWR
                                        )
GORDON R. ENGLAND, Secretary,           )
United States Navy,                     )
                                        )
        Defendant.                      )
_____ )

## DEFENDANT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Defendant hereby moves to amend the briefing schedule adopted by this Court by Minute Order dated August 28, 2007, in order to allow for a brief extension of time for the filing of dispositive motions.  Although defendant's dispositive motion has been drafted, defense counsel has been unable to complete the motion for review and filing by the date due because this week she will have been in depositions three of the four business days and had to file two motions for summary affirmance in the Court of Appeals.  Next week she has two days of depositions and a motions' hearing in a different case.  In light of the foregoing schedule, defendant requests that the following amended briefing schedule be adopted:

(1) any dispositive motions are to be filed on or before September 17, 2007;

(2) oppositions to dispositive motions are to be filed on

or before October 15, 2007; and

    (3) replies to dispositive motions are to be filed on or before November 5, 2007.

    Plaintiff's counsel has informed defense counsel that plaintiff will not oppose this request for extension.[1]

    For the foregoing reasons, defendant respectfully requests that this motion be granted.

             Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

---

    [1] Plaintiff's counsel's exact response to defendant's request is as follows: "We intend to file a response to the Motion for Extension today, but our response will not oppose the extension. Please so inform the Court." Since defense counsel had not indicated in her request to plaintiff's counsel which day she would be filing her motion for extension of time, she did not quite understand plaintiff's counsel's response, and for this reason has repeated it verbatim.

SO ORDERED:

_____          _____
DATE                                      UNITED STATES DISTRICT JUDGE