# ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - -x

BRENDA J. LEE,                  :

        Plaintiff,              :

vs.                             :        Civil Action No: 05-1335 (RWR)

GORDON R. ENGLAND,              :

SECRETARY OF NAVY,              :

        Defendant               :

- - - - - - - - - - - -x

Washington, D.C.

Tuesday, March 6, 2007

Whereupon,

BRENDA J. LEE

the Witness, called for examination by Counsel for the

Defendant, pursuant to notice and agreement of counsel as to

time and place, at 555 4th Street, NW, Washington, D.C., where

were present on behalf of the parties:

EXH. 1

Civil No. 05-1335 RWR

1    A    I'm going to have to read it to ---

2    Q    Well, why don't you look through it and look at the

3  end.    It appears to be your signature at the end.

4         (Pause.)

5         THE WITNESS:  Okay.

6         BY MS. BRASWELL:

7    Q    Does this look familiar?

8    A    Yes.

9    Q    All right.  Why don't you look at page 7, please.  I

10  just want to make sure I understand.  I believe this is a

11  listing of your prior complaints of discrimination.  Does that

12  look right?

13   A    Yes.

14   Q    Okay.  And the first one you list was an informal

15  complaint, reprisal for testifying in Carolyn Bolling's case,

16  and that was in December of 2002.  You see that first one?  A,

17  look at A, the very first one at the top.

18   A    Oh -- A.

19   Q    What happened with that complaint?  Did it get

20  dismissed or did you -- it doesn't appear that you filed a

21  formal complaint.  Am I right?

22   A    I don't, I don't recall here.

23   Q    Okay.  Do you remember -- do you see under B, where

24  it says Informal Complaint for February 3rd, 2003?  Do you see

25  that?

1     A     And Mr. Seibel, I think.

2     Q     Mister who?

3     A     Mr. Seibel was my supervisor.

4     Q     And Mr. Seibel was involved in your promotion to the

5  GS-12?

6     A     Yes.

7     Q     Do you remember when Mr. Seibel first became your

8  supervisor?

9     A     No, I sure don't.

10    Q     Okay.  My understanding is that you became a GS-12

11 program analyst in 1991.  Does that sound right?

12    A     I don't remember.

13    Q     Okay.

14          (Pause.)

15          MS. BRASWELL:  We'll probably refer to this again

16 anyway so let's make this an exhibit.

17          (Lee Deposition Exhibit Number 2 marked for

18 identification.)

19          BY MS. BRASWELL:

20    Q     Do you recognize this document, Ms. Lee?

21    A     I think so.

22    Q     If you look at page, look at page 4, paragraph 9, at

23 the very last sentence it says, "Since assuming her duties as

24 a GS-12 program analyst in 1991" -- does that sound right in

25 terms of when you became a GS-12?

22

1    A    I don't remember but we can go with that.

2    Q    Well, this is your complaint, Ms. Lee.

3    A    I don't remember.

4    Q    This is what's in your complaint in this case.  Do

5    you have any reason to believe that's wrong?

6         (Pause.)

7         THE WITNESS:  Oh, okay.  No.  No, I -- no.

8         BY MS. BRASWELL:

9    Q    Do you think that's right, it was 1991?

10   A    I don't remember.

11   Q    Okay.  Is the GS-12 something that is called a full

12   performance level, you can't be promoted beyond it without

13   being a GS -- without competing?  Is that right?

14   A    I believe so.  I'm not sure.

15   Q    Do you know if you can be promoted to the GS-13 in

16   your position without competing for it?

17        MR. DAY:  Objection, asked and answered.  Go ahead.

18        THE WITNESS:  Because when I applied for, for the

19   12, it didn't -- no, I can't not be.  I cannot be promoted in

20   my job without competing for it unless it's by means of

21   accretion of duties.

22        BY MS. BRASWELL:

23   Q    Okay.  What do you do as a GS-12?  What are your job

24   duties?

25   A    I am -- I work in the Case Development Branch and I

23

1   do MODs, amend minutes. In other words, I develop the

2   contract for the foreign customers which involves the LOA,

3   MODs, amendments, P&As.

4        Q     Well, what --

5        A     P&A --

6        Q     What does that term --

7        A     P&A is pricing and availability. The LOA is the

8   letter for offer and acceptance to the foreign customer. The

9   amendment is an amendment to the basic letter of offer and

10  acceptance. The modification is a MOD where the amendment

11  requires the customer's signatures. The modification can be

12  done without the customer's signature.

13       Q     Okay.

14       A     And, and the amendment is a change in scope whereas

15  the modification is not a change in scope. It cannot be a

16  change in scope.

17       Q     What is it your foreign -- I'm sorry, go ahead.

18       A     Oh, you asked me what, what did I do.

19       Q     Yeah, keep going.

20       A     Okay. And I, I am the quality assurance specialist.

21  I review all of the case managers' work, everybody work come

22  across my desk that for those countries that I handle and I am

23  the final review and the final release on those cases to Navy

24  IPO. So I have to make sure that the work done by the case

25  managers are in accordance with the security -- I mean with

```
 1         A     I guess my age. She's probably a few months younger
 2    than me.
 3         Q     And how old is Barbara Hall?
 4         A     I think Barbara Hall is probably 47, 48.
 5         Q     And when were you born?
 6         A     December 4th, 1948.
 7         Q     Okay.  And at some point did a Regina Grave come to
 8    work as a program analyst?
 9         A     Yes.
10         Q     When did she come?
11         A     February 2005, I believe.  I believe it was 2005.  I
12    know if was in February; I'm sure of that, but --
13         Q     Okay.  Are you familiar with something called an
14    open continuous vacancy announcement?
15         A     Yes.
16         Q     And what's your understanding of what that consists
17    of?
18         A     A open continuous, it was my understanding that an
19    open continuous vacancy announcement is one -- let me get it
20    right now.  An open -- for an open continuous announcement,
21    it's not as specific.
22         Q     It's not for a particular job?
23         A     It's not for a particular job, correct.
24         Q     And is the idea, to your understanding behind an
25    open continuous vacancy announcement, that employees can
```

27

1  express an interest in a particular type of job so that if

2  there's an opening in the future, they've already expressed an

3  interest?

4      A    Correct.  And a open continuous normally does not

5  specify a area of expertise, the area of expertise, and a

6  closing date, and specific, the specific, as supervisor or

7  whatever.

8      Q    Okay.  Did you receive training from Navy in what

9  the open continuous announcement consisted of?

10     A    Well, there's been a lot of changes but when I was

11 the office manager, I did -- I handled all personnel actions.

12 I dealt very closely with classification and, and staffing, so

13 I was familiar with the X-113 and so forth, very familiar with

14 that because it was my job to do all personnel work.

15     Q    And is that when you were a staff assistant?

16     A    When I was a staff assistant.

17     Q    Okay.

18     A    So, you know, the laws have changed and I don't

19 know.

20     Q    All right.  Are you familiar with something at Navy

21 called the Standard Automated Inventory and Referral System,

22 something called a STAIRS?

23     A    Yeah.

24     Q    Okay.  Did you receive training in that?

25     A    No, I don't think so.

28

1    Q    You had no training in what the STAIRS was or what

2  it meant?

3    A    I'm not going to remember.  STAIRS, I know what it

4  -- yeah, I know it was for the -- for a vacancy -- I mean for

5  applying for jobs, but I don't recall having training in it.

6    Q    Okay.

7    A    But that was --

8    Q    Were you ever told, in connection with the open

9  continuous vacancy announcement, that you needed to put a

10  resume into the Navy's resume builder or Resumix (phonetic)?

11    A    Yes.

12    Q    Okay.  And were you informed that in order to be

13  able to be considered for a job under the open continuous

14  vacancy that you had to have your resume in Resumix?

15    A    Yes.

16    Q    All right.  Do you remember when you first put your

17  resume into Resumix?

18    A    I, I think I -- no, I don't recall when I first put

19  it in there but -- no, I don't recall.

20    Q    Okay.  At some point you requested from your boss an

21  accretion of duties promotion.  Is that right?

22    A    Correct.

23    Q    Do you remember when that was, when you first made

24  that request?

25    A    I don't, no, I don't.  Let me see, when did I -- I

29

```
 1   don't, I don't know if it was prior to -- I don't know.  I
 2   don't recall when.
 3        Q    Okay.  Let's take a look at this exhibit.
 4             MS. BRASWELL:  Which we're up to 4.  Is that right?
 5             COURT REPORTER:  Uh-huh.
 6             (Lee Deposition Exhibit Number 4 marked for
 7   identification.)
 8             BY MS. BRASWELL:
 9        Q    This is a series of e-mails between you and Mr.
10   Randolph?
11        A    Yes.
12        Q    Was Mister -- what position did Mr. Randolph hold in
13   your supervisory chain?
14        A    He was the third level.
15        Q    Okay.  This series of e-mails starts with, because
16   you start from the bottom and go up.  It starts with July
17   2004.  Do you see that?
18        A    Yes.
19        Q    Is that the first time that you brought up the issue
20   of a desk audit or had you asked for one previously?
21        A    I never asked for a desk audit.
22        Q    I'm sorry.  Was that the first time you brought up
23   the subject of a possible desk audit or had you asked
24   previously about this?
25        A    I never brought up the desk audit, period.
```

37

1    by way of accretion of duty.

2         Q    Do you know or are you guessing?

3              MR. DAY:  Objection, mischaracterizes the testimony.

4    Go ahead and answer.

5              THE WITNESS:  I don't know.

6              BY MS. BRASWELL:

7         Q    Okay.  All right.  I believe you testified that, I

8    think you said either Mr. Randolph or Mr. Seibel said to you

9    that in order for you to be considered for any kind of

10   accretion of duties promotion there would have to be a desk

11   audit.  Is that correct?

12        A    Mr. Seibel -- I mean Mr. Randolph, yes.

13        Q    Okay.  And just -- did Mr. Randolph tell you whether

14   or not you would have to compete for the position if the grade

15   level was raised?

16        A    Yes.

17        Q    Okay.  And so you never asked for a desk audit,

18   correct?

19        A    No, I did not.

20        Q    All right.

21             MS. BRASWELL:  Let's move -- we're going to take

22   just a quick five minute break.

23             (Whereupon, a brief recess was taken.)

24             BY MS. BRASWELL:

25        Q    Ms. Lee, what position did Rochelle Austin hold?

38

1    A    I don't know.  She, she did the budget.  I don't

2 know what her title, what title she held.

3    Q    You testified earlier that you knew there was a

4 freeze on accretion of duties.  Do you know when that was?

5    A    I don't know that there was a freeze.  That's what I

6 -- Mr. Randolph said that there was a freeze.

7    Q    Okay.  And do you have any knowledge that there was

8 no freeze?

9    A    No, I don't know what -- I don't get involved in

10 personnel anymore so I don't -- I wouldn't know unless he told

11 me, someone told me.

12    Q    Okay.  And just to make sure I understand correctly

13 your conversations with Mr. Randolph.  Well, first off, did

14 you speak to Mr. Randolph about the accretion of duties or Mr.

15 Seibel or both?

16    A    Both.

17    Q    And when you spoke to Mr. Seibel about an accretion

18 of duties, did Mr. Seibel say anything about whether or not if

19 you had a desk audit and it showed that your -- let me finish

20 my question -- if you had a desk audit and it showed that your

21 job could be classified at a higher level, whether or not you

22 would have to compete for that?

23    A    Mr. Seibel mentioned -- made no mention of a desk

24 audit.

25    Q    Okay.

A Mr. Randolph mentioned a desk audit and he told me that if, if I did a desk audit, if it was classified at the higher level, I could -- I would have to compete and I stood a great chance of losing out on the position and that was why I decided not to do the desk audit.

Q Well, now --

A Because the possibility was I could lose my job.

Q Well --

A And be out of a job.

Q A desk audit, you said that if a desk audit could result in your job being reclassified, but a desk audit could also have resulted in management deciding to take away certain duties, correct?

A Correct.

Q Okay.

A It could have.

Q In which case your job wouldn't have been reclassified at a higher level, would it, if they took job, if they took some job duties away?

A I don't --

Q Do you understand my question?

A No, I don't, I don't.

Q Okay. If a desk audit was done of your job and the results of the desk audit said that your job could be classified at a higher level, you understood, didn't you, that

1    management could take away some of those duties so that your

2    job would stay classified at the same level, correct?

3        A    Correct, and that would have been fine.

4        Q    Right.  Because that's management's right --

5        A    That would have been fine.

6        Q    -- to do, correct?

7        A    Why not just explore it and keep me working.  That

8    would have been fine.

9        Q    Okay.  And so Mr. Randolph informed you that if a

10    desk audit result in your job having the possibility of being

11    reclassified at a higher level, that if they decided to go

12    that route they would compete the job, correct?

13        A    Correct.

14        Q    All right.  And you would have to compete for it as

15    well?

16        A    Correct.

17        Q    All right.  And you never asked for a desk audit.

18    Is that right?

19        A    After he told me that there was a possibility that I

20    could lose out on the job, no, I did not.

21        Q    Okay.  Did you speak to anybody in personnel about

22    this?

23        A    No.

24        Q    All right.

25            MS. BRASWELL:  Let's take a look at -- this will be

41

1  Exhibit Number 5.

2          (Lee Deposition Exhibit Number 5 marked for

3  identification.)

4          BY MS. BRASWELL:

5      Q    I'm sorry, just to make sure that I got, that I got

6  this right, did Mr. Randolph tell you that there was a freeze

7  on accretion of duties promotions?

8      A    I believe so.

9      Q    Okay.  Can you please take a look at what I've just

10  handed you and have you ever seen this document before?

11      A    Yeah, yes.

12      Q    And this was an announcement for a particular job.

13  Is that right?

14      A    Correct.

15      Q    And am I correct that if you wanted to be considered

16  for this job you needed to have your resume in the open and

17  continuous vacancy announcement?

18      A    Yes.

19      Q    Okay.  And at the time this flyer -- do you remember

20  when this flyer came out?

21      A    I remember seeing it but this was not the job that I

22  wanted to apply for.

23      Q    Okay.  And at the time this flyer came out, did you

24  have your resume in the Resumix or the resume builder?

25      A    I don't recall if I had it in there then.  This was

42

1   April 27 when it close, April 27.  I don't --

2        Q    It said -- I'm sorry, go ahead.

3        A    I don't recall if I had my, mine in Resumix then.

4        Q    And the date here, this was going -- this has a date

5   of April 27th, 2004, correct?

6        A    Yes, the closing date, yes.

7        Q    Okay.  And you don't know if you had your resume in

8   the resume builder at that point, correct?

9        A    I -- it might have been in there but it might have

10  expired.  I might have had to extend it out but I don't, I

11  don't recall if it was for this one.  Maybe not for this one.

12       Q    Okay.

13       A    I mean, it might have been in Resumix, but like I

14  said, it's a, it's a closing -- they only do it for, I forget

15  how long, and then I might have not had extended my, whatever

16  I need to go in there and do.

17       Q    Do you --

18       A    But this -- I'm sorry.

19       Q    Sorry, go ahead.

20       A    This is not a job -- this is not the job that I was

21  waiting to be advertised.  It was a specific one because of

22  the -- and like I say, because of the countries that I did,

23  all of those countries were listed.

24       Q    Okay.

25       A    All of the countries that I did, it had -- they had

43

1  been advertised like this. They would have had all of the

2  countries that I did now, that I now do, and I'm familiar with

3  those countries, and all countries, the requirements are not

4  the same so I wouldn't have to learn anymore. I would just go

5  to -- went ahead with my work.

6         Q    Okay. I'm still back on a different issue.

7         A    Okay.

8         Q    Which is --

9         A    Okay.

10        Q    Which is do you know if you had your resume in

11  resume builder as of April 27th, 2004?

12        A    I, I really don't recall when I put it in there.

13        Q    Okay. And you were not interested in this

14  particular position. Is that correct?

15        A    No, because I knew another one was coming open that

16  I knew that I could have probably got, the one that Kathy Ton

17  left.

18        Q    Where?

19        A    It was in the same office. I said Kathy Ton, the

20  position that Kathy Ton vacated was the position that I was

21  waiting to apply for but they never advertised it. They just

22  --

23        Q    What's your understanding of how this particular

24  position that's listed in Plaintiff's Deposition Exhibit 5 was

25  filled?

1    A    Say that again.

2    Q    What's your understanding of how the position listed

3  in Exhibit Number 5 was filled?

4    A    This position was done by way of reassignment.

5    Q    Who was reassigned?

6    A    Kathy Ton was reassigned into this position.

7    Q    And who is Kathy Ton?

8    A    Kathy Ton used to work in the -- in -- under Ray

9  Ashenfelder.  She worked in the, in the SEA63IC1 branch.

10    Q    And since she was reassigned into this position was

11  she already a GS-13?

12    A    Yes.

13    Q    Okay.  Do you know at the time she was reassigned

14  whether or not a certificate, a competitive certificate had

15  been developed with respect to this particular position that's

16  listed in Exhibit 5?

17    A    I believe so.

18    Q    Okay.  And to your knowledge, you weren't on that

19  certificate, right?

20    A    No.  No, I was not on it.

21    Q    Do you know who was involved in creating that

22  competitive certificate?

23    A    No.  The Northwest office, I guess.  Wouldn't they

24  do that?  I don't know.

25    Q    Do you know who decided to reassign Ms. Ton?

64

```
 1      Q     Was Mr. Seibel there?

 2      A     I can't remember if he was there.

 3      Q     What about Mr. Randolph?

 4      A     No.

 5      Q     Okay.  Was Ms. Grave new to the office at that

 6  point?

 7      A     Yes.

 8      Q     Okay.  And how, how new was she?  How, how -- when

 9  did she arrive?

10      A     This was March 22nd and I -- I forgot what year --

11  March 22nd --

12      Q     2005.

13      A     -- 2005 was the year of this meeting, right?

14      Q     Right.

15      A     Okay.  So she came to, she came to work in February.

16  She came to work at 63 -- I mean not 63, but in my particular

17  branch in February.

18      Q     So she had been there about a month?

19      A     About a month.

20      Q     Before this meeting.  And prior to this meeting,

21  between you and Ms. Hall and Ms. Dutton, it was just the three

22  of you who were program analysts, right?

23      A     Correct.

24      Q     All right.  Who would you say had the heaviest

25  workload between the three of you?
```

1    A    I did at the time.

2    Q    Okay.

3    A    That was the meeting, the purpose for the meeting on

4 the 22nd of March.

5    Q    Okay.  And so what was the purpose of the meeting?

6    A    To, to -- so I could decide which one of the

7 countries, my countries I wanted to give up because they had

8 done a work analysis and found out that my workload was

9 heavier than the other --

10    Q    Okay.

11    A    -- the other one.

12    Q    So who was responsible for assigning countries to

13 program analysts?

14    A    Who's responsible?

15    Q    Uh-huh.

16    A    It should be the supervisor.

17    Q    Okay.  All right.  So what was said at the March

18 2005 meeting?

19    A    Mr. Bussink called the meeting and he said he --

20 they did an analysis of the workload and found out that I had

21 the largest workload and he wanted me to decide which

22 countries I would give up to Barbara, to Barbara and Regina.

23 I decided which one I would give up and they accepted it and

24 Mr. Bussink -- I mean Mr. Seibel in turn, they took the

25 results back to him.  He put out a e-mail saying -- to

66

1  everybody saying that this is what has happened and that was

2  it.

3       Q     Okay.

4       A     Until that April.

5       Q     And in March, do you remember what countries you

6  agreed to give up?

7       A     It was the small ones.  It was -- I don't -- I know

8  Thailand was one that Regina got.  It was very small

9  countries.  I know Thailand.  What else did I give up?  I gave

10  up the little ones that didn't have a lot of work, didn't have

11  a lot of work.

12       Q     Okay.

13       A     I don't remember all of the names because it was --

14  I probably gave up about, probably about six, three, three

15  probably to Renee and probably three to Barbara.

16       Q     And there wasn't much work on the countries that you

17  gave up?

18       A     No, those were the smaller ones.

19       Q     And so am I right, there wasn't much work associated

20  with those?

21       A     With those countries, no.

22       Q     There was not?

23       A     No.

24       Q     Okay.  And did you, though, at that meeting also

25  give up Korea?

1    A    No.

2    Q    Okay.

3    A    I did and I, I sent an e-mail out later to say I

4  changed my mind, and it was agreed that I changed my mind.

5  Then the final, the final e-mail was put out to the

6  organization saying that -- to show where I had taken Korea

7  back.

8    Q    Now, when you say you gave, you know, you gave

9  countries up, you took things back, that was still subject to

10  approval by your supervisor, correct?

11    A    No.  He, he -- they asked me to decide which one.

12  They didn't -- they wasn't, they wasn't going to be involved

13  in it.  They wanted us to do it amongst the four of us.

14    Q    I understand they wanted you to decide which ones

15  you wanted to give up, but it was still subject to their

16  approving what you did, correct?

17    A    Yes, and it was approved.

18    Q    Okay.

19    A    Yes.

20    Q    I just want to make sure you answer my question.

21    A    Yeah, I did.

22    Q    I understand that you're saying that, you know, you

23  all were told to try and decide how to do the countries, but

24  whatever you did was still subject to approval by your

25  supervisors, correct?

68

1      A      Correct.

2      Q      All right.  And so you gave up Korea but then you

3  told them you wanted to take it back?

4      A      Right.

5      Q      All right.  And then there was a meeting a month

6  later, in April, correct?  That's what we were talking about

7  right before lunch, an April 14th, 2005 meeting?

8      A      Correct.

9      Q      Okay.  And the issue of the redistribution of the

10  countries came up again, right?

11     A      Yes.

12     Q      And who was present at that meeting?

13     A      Everybody except for Mr. Bussink.

14     Q      Okay.  And why don't you say who everybody was.

15     A      Oh, Regina Grave, Barbara Hall, Renee Dutton and Mr.

16  Seibel at this one, and myself.

17     Q      So Ms. Hall, Ms. Grave, Mr. Seibel, Ms. Dutton and

18  you?

19     A      Yes.

20     Q      Okay.  How did the subject of the redistribution of

21  countries come up?

22     A      Mr. Seibel said the reason he was at that meeting

23  was so that he could redistribute the countries again, and

24  everybody was shocked by it, and he said, he said that he was

25  taking Korea, Egypt and Australia from me so I could bring up

69

1  the quality of my work.

2      Q    Okay.

3      A    And I --

4      Q    I'm sorry.  So he said Korea, Australia and who --

5      A    Egypt.

6      Q    Who was given Korea?

7      A    Barbara Hall.

8      Q    And who was given Australia?

9      A    Regina Grave.

10     Q    And who was given Egypt?

11     A    Barbara Hall.

12     Q    Did you ask him why he was giving -- why he was

13 doing this redistribution?

14     A    Yes, and that's what he said, so I could bring up

15 the quality of my work.

16     Q    What else was said at this meeting?

17     A    I asked him why didn't I know that the quality of my

18 work was poor, and it was at that point that I think Regina

19 spoke up and say, if that's the case, Don, then you need to

20 discuss this with her outside of this meeting, and --

21     Q    What did he say in response to that?

22     A    He talked more about it.

23     Q    Okay.  So just to make sure I understand exactly

24 what was said, Mr. Seibel said he wanted -- he was going to

25 change the way the countries were distributed and he was going

70

1 | to -- and Korea, Australia and Egypt were going to be done by

2 | other individuals, correct?  You need to answer yes or no.

3      A     Yes.

4      Q     Okay.  I understand this is hard for you and --

5      A     Yeah, because I -- so much to this organization and

6 | to be treated like this -- and then to be questioned.

7      Q     I'm sorry, Ms. Lee, but I'm sure you can understand,

8 | I have to ask these questions, and we can take a break

9 | whenever you want, okay?  Okay?

10     A     Yes.

11     Q     Do you want a break now?

12          MR. DAY:  Do you want a short break?

13          THE WITNESS:  No, I'm okay.

14          BY MS. BRASWELL:

15     Q     All right.  And after -- I'm just trying to make

16 | sure I understand the sequence of what happened at this

17 | meeting, that after he said the countries would be changed,

18 | you asked him why and then he said so you could bring up the

19 | quality of your work?

20     A     Yes.

21     Q     Did he say specifically what needed to be brought up

22 | or did he just say the quality of your work?

23     A     He just said the quality of my work.

24     Q     Okay.  He did not go into specifics?

25     A     No.

71

1    Q    And then, I believe you said Ms. Hall spoke up?

2    A    I don't know which one but I think it was Regina --

3    Q    Okay.

4    A    -- that said you need to --

5    Q    Discuss this outside the meeting?

6    A    Yes.

7    Q    And did he -- and then he didn't say anything more

8  about the quality of your performance?  Is that right?

9    A    Well, he mentioned the database which is an

10 administrative function that I had not kept updated and couple

11 other people had not kept updated because of the workload.

12   Q    Okay.  I thought you said he didn't go into

13 specifics about the quality of your work.  Did he?

14   A    That wasn't right at this meeting but later on I

15 asked him.

16   Q    Outside the meeting?

17   A    Outside the meeting.

18   Q    Okay.  Let's just stay with the meeting right now.

19 I just want to make sure I know everything that was said at

20 the meeting.  So is it -- am I correct that after either Ms.

21 Hall or Ms. Grave spoke up and said, you should talk about

22 this separately, that he stopped talking about your

23 performance.  Is that right?

24   A    I don't know because I was so humiliated that I got

25 -- went to the rest room.

72

1    Q    Do you know if he said anything more about your

2 performance?

3    A    Not after I came back, no.

4    Q    Do you know if he said anything about your

5 performance while you were gone?

6    A    I don't know.  I doubt it because I think it was to

7 hurt me because he had meetings he had not spoken to me about

8 the quality of my work and he wouldn't have known because

9 nobody reviews my work after I get it done.  I review

10 everybody else but nobody reviews mine.  Not one supervisor,

11 not a team leader.  Nobody reviews my work after I'm done with

12 it so he couldn't -- it was just to hurt me.

13    Q    Do you know whether or not he had received any

14 complaints about your work?

15    A    Not to my knowledge.  And they wouldn't have gone to

16 him.  They would have come to me because the people I deal

17 with deal directly with me.

18    Q    But he was your supervisor, right?

19    A    Right.  But it wouldn't be -- no.

20    Q    So if they had a problem with your performance, they

21 could have called your supervisor, right?

22    A    If they had a problem, yeah.

23    Q    You said that later he mentioned a database.  What

24 did he -- this was after the meeting?

25    A    It happened when I talked to him about what was

73

1   wrong with the quality of my work.  Then he told me that I

2   hadn't kept the database updated which is not part of my --

3   this was a database created by Regina when she started to work

4   there and it was forced upon us to keep it updated but it had

5   nothing to do with the, the real work.

6        Q    Okay.  Let me back up again, though.  At the April

7   15th, 2005 meeting, was anything else said about why the

8   countries were given to other individuals or anything else

9   about the quality of your work?

10       A    That was it.  It was because of the quality of my

11  work.

12       Q    Okay.  So nothing else other than what you're

13  testified to today was said at that meeting, right?

14       A    Not that I can -- I can't remember.

15       Q    Okay.

16       A    No, I don't think --

17       Q    How much later after that meeting did you ask him

18  what he meant by the quality of your work?

19       A    Probably that day.

20       Q    Okay.  And you said that he told you there was a

21  database that you weren't keeping as up to date as you should

22  have?  Is that what he said?

23       A    Yes.

24       Q    Did he mention anything else?

25       A    No.

79

1    Q    How do you know that?

2    A    Because I see it every day.  I know what I do for

3  them.  Barbara, Cheryl Norfolk (phonetic) carried Jim Kramer.

4    Q    Do you work directly with Jim Kramer and Marty

5  Martinez?

6    A    No, he works in -- Marty, he works in my branch but

7  he doesn't get involved in the type of work I do.

8    Q    And what about Jim Kramer, do you --

9    A    Jim Kramer works there next to me, where I have to

10  go the copier.  No, he doesn't work.  He works as a case

11  manager in a different branch.

12    Q    So you don't work directly with either of these

13  people, right?

14    A    No, but Marty sits -- Marty is in my branch.  He's

15  supervised by Mr. Seibel.  Well, Mr. Seibel no longer messes

16  with -- but yeah, Marty works in my branch.  And I worked so

17  hard.  I had, I had new first time efforts, NAVSEA.  It was

18  assigned to me, the lowest one, the lowest grade in there, it

19  was assigned to me.  I got it done.  I did a good job.  I got

20  an award for that, but then rating time, they still treat me

21  like --

22    Q    Who has to approve the awards you've gotten?

23    A    It had to -- I don't know,  Mr. Seibel -- I mean,

24  not Mr. Seibel.  It had to be Mr. Randolph.

25    Q    Do you know if Mr. Seibel was involved in --

80

1    A    I don't know.

2    Q    You need to let me finish please.  Please let me

3  finish.

4    A    Oh, okay, I'm sorry.

5    Q    Do you know if Mr. Seibel was involved in making any

6  decisions about awards that you received?

7    A    I don't know.

8        MR. DAY:  Ms. Lee, do you need to take a break?

9        THE WITNESS:  No.  I just want to get it over with.

10        MR. DAY:  Are you sure?

11        MS. BRASWELL:  Are you sure?  Because we can take a

12  break if you want.

13        THE WITNESS:  I'm okay.

14        BY MS. BRASWELL:

15    Q    Okay.  Let's look at another exhibit which I think

16  involves a couple of your awards.

17        (Lee Deposition Exhibit Number 6 marked for

18  identification.)

19        BY MS. BRASWELL:

20    Q    This first one appears to be a cash award that you

21  got in June of 2005.  Is that right?

22    A    I don't remember the date.

23    Q    Look up at the top.  It says effective date.  See it

24  at the very top right?

25    A    Yeah.

81

```
 1        Q     Okay.  And do you know who recommended you for this
 2   award?
 3        A     No.
 4        Q     Okay.  What did you get this award for?
 5        A     I don't remember.  I don't, I don't remember.  The
 6   award was properly for the anti-terrorism case and then one
 7   was for, I think they both was anti-terrorism cases and -- but
 8   this one -- one of them was a first time effort that involved
 9   five or six countries.  One of them was for a Philippines case
10   so I, I don't know which was which.
11        Q     Well, one was quite a bit higher.  The award for
12   June 2005 was $400, and the award for September 2005 was $166.
13   Does that help you remember which one was for what?
14        A     166?
15        Q     It says total award.  Do you see on the second page
16   on the right, number 20, block 20?
17        A     Oh, this was -- oh, I don't remember what this --
18   these were back when.  I don't remember 2005.  I don't
19   remember what they were for.
20        Q     Okay.  And back in 2005, what were the possible
21   ratings you could get for your performance appraisal?  Was it
22   just acceptable and not acceptable?
23        A     Yes.
24        Q     Okay.  So what did you mean when you said that you
25   thought you weren't being treated properly with respect to
```

84

1    A    Yes, it was about August.

2    Q    Okay.

3    A    I know it was just before she left.

4    Q    And also, if you look at the front page of this, is

5    this correct that Egypt was transferred back to you in

6    December of 2005?

7    A    Yes.

8    Q    Okay.  So you didn't have work on Egypt from March

9    of 2005 to December of 2005, just for --

10    A    Correct.

11    Q    -- that period, right?

12    A    Correct.

13    Q    Okay.  And have you ever had Korea reassigned to

14    you?

15    A    No.

16    Q    Okay.  Who has Korea?

17    A    Barbara Hall.

18    Q    Okay.  And during this time period when -- from

19    about March of 2005, when the countries were reassigned from

20    you, who else was getting awards?  You said other people were

21    getting awards but you weren't.  Who was that?

22          (Papers being shuffled over microphone.)

23          THE WITNESS:  -- awards.

24          BY MS. BRASWELL:

25    Q    Who else would be a comparable, though, position as

1  you?

2      A      And me -- nobody -- Nancy who could do what Barbara

3  and I do.

4      Q      No, no, no.  That's not what I was asking.  I'm

5  sorry.

6      A      Oh, when you say comparable, I thought --

7      Q      Yeah, no, I wanted to know who was getting -- who

8  that was in a comparable position to you was getting awards

9  that you weren't getting.  Did you understand -- do you

10  understand that question?

11      A      No, no.

12      Q      You don't understand the question?

13      A      No.

14      Q      Okay.  I thought you said that a bunch of other

15  people were getting awards and you weren't.

16      A      In SEA63?

17      Q      And you weren't.

18      A      Yes, in SEA63.

19      Q      Okay.  But what I want you to focus on are people

20  who were doing what was comparable to what you were doing, not

21  just anybody getting awards but there were other people who

22  were program analysts doing the kind of work you were doing

23  who were getting awards and you weren't getting awards?

24      A      Renee got quite a few awards.

25      Q      Okay.

1    A    Renee Dutton got -- I don't know how many but she

2    was -- and I think Barbara got one or two but Renee got --

3    Renee and Regina when Regina was there, got awards.

4    Q    Okay.  But you don't know exactly when or how many,

5    right?

6    A    I don't know when or how many but Renee and Regina

7    got a lot more than Barbara and myself.  I didn't get any

8    until I did these last, this, this new thing in -- the first

9    time effort in -- I did that, and then I did --

10    Q    Well --

11    A    I'm, I'm talking recent now.

12    Q    Okay.  But I mean, you did -- your countries were

13    redistributed from you in March and in June you got an award

14    in 2005, right?  Do you need to look at Exhibit 6 again to see

15    the date?  It's not that exhibit.  It's that one.

16    A    Oh, it's this one.  In June, yeah.

17    Q    And then you got another award in September of 2005,

18    correct?

19    A    I'm looking at the wrong page.

20    Q    The second page.  You got another award in

21    September.

22    A    In September, yeah.

23    Q    Okay.  With respect to the countries you still had

24    after Australia and Egypt and Korea were reassigned from you,

25    were you doing the same types of job duties that you had

1  talked about before --

2      A    Yes.

3      Q    -- modifications, amendments, letters of offer, were

4  you doing all those same types of functions for the other

5  countries?

6      A    Yes, that's what that country was --

7      Q    Okay.

8      A    All of the work we do is basically the same.  They

9  may have different requirement for different countries, but

10 it's all developing the contract to offer the customer.

11     Q    Okay.  I need you to kind of explain to me an

12 exhibit here, okay, that we have, and I brought the original

13 one because unfortunately these copies are not very good, and

14 so if you need to look at a better copy -- oops, this is not

15 -- I didn't bring one -- oh, yeah, I did, right here -- you

16 need to look at a better copy.

17         COURT REPORTER:  Do you want me to mark --

18         MS. BRASWELL:  What?

19         COURT REPORTER:  Do you want me to mark that --

20         MS. BRASWELL:  Yeah, okay.

21         COURT REPORTER:  Just want to make sure.

22         MS. BRASWELL:  Yeah.  Okay, so we're up to 8 or 9?

23         COURT REPORTER:  8.

24         MS. BRASWELL:  This was 8, thanks.

25         (Lee Deposition Exhibit Number 8 marked for

91

1      A     The one with the most work left, that was Spain, New

2  Zealand.

3      Q     Philippines?

4      A     Did I -- I don't know if I had Philippines.  I think

5  I had turned that -- that was one I gave to Regina.  Or did I

6  have Philippines?  Spain, New Zealand, Malaysia.  Did I have

7  -- I don't think I had Philippine.

8      Q     Okay.  Do you know what other countries you had

9  besides Spain and New Zealand?

10      A     Spain, New Zealand, Malaysia, Greece, the major

11  ones, the mix, in the mix -- I can't remember.  Let me look

12  and see if any of them are in here.  Bahrain --

13          (Pause.)

14          THE WITNESS:  So those were the major ones.  After

15  they were gone, it was Greece, Spain, and I believe I had more

16  work on Spain than any of them during that period.  Greece,

17  Spain, Malaysia.  Did I still have Malaysia?  Malaysia?  I

18  didn't have Philippines, I don't think.  Spain -- I can't

19  think of all of them, because like I say, a lot of them didn't

20  have work and that was Sri Lanka.  This was the first time

21  effort in there.  See, that's the, that's the one I did, Sri

22  Lanka.  Sri Lanka.  Some people cannot pronounce it.

23          BY MS. BRASWELL:

24      Q     Okay.

25      A     Or maybe I did have Philippines.  Yeah, maybe I

93

1  performance was about.

2      Q    Okay.  And what we've just been looking at, that's

3  Exhibit Number 8, that's not the internal database that --

4      A    No.

5      Q    -- that we're talking about, right?

6      A    No, this is the --

7      Q    That's a different database?

8      A    -- database.

9      Q    Okay.  Did, did Mr. Seibel, when Ms. Graves started

10 work with you all, did he reassign some countries from Renee

11 Dutton to her?

12     A    I believe so, after -- I believe so.

13     Q    Okay.

14     A    When she had been there for about a year, close to

15 two years before she got countries assigned to her.

16     Q    Who had been there close to two years?

17     A    Regina Graves, she came in February.  She got

18 countries assigned to her the next December.

19     Q    December?

20     A    December 2000 --

21     Q    2004?

22     A    December, it was December, maybe 2006 -- 5, she got

23 countries assigned to her.

24     Q    Well, when you had the meeting in April of 2005,

25 they were discussing reassigning countries and she was already

100

1    A    Absolutely.  We all do.  Well, not -- we all, but we

2  -- because my work, I told you Egypt alone can keep me busy

3  all day.

4    Q    Okay.

5    A    But then I have those other countries.

6    Q    Right.

7    A    And certain time of the year, depend on the

8  customer's fiscal year, it could -- the work could be heavy.

9    Q    Right.

10    A    Then sometime you might not have much of anything to

11  do.

12    Q    And that's true for the other analysts --

13    A    Absolutely.

14    Q    -- as well, right?

15    A    Absolutely.

16    Q    Okay.  So the work ebbs and flows a bit?

17    A    Yes.

18    Q    Depending upon the time of year.

19    A    Correct.

20    Q    Okay.  And that's, that, everybody has an ebb and

21  flow in their work who does that same kind of work you do?

22    A    Correct.

23    Q    Okay.  I know this is going to be difficult for you

24  but I need to ask you some questions about your damages claim,

25  okay?  I know that you are claiming damages based on stress