

# DEPARTMENT OF DEFENSE
## CIVILIAN PERSONNEL MANAGEMENT SERVICE
## OFFICE OF COMPLAINT INVESTIGATIONS
## NATIONAL CAPITAL REGION

FACT-FINDING CONFERENCE

In the Complaint of

MS. BRENDA J. LEE

AGENCY DOCKET NUMBER:

040024010

Convened at

NAVAL SEA SYSTEMS COMMAND

WASHINGTON NAVY YARD, D.C.

ON WEDNESDAY

DECEMBER 8, 2004

BEFORE:

Carol Scott
Complaints Investigator
Department of Defense
Office of Complaint Investigations
2656 San Antonio Avenue
Wright-Patterson AFB, OH 45433-5650




EXH. 2
Civil No. 05-1335 RWR

910 17th Street, NW, Suite 200
Washington, DC 20006
info@betareporting.com
betareporting.com


Beta Court Reporting

p. 202.638.2400
f. 202.833.3030
1.800.522.BETA (2382)

09/14/2007 14:47 202-781-4628 NAVSEA COUNSEL
Case 1:05-cv-01335-RWR  Document 29-3  Filed 09/17/2007  Page 2 of 9  PAGE 03/10

2

1  APPEARANCES:

2  On behalf of Agency:

3  CATHERINE L. KESSMEIER, ESQUIRE
   Associate Counsel
4  Office of Counsel
   Naval Sea Systems Command
5  1333 Isaac Hull Avenue, SE Stop 1150
   Washington Navy Yard, D.C. 20376-4450
6  (202) 781-3082

7                    C O N T E N T S

8  WITNESS:                                           PAGE

9  Brenda J. Lee                                         4

10 Hercules Randolph III                                61

11 Barbara Reid Hall                                    95

12 Renee C. Dutton                                     121

13 Donald D. Seibel                                    129

14 Wayne Richardson                                    157

15 Brenda G. Dowling                                   189

16

17                    *   *   *   *   *

5

1    THE WITNESS: 56.
2    MS. SCOTT: And what is your date
3 of birth?
4    THE WITNESS: 12/04/48.
5    MS. SCOTT: What is your current
6 job title, series, and grade?
7    THE WITNESS: I'm a program
8 analyst, 343, GS-12.
9    MS. SCOTT: What is the
10 organization and location that you work for?
11    THE WITNESS: The organization is
12 SEA 63IC3.
13    MS. SCOTT: SEA 63 is S-E-A?
14    THE WITNESS: Yeah. SEA 63IC3.
15    MS. SCOTT: IC3. What's the
16 name of that organizational unit?
17    THE WITNESS: I work in the case
18 development branch.
19    MS. SCOTT: And what is the
20 division?
21    THE WITNESS: What is the division?
22    MS. SCOTT: Uh-huh.

33

1  were discriminated against on the basis of
2  your race and age when you requested and were
3  denied a desk audit. Who do you hold
4  responsible with regards to this allegation?
5      THE WITNESS: Mr. Randolph.
6      MS. SCOTT: Is the first name --
7      THE WITNESS: Hercules.
8      MS. SCOTT: Randolph. Explain what
9  occurred.
10     THE WITNESS: Well, now what was
11 that question again?
12     MS. SCOTT: This was regarding your
13 request for and the denial of a desk audit.
14     THE WITNESS: Oh, well, first of
15 all, I didn't request the desk audit, because
16 back at a conversation with Mr. Randolph, and
17 I had requested an accretion of duty.
18     MS. SCOTT: April 30, 2004?
19     THE WITNESS: 2004.
20     MS. SCOTT: Okay.
21     THE WITNESS: And he had told me
22 that then he could not give me an accretion

BETA REPORTING & VIDEOGRAPHY SERVICES
www.betareporting.com
(202) 638-2400    1-800-522-2382    (703) 684-2382

1  of duties but he would arrange for a desk
2  audit to promote me to the GS-13. And --
3  okay, which -- he never did that. He never
4  did arrange for the desk audit.
5       MS. SCOTT: So you never had a desk
6  audit done?
7       THE WITNESS: No.
8       MS. SCOTT: Mr. Randolph, did you
9  ask him why the desk audit wasn't being
10 accomplished?
11      THE WITNESS: No, but I did -- I --
12 we had talked, I'd met with him another time
13 in -- again to discuss the accretion of
14 duties, because I felt that with me doing
15 already the 13 work and it's known that I do
16 the same -- I'm required to do the same work
17 that the other two 13s in my section is
18 doing. So I felt an accretion of duty would
19 be the proper thing to do, to -- well, you
20 know, I know it would require a desk audit,
21 but then he stresses that even if I did a
22 desk job it would have to be advertised. And

                                                        36

1   the job is a 13, then I would automatically
2   be promoted.
3           MS. SCOTT:  So that's what you
4   believe.  Did he tell you that according to
5   any personnel rules or regulations?
6           THE WITNESS:  He -- he didn't tell,
7   he didn't quote any rules.  He just said that
8   he -- no matter what, I would have to -- I
9   would have to apply for the job.
10          MS. SCOTT:  Are those the e-mails
11  that you have in here?
12          THE WITNESS:  Yeah.
13          MS. SCOTT:  That's page 22 of the
14  case file.  And in that, he tells you that if
15  the position is upgraded you would have to
16  compete for that?
17          THE WITNESS:  I'd have to compete
18  for it, yeah.
19          MS. SCOTT:  And at that point, what
20  was your response?
21          THE WITNESS:  That I didn't feel I
22  should have to compete, because I'm already

```
                                                  131
 1           MS. SCOTT:  Grade 15.  What does
 2   DSAMS stand for?
 3           THE WITNESS:  Oh, sorry.
 4   Defense -- we use a lots of acronyms --
 5   Defense Security Assistance Management
 6   System.
 7           MS. SCOTT:  And the organizational
 8   title and the position that you work for is
 9   what?
10           THE WITNESS:  Well, I'm a SEA 63,
11   International Programs.
12           MS. SCOTT:  And that's located here
13   at the Washington Navy Yard?
14           THE WITNESS:  Correct.
15           MS. SCOTT:  Washington D.C.?
16           THE WITNESS:  Correct.
17           MS. SCOTT:  How long have you been
18   in this position?
19           THE WITNESS:  About somewhere
20   between -- roughly between over a year, and
21   probably closer to a year and a half.
22           MS. SCOTT:  And would you give a
```

1    MS. SCOTT: And that's been the one
2  and half years?
3    THE WITNESS: The one and half
4  years, and before that, he was also my
5  supervisor, but I was just in a different
6  job.
7    MS. SCOTT: Oh, okay.
8    THE WITNESS: So --
9    MS. SCOTT: Do you know the
10  Complainant, Brenda Lee?
11    THE WITNESS: Very well.
12    MS. SCOTT: And how do you know
13  her?
14    THE WITNESS: Well, I have worked
15  with her for -- on and off for a period about
16  14, 15 years. That's approximately.
17    MS. SCOTT: And currently you are
18  her first-line supervisor?
19    THE WITNESS: I am.
20    MS. SCOTT: And with regards to
21  Complainant's first allegation that she was
22  discriminated against on the basis of race,

# CERTIFICATE OF NOTARY PUBLIC

## DISTRICT OF COLUMBIA

I, Mark R. Mahoney, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the foregoing transcript is true and accurate record of the testimony given by the said witness.

I further certify that I am not related to any of the parties to the action by blood or marriage and I am in no way interested in the outcome of this matter.

*[signature: Mark Mahoney]*

My Commission Expires:

February 28, 2007