# Birdoff, Dale Susan CIV NSSC

| | |
|---|---|
| **From:** | Seibel, Donald D CIV SEA 06 |
| **Sent:** | Friday, October 21, 2005 12:14 PM |
| **To:** | Birdoff, Dale Susan CIV NSSC |
| **Subject:** | FYI |

-----Original Message-----

| | |
|---|---|
| **From:** | Flood Robert G NSSC |
| **Sent:** | Tuesday, January 06, 2004 9:44 |
| **To:** | Hall Barbara R NSSC; Dutton Renee C NSSC; Lee Brenda J NSSC; Martinez Isidro G (Marty) NSSC; Flood Robert G NSSC |
| **Cc:** | Bussink Bob NSSC; Shepherd Bridget G NSSC; Wood Patricia V NSSC |
| **Subject:** | Job Possibilities |

It appears likely that there may be several career advancement opportunities within SEA 63 on the horizon. If you have, or think you might have, interest in a higher graded job, or just a different one that could broaden your experience, now would be an opportune time to make certain that your qualifications are fully up to date and properly reflected in RESUMIX.

R,
Don

# INVESTIGATIVE FILE



RoI #1

(12)

DON0

ACTIVITY I

BRE

COM  LexisNexis

NAVAL SEA SYSTEMS CMD
WASHINGTON NAVY YARD, DC
ORGANIZATION FILED AGAINST

DEPT OF THE NAVY
COMPONENT FILED AGAINST

WARNING: All information contained in this
report is protected by the Privacy Act of 1974
and must be dealt with accordingly.

# DEPARTMENT OF DEFENSE
## CIVILIAN PERSONNEL MANAGEMENT SERVICE
## OFFICE OF COMPLAINT INVESTIGATIONS

EXH. 5

Civil No. 05-1335 RWR



# INDEX
Investigative File
Complaint of Brenda J. Lee
Agency Docket Number:  DON 04-00024-010

**PAGE**

**EXHIBIT A – Formal Complaint Documents**
Formal Complaint, September 13, 2004 ...........................................................................1

**EXHIBIT B – EEO Counseling Documents**
1.  EEO Counselor's Report, September 20, 2004 ...........................................................10
    E-Mail Messages, Subject:  Yesterday's Discussion, July 22, 2004 to
    August 30, 2003 .......................................................................................................22
    Initial Interview – Intake Form .................................................................................24
    Grievance, August 3, 2004........................................................................................28
2.  Aggrieved Person's Rights and Responsibilities, August 3, 2004................................31
3.  Notice of Right to File, April 7, 2004 .......................................................................27

**EXHIBIT C – Claims to be Investigated**
1.  Notice of Receipt, Not Contained in File..................................................................42
2.  Notice of Acknowledgement for Investigation, September 24, 2004 ...........................44

**EXHIBIT D – Attempts at Resolution**
Reserved.................................................................................................................48

**EXHIBIT E – Appellate Activity**
Reserved.................................................................................................................49

**EXHIBIT F - Evidence**
1.  Statement of Duties (Brenda J. Lee), Case Development Program Analyst,
    GS-343-12* ..............................................................................................................51
    Statement of Duties (Renee C. Dutton), Case Development Program Analyst,
    GS-343-13* ..............................................................................................................56
    Statement of Duties (Barbara R. Hall), Case Development Program Analyst,
    GS-343-13* ..............................................................................................................61
2.  Complainant's Submission (Less Duplicates)
    Cover Letter, November 27, 2004 .............................................................................67
    Complainant's Letter, Subject: Response to Notification of Investigation,
    October 6, 2004........................................................................................................71
    E-Mail Messages, Subject: RE: Request for Advance Sick Leave,
    September 29, 2004 ..................................................................................................77
    Complainant's E-Mail Message, Subject: FW: Request for Leave,
    August 24, 2004 .......................................................................................................79
    Witness List .............................................................................................................81



Brenda J...e, DON 0...4-010

Various E-Mail Messages, Subject: Standardized Amd/Mod Task Directions
August 31, 2004 to September 1, 2004................................................................83
Various E-Mail Messages, Subject: NAVSEA's Learning Management System,
September 22-30, 2004......................................................................................87
3. Complainant's Witness List, December 2, 2004.......................................................90
4. Agency's Submission, Received December 6, 2004...............................................94
   Organization Chart for Office of International Programs, SEA 63.....................96
   Complainant's Standard Form (SF) 50, Notification of Personnel Action, Pay
   Adjustment, Effective Date January 11, 2004................................................97
   Complainant's Performance Plan, July 16, 2003..........................................98
   Merit Promotion Opportunity Number NW0343–Program Analyst, GS-343-13.......104
   Position Fill Request Form...........................................................................105
   Generic Crediting Plan, Program Analyst, GS-343-13....................................107
   Marvivic Britton's SF 50, Promotion, Effective Date July 25, 2004.................108
   Position Description Number S4071, Program Analyst, GS-343-13...................109
   Documentation on LWOP Within Past Two Years........................................117
   Complainant's Prior EEO Activity................................................................118
   Consolidated Civilian Personnel Office (CCPO-CC Merit) Instruction 12335.1D,
   July 30, 1991..............................................................................................119
   NAVSEA Instruction 12000.2, October 31, 2000.........................................141
   Alternative Work Schedules (AWS).............................................................163
5. Documentation Provided During and After On-Site Investigation
   Competitive Certificate, Program Analyst, GS-0343-13, May 19, 2004.............182
   Complainant's Performance Plan..................................................................185
   Employee Listing........................................................................................187
   Mr. Ashenfelder's E-Mail Message, Subject: FW: GS-13 Selection Update,
   July 8, 2004...............................................................................................189
   SEA63 Process for Evaluating Potential Employees......................................190
   Panel Rating Sheet......................................................................................193
   Interview Questions.....................................................................................194
   Interview Schedule......................................................................................195
   Post Interview Panel Rating Sheet...............................................................199
   Mr. Seibel's E-Mail Message to Complainant, Subject RE: Request for Leave,
   August 25, 2004.........................................................................................200
   Standard Labor Data Collection and Distribution Application (SLDCADA).........201
6. Time and Attendance Data........................................................................202
7. Complainant's Rebuttal, January 12, 2005................................................217
8. Declaration of Raymond J. Ashenfelder....................................................228
9. Declaration of Hercules Randolph.............................................................232
10. Investigator's Declaration........................................................................233

EXHIBIT G – Miscellaneous Documents
Processing Correspondence.........................................................................234

ii

Brenda J. ..., DON 0...4-010

**EXHIBIT H – Documents Relating to Compensatory Damages**

Reserved..............................................................................................................................244

**ENCLOSURE – Transcript of Verbatim Affidavits**

The documents in this file were provided by agency sources and have not been altered. Efforts were made to ensure that duplicate documents were removed from the file; however, some duplication exists in order to preserve the integrity of the file.
* Denotes documents moved from the Counselor's Report

09/14/2007 14:44 202-781-4628 NAVSEA COUNSEL

Case 1:05-cv-01335-RWR Document 29-5 Filed 09/17/2007 Page 6 of 15 PAGE 06/13

08/06/2004 02:21 339 3

CROSSROADS

PAGE 08
P.08/20

3 August 2004

1. I am filing a grievance against Hercules Randolph III because I feel I have been denied the opportunity to file for a vacancy in SEA63. I also feel I have been performing the duties of a higher grade without compensation. The following will explain my belief:

a. A SEA63 vacancy was announced in April 2004 to fill the position vacated by Ed Settle. This position was advertised as a Program Analyst GS-343-13, in SEA63IC2 and the incumbent would be the responsible country manager for Europe, Canada, Australia and New Zealand. Mr. Randolph did not fill this position from the certification of applicants he received from the BR for the advertisement of the vacancy. His decision was to reassign a SEA63 employee, Kathy Ton, into this position. Ms. Ton was a country manager/Program Analyst GS-343-13. I understand management had every right to make this reassignment. Because of Ms. Ton's reassignment, Ms. Ton's position was now vacant. This is a position in another division of SEA63 (SEA63IC1), working for a different Assistant Program Manager (APM) and serving a different group of countries. Several of us were interested in this position and waiting to apply for it when it was advertised. The original vacancy announcement, April 2004, was "specific" in naming the countries the country manager would be responsible for and the division the position was in. I was not interested in that position but would have applied for Ms. Ton's position if it had been advertised. Mr. Randolph decided to use the certificate designed to fill Mr. Settle's position for the filling of Ms. Ton's position. Remember, Ms. Ton's position is in a different division, working for a different APM and responsible for different countries regardless of the fact they are both Program Analyst GS-343-13. There were other GS-12's that did not make the certification for Mr. Settle's position that did not get an opportunity to apply for this second vacancy also. We were not afforded the opportunity to apply because Mr. Randolph

28

ATTACHMENT 1

TO SEA Complaint





# Merit Promotion Opportunity
## Program Analyst, GS-343-13

**Click here for Federal Employment Pay Table**
**Announcement Number:** NW0343

**Area of Consideration:** Navy Wide

**Location:** Naval Sea Systems Command, Warfare Systems Engineering Directorate (SEA 06), Office of International Programs (SEA 63), Washington, DC WNY

**About us:** The Program Office supports the Warfare Systems Engineering Directorate (SEA 06) in the oversight and coordination of all matters related to the Security Assistance Program (SAP) and Foreign Military Sales (FMS). SEA 63 develops and implements agreements with foreign countries for providing materials, technical assistance and management services in support of the construction, modernization, overhaul, and maintenance of ships and related systems. The program is responsible for establishing and implementing the National, Department of Defense, and Department of the Navy FMS Policy guidance and objectives within the Command assuring the proper allocation and utilization of FMS resources within the Command.

**About the position:** This position is a Program Analyst for Foreign Military Sales Programs in the NAVSEA Office of International Programs (SEA 63), Europe, Canada, Australia, and New Zealand Division (SEA 63IC2) of the Naval Sea Systems Command (NAVSEA). The incumbent will be performing FMS case management duties in the SEA 63IC22 Branch. Duties include but not limited to the following: Serves as the Command point of contact for incoming FMS requirements for the assigned countries including country requests in the form of LORs/LOAs/P&As/ROMs and other related tasks for assigned countries and/or cases. Ensures the timely development, implementation, execution and closure (Cradle to Grave Management) of all FMS cases and Country specific correspondence; Monitors and reports to higher authorities the overall performance of the LOA such has case milestones, deliverables and financial integrity; Coordinates and represents the Command at CRR's and FMR's. Incumbent must have working knowledge of the DSAMS process plus ability to use both USN and FMS accounting systems, NAVSEA Standard Accounting and Reporting Systems (STARS) and the Navy's Management Information System International Logistics (MISIL) is highly desirable.

This is an acquisition position as defined under the Defense Acquisition Workforce Improvement Act (DAWIA). Certification in Programs Management Level III must be achieved within 18 months of assignment.

**INDIVIDUAL SELECTED FOR THIS POSITION MUST BE ABLE TO OBTAIN AND MAINTAIN A SECRET SECURITY CLEARANCE**

Employees interested in consideration for this position are encouraged to submit a resume to the Open Vacancy Announcement listed above not later than 27 April 2004 to receive consideration.

**Go to:** **Open Continuous Vacancy** to the open continuous vacancy announcement, get additional information and submit your resume electronically via STAIRS (RESUME BUILDER) for consideration.

104

Standard Form 50-b
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## ᴛIFICATION OF PERSONNEL ACTᴵᴼN

| 1. Name (Last, First, Middle) | | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|
| ᴺᴼᵀTON, MARIVIC D. | | | 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 | 08-10-1967 | 07-25-2004 |

| ᶠᴵᴿˢT ACTION | | SECOND ACTION | |
|---|---|---|---|

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 702 | Promotion | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| N3M | Reg 335.102 Comp | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

7. FROM: Position Title and Number

**PROGRAM ANALYST**

S2376 - 85841

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 12 | 04 | $66,701.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $58,188.00 | $8,513.00 | $66,701.00 | $0 |

14. Name and Location of Position's Organization

OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

15. TO: Position Title and Number

**PROGRAM ANALYST**

S4071 - 126655

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 13 | 01 | $72,108.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $62,905.00 | $9,203.00 | $72,108.00 | $0 |

22. Name and Location of Position's Organization

OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

## EMPLOYEE DATA

23. Veterans Preference

1
1 - None      3 - 10-Point/Disability   5 - 10-Point/Other
2 - 5-Point    4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%

| 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|
| 1 (0 - None, 1 - Permanent, 2 - Conditional, 3 - Indefinite) | | YES  [X] NO |

ᴱᴸᴵ
Basic only

| 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|
| 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS and FICA | 11-20-1989 | F  Full-Time | |

## POSITION DATA

34. Position Occupied

1
1 - Competitive Service   3 - SES General
2 - Excepted Service       4 - SES Career Reserved

| 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|
| E  (E - Exempt, N - Nonexempt) | NAVY | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110400001 | WASHINGTON NAVY YARD / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. UIC: 42192 | 42. ORG: 063 | 43. CC: 9111 | 44. PAY OFF: CH/LOC ID: |
|---|---|---|---|---|

45. Remarks

Selected from Nw4-0343-GS13-K0269936-OC, dated 19-MAY-2004.

Position is at the full performance level.

108

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Naval Sea Systems Command (NV24) | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Melissa N. Scott |
|---|---|---|---|
| NV24 | 2416 | 07-26-2004 | HR Asst - Electronically Signed |

5-Part 50-316

ᵀᵁᴿᴺ OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93

**Adams Emily S CONT NSSC**

From:
Sent:
To:
Subject:

Ashenfelder Raymond J NSSC
Thursday, July 08, 2004 8:28 AM
Adams Emily S CONT NSSC
FW: GS-13 SELECTION UPDATE

Emily,

For the package.

Raymond Ashenfelder Jr
Assistant Program Manager, SEA 63IC1
NAVSEA Office of International Programs
Phone: 202-781-0417
Fax:    202-781-4586

-----Original Message-----
From:       Ashenfelder Raymond J NSSC
Sent:       Thursday, July 08, 2004 8:06
To:         Ashenfelder Raymond J NSSC; Randolph Hercules NSSC; Lightfoot Carolyn L NSSC
Subject:    RE: GS-13 SELECTION UPDATE

Herc/Carolyn,

Mr. Fennel has now declined. I do not see a need for any other interviews at this time. Based on all of the data and interviews of the candidates we (the selection committee) recommend Ms. Britton for the position.

Raymond Ashenfelder Jr
Assistant Program Manager, SEA 63IC1
NAVSEA Office of International Programs
Phone: 202-781-0417
Fax:    202-781-4586

-----Original Message-----
From:       Ashenfelder Raymond J NSSC
Sent:       Wednesday, July 07, 2004 14:06
To:         Randolph Hercules NSSC; Lightfoot Carolyn L NSSC
Subject:    GS-13 SELECTION UPDATE

Herc,

We have interviewed three of the 5 candidates.  1) Mr. Henry (non competitive) declined the interview 2) Mr. Fennel (non-competitive) is on travel and we are trying to arrange a tele-conference.

I have attached our post interview numbers. The base was the original paper review. After our interviews we adjusted the orginals(orginal numbers are part of the selection package) based on the candidates responses etc.  At this point Ms. Britton is the lead candidate thus far.

<< File: Program Analyst Factors.xls >>
Raymond Ashenfelder Jr
Assistant Program Manager, SEA 63IC1
NAVSEA Office of International Programs
Phone: 202-781-0417
Fax:    202-781-4586

189

1

## Declaration

I, Raymond J. Ashenfelder, Jr. , in accordance with 28 U.S.C. Section 1746, make the following statement:

**EFFECTS OF NONDISCLOSURE:** Disclosure of information by me is voluntary; however, my failure to respond will result in disposition of the case on the basis of information available.

**AUTHORITY:** The authority to collect the information requested is derived from one or more of the following: Title 5, code of Federal Regulations, Sections 5.2 and 5.3; title 5, United States Code, Sections 1302, 1303, 1304, 3301, and 3302; Executive Order 11478, as amended: Executive Order 10577; and 29 CRF 1614.

**PURPOSE AND USES:** The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Department of Defense, to Federal intelligence agencies, or to others as may be published in the Federal Register.

What is your race, age and date of birth?

Ans: I am White and my age is 50. My date of birth is February 18, 1954.

What are your current job title, series, and grade?

Ans: I am the Assistant Program Manager, GS-343-15.

What is the organization and location that you currently work for?

Ans: I work in the Naval Sea Systems Command, Office of International Programs (SEA63) in SEA0 06 at the Washington Navy Yard, Washington DC.

How long have you been in your current position?

Ans: I have been in this position for four years.

Please give a brief description of your job responsibilities?

Ans: I am the Assistant Program Manager responsible for foreign military sale for several regions of the world.

Who are your first and second level supervisors? How long have you been under their supervision?



229

Page 1 of 3

Initials 




*Ans: Hercules Randolph has been my first level supervisor of six years. Captain Theodore Frederick has been my second level supervisor for about one year.*

How many employees did you supervise directly? Can you recall the race and age of those employees?

*Ans: I supervise approximately 22 civilian employees. I cannot give a breakdown of the race and age of these employees.*

Do you know the Complainant, Brenda Lee? What was your relationship with Complainant? How long have you known the Complainant?

*Ans: Yes I know Ms. Lee. She is in another division within the same organization. I have known of her for approximately 12 years.*

Were you aware of Complainant's race and age? When and how did you become aware?

*Ans: I know of her race through visual observation but I have no idea of her age at all.*

Complainant alleges she was discriminated against on the bases of race (African-American) and age when she was denied the opportunity to apply for the Program Analyst, GS-343-13 position located in SEA 63IC1

What was your involvement in the Program Analyst GS-343-13 position in SEA 63IC1 that was filled by Ms. Vicki Britton? Please explain how the position became vacant and the recruitment method used to fill the position.

*Ans: I was the chair of the selection panel. An individual left the organization and the vacancy was advertised throughout the community so that individuals who were interested could apply for the position. I cannot recall the opening and closing dates of the announcement.*

Complainant states that a new vacancy announcement was not issued to fill the position that Ms. Britton was selected for. Who made the decision not to issue a new announcement and why?

*Ans: There was an announcement that was already issued for a position in another division when this vacancy occurred. Someone from the front office asked HR if a new announcement was needed and the answer was no. HR explained that since the vacancy was the same series and grade as the one previously announced in another division, it was not necessary to issue another vacancy announcement. I was then given the certificate so that the panel could review the candidates and make a recommendation to the selecting official, Mr. Randolph. Ms. Britton was the candidate that the panel recommended for selection.*

Did you speak to anyone in the HR office or management chain of command regarding this? Who did you speak to and when? What was said?



230

Page 2 of 3

Initials _____

*Ans: I did not contact HR. Someone from the front office spoke HR, although I do not know whom.*

Do you know if Complainant applied for the announcement that was used to fill the position? Do you recall if she was referred for consideration and interviewed?

*Ans: I do not recall seeing the Complainant's name on the referral certificate.*

How do you respond to Complainant's allegation that she was denied the opportunity to apply for the position that Ms. Britton was selected for because a new announcement was not published and she was not afforded the opportunity to apply for the position?

*Ans: I find her statement to be inaccurate. The position was advertised. There was no regulatory requirement to do another announcement to fill the position when Ms. Britton was selected. I do not see how anyone denied the Complainant the opportunity to submit her name for consideration.*

Was Complainant's race and age a factor in the decision to use a previous announcement to fill the position? Did you discriminate against the complainant because of her race and age by denying her an opportunity to apply for the position?

*Ans: No, her race and age were not factors. No I did not discriminate against the Complainant.*

Is there anything you would like to add at this time?

*Ans: I did not deny her any opportunity because of her race or discriminate against her for any reason.*

END OF STATEMENT

I have been afforded the opportunity to provide information relevant to the issues. I have nothing further to add to my declaration.

I have read the above statement consisting of 3 pages and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not considered confidential and that it may be shown to the interested parties.

I declare under penalty of perjury that the foregoing is true and correct.

*10 JAN 2005*
_____
EXECUTED ON (DATE)

_____
WITNESS

231

Page 3 of 3

Initials _____



Human Resources Service Center, Northwest
3230 NW Randall Way
Silverdale, WA 98383

# COMPETITIVE CERTIFICATE

*Privacy Act data found on documents accompanying this certificate must be safeguarded*

| | | | |
|---|---|---|---|
| **REQUISITION NUMBER:** | NW4-0343-GS13-K0269936-OC | **LOCATION:** | NAVSEA OSF WASHINGTON DC |
| **DATE ISSUED:** | 05/19/2004 | **SELECTING OFFICIAL:** | ~~CAROLYN LIGHTFOOT~~ Hercules Randolph |
| **POSITION TITLE:** | PROGRAM ANALYST | **SELECTING OFF PHONE:** | (202) 781-~~2123~~ 0502 |
| **PP-SERIES-GRADE:** | GS-0343-13 | **HRSC RECRUITER:** | NEIL KORTH |
| **TARGET GRADE** | GS 13 | **SEARCH OPTION USED:** | ANNOUNCEMENT |

1. Assess each candidate's experience, training, performance, awards, etc. against job-related criteria, and in conjunction with applicable merit staffing or bargaining unit agreements.

2. It is recommended that you document, for your personal files, any selection criteria used, interview questions and responses, and/or any other information you think may be relevant in a selection inquiry.

3. Make your selection(s). Selection(s) should be made from candidates who possess the knowledge, skills, and/or abilities required to successfully perform the job. To expedite processing, it is recommended you consider selecting alternatives in the event of declination. Indicate your selection(s) and alternative(s) by placing an "A" in the Agency Action column next to the name of your selection, "A1" next to the name of your first alternate choice, etc.

4. Sign and date the certificate, then return to your Human Resources Representatives. All position offers will be made by a Human Resources Representative once it has been determined that selectee(s) meet legal and regulatory appointing requirements.

5. Questions regarding interview, panel, or selection procedures should be addressed to your Human Resources Representative.

| SELECTION ACTION | NAME | PHONE |
|---|---|---|
| A ⟶ | Britton, Marivic | (202) 781-2314 - Work |
| | Bullock, Veronica | (202) 781-0467 - Work |
| | Butcher, Joanne | (202) 781-0472 - Work |
| | Calabro, Rita | (202) 781-1980 - Work |
| | Crowder, Tanya | (703) 872-3550 - Work |
| | Gilliard, Stanley | (202) 781-4067 - Work |
| | Givens, Leon | 354-2208 - Work |
| | Loveless, Brenda | (619) 545-2249 - Work |
| | Marshall, Maria | (202) 781-2742 - Work |
| | Pritz, Darlene | (DSN) 326-3991 - Work |

( ) No selection from this certificate

_____
SIGNATURE OF SELECTING OFFICIAL    13 July 04  DATE

_____
SIGNATURE OF REVIEWING OFFICIAL    DATE
(IF APPLICABLE)

EXH. 6

Civil No/ 05-1335 RWR



**Human Resources Service Center, Northwest**
**3230 NW Randall Way**
**Silverdale, WA 98383**

# NONCOMPETITIVE CERTIFICATE

*Privacy Act data found on documents accompanying this certificate must be safeguarded*

| | | | |
|---|---|---|---|
| **REQUISITION NUMBER:** | NW4-0343-GS13-K0269936-OC | **LOCATION:** | **NAVSEA OSF WASHINGTON DC** |
| **DATE ISSUED:** | 05/19/2004 | **SEARCH OPTION USED:** | **ANNOUNCEMENT** |
| **POSITION TITLE:** | PROGRAM ANALYST | **SELECTING OFFICIAL:** | ~~CAROLYN LIGHTFOOT~~ *Hercules* |
| **PP-SERIES-GRADE:** | GS-0343-13 | **SELECTING OFF PHONE:** | (202) 781-2128 *or ... Rudolph* |
| **TARGET GRADE:** | GS 13 | **HRSC RECRUITER:** | **NEIL KORTH** |

**INSTRUCTIONS:**

1. Assess each candidate's experience, training, performance, awards, etc. against job-related criteria, and in conjunction with applicable merit staffing or bargaining unit agreements.

2. It is recommended that you document, for your personal files, any selection criteria used, interview questions and responses, and/or any other information you think may be relevant in a selection inquiry.

3. Make your selection(s). Selection(s) should be made from candidates who possess the knowledge, skills, and/or abilities required to successfully perform the job. To expedite processing, it is recommended you consider selecting alternatives in the event of declination. Indicate your selection(s) and alternate(s) by placing an "A" in the Agency Action column next to the name of your selection, "A1" next to the name of your first alternate choice, etc.

4. Sign and date the certificate, then return to your Human Resources Representatives. All position offers will be made by a Human Resources Representative once it has been determined that selectee(s) meet legal and regulatory appointing requirements.

5. Questions regarding interview, panel, or selection procedures should be addressed to your Human Resources Representative.

| SELECTION ACTION | CATEGORY | NAME | PHONE |
|---|---|---|---|
| | Non Competitive | Byrd, John | (DSN) 326-0473 - Work |
| | Non Competitive | Ellis, Thomas | (202) 764-2568 - Work |
| | Non Competitive | Fennell, James | (DSN) 757-5614 - Work |
| | Non Competitive | Geier, Nadine | (202) 764-1657 - Work |
| | Non Competitive | Graeve, Regina | (202) 781-0606 - Work |
| | Non Competitive | Henry, David | (DSN) 781-1610 - Work |
| | Non Competitive | Kim, Lisa | (DSN) 326-2096 - Work |
| | Non Competitive | Marder, Michael | (703) 872-3791 - Work |
| | Non Competitive | Myers, Clayman | (301) 757-0912 - Work |
| | Non Competitive | Richardson, Wayne | (202) 781-0811 - Work |
| | Non Competitive | Robinson, Edith | (DSN) 757-8112 - Work |
| | Non Competitive | Yorke, Kathryn | (1566424) 326-3484 - |

(X) **No selection made from this certificate**

~~SIGNATURE OF SELECTING OFFICIAL~~                    13 July 04
                                                      ~~DATE~~

~~SIGNATURE OF REVIEWING OFFICIAL~~                    ~~DATE~~
(IF APPLICABLE)

EXH. 7

Civil No. 05-1335 RWR