

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
:
BRENDA J. LEE,                :
:
    Plaintiff,           :
:
  -vs-                       :   Civil Action No.:
:   05-1335 (RWR)
DONALD C. WINTER,             :
SECRETARY OF THE NAVY,        :
:
    Defendant.           :
:
- - - - - - - - - - - - - - x

                    Washington, D.C.

                    Wednesday, June 14, 2006

       The deposition of DONALD DALE SEIBEL, called for examination by counsel for Plaintiff, pursuant to notice, in the offices of Gebhardt & Associates, LLP, 1101 17th Street, NW., Suite 807, Washington, D.C., convened at 1:35 p.m., before Emma N. Lynn, a Notary Public in and for the District of Columbia, when were present on behalf of the parties:

                    EXH. 8

               Civil No/ 05-1335 RWR

1  A. No. We rated them, but I don't recall that
2  we recommended any specific candidate. Some rated
3  higher than others.
4  Q. Who was your highest rated candidate?
5  A. If that's the -- Vickie Britton, I believe.
6  Q. And to whom did you present the results of
7  your ranking and rating?
8  A. Well, I should say this. I was asked to
9  serve on the panel, and I did. We went through a
10 list. We got a stack of resumes. We reviewed those
11 and then we interviewed some people, but it's been a
12 long time and I don't remember. I can't give you
13 more specifics than that. I was asked to serve on
14 it. I did. And beyond that I can't recall
15 specifically what the process was beyond that. I
16 was not the chair. I was asked to participate and I
17 did.
18 Q. Who were the other members of the panel?
19 A. That was Ray Ashenfelder who was actually
20 the lead and Fred Kraus was a participant.
21 MR. DAY: I would like to have this marked
22 as Seibel 2.

66

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x
BRENDA J. LEE,                    :
                                  :
        Plaintiff,                :
                                  :
    vs.                           :  Civil Action
                                  :
DONALD C. WINTER,                 :  No. 05-1335(RR)
SECRETARY OF THE NAVY,            :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - x Volume II

Washington, D.C.

Tuesday, November 14, 2006

The continued deposition of DONALD DALE SEIBEL, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to Notice, in the offices of Gebhardt & Associates, LLP, 1101 Seventeenth Street N.W., Washington, D.C., convened at 9:39 a.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

106

1  Q. And on the front page, do you understand
2  from the front page of this document that Renee
3  Dutton made up this list?
4  A. The e-mail was forwarded by Renee Dutton. I
5  am not sure what your question is. The e-mail is
6  from Renee Dutton, yes.
7  Q. And she says here, I rearranged the
8  country's assignments based on yesterday's
9  discussion; is that right?
10 A. That is what the e-mail says.
11 Q. And she sent it to the other three analysts,
12 correct?
13 A. That is correct.
14 Q. And if you look at the second page here,
15 Ms. Lee's list includes both Australia and Egypt; is
16 that right?
17 A. Give me a minute. There are about 70
18 different countries -- Australia is there. What was
19 the other one?
20 Q. Egypt.
21 A. Egypt was there.
22 Q. Would you say that Australia and Egypt are

107

1  high-volume or low-volume?
2      A.   Australia, I would define as a high-volume.
3  Egypt may be moderate, not low. That is my guess.
4      Q.   And --
5      A.   Again, to qualify it, that is a variable
6  based on a point in time. It changes daily, monthly,
7  yearly. In general, I would view Australia as a
8  high-volume country, if that answers your question.
9      Q.   And at the bottom it says, pending approval,
10 23 March 2005?
11     A.   It says that at the bottom of the list of
12 country under individual analysts' names, yes.
13     Q.   Is it your understanding then that this was
14 the consensus among the analysts as to what the
15 country reassignments should be at this time?
16     A.   It would be my understanding that this
17 was the -- comprised the list of suggestions by my
18 employees, yes.
19     MR. DAY:  I would like to have this marked
20 as Seibel 3.
21     Let the record reflect that I am giving a
22 copy to counsel.

1  time, that was my judgment.
2  Q.   Did you change your mind at any point in
3  time?
4  A.   I am sure that I did. I changed the list
5  constantly. In this particular case, I did, shortly
6  after that, because I had misgivings, reservations
7  and thoughts, and I slept on it and I guess I did
8  change my mind.
9  Q.   I would like this marked as Exhibit 5. Let
10 the record reflect that I am giving a copy to
11 counsel.
12            (Seibel Exhibit No. 5
13            was marked for identification.)
14 BY MR. DAY:
15 Q.   Mr. Seibel, do you recognize this e-mail?
16 A.   It is an e-mail, yes.
17 Q.   Who is it from?
18 A.   It is from me.
19 Q.   And who is it to?
20 A.   Let's see -- want me to read the entire cast
21 off?
22 Q.   No. You can just describe who you sent it

1  to.
2      A.   Looks like C63 division heads and my
3  analysts and some of the additional folks who have a
4  role in this.
5      Q.   Does this indicate you made some changes to
6  country assignments to better balance the workload?
7      A.   That is what it says.
8      Q.   If you look at the second page, Australia is
9  still assigned to Ms. Lee?
10     A.   This looks like a month after the previous
11 one, but, yes, it is a different list.
12     Q.   Australia is now assigned to Ms. Graves; is
13 that right?
14          MS. BRASWELL:  Objection.  The document
15 speaks for itself.
16          THE WITNESS:  Yes, it is there.
17          BY MR. DAY:
18     Q.   Egypt and Korea are no longer assigned to
19 Ms. Lee?
20     A.   I am sure it is on the document.
21     Q.   And in fact, they are assigned to Ms. Hall?
22     A.   What were the countries again?

```
 1    Q.    Egypt and Korea.
 2    A.    Egypt is listed under Barbara Hall. Which
 3  is the other one?
 4    Q.    Korea?
 5    A.    Korea is listed under Barbara Hall.
 6    Q.    Is Korea is a relatively high-volume
 7  country?
 8    A.    It is not low. Moderate to high, I would
 9  guess, over time.
10    Q.    Now, in making up this revised list, did you
11  consult with any of the analysts?
12    A.    I don't recall. Certainly it is my
13  prerogative. My normal mode, if I have time, is to
14  gather input from folks, but it is not a requirement
15  by any stretch of the imagination.
16    Q.    Why did you decide to reassign those
17  particular three countries?
18    A.    This is dated 25 April -- I don't recall
19  exactly why at this point in time.
20    Q.    How would you describe Ms. Hall's workload
21  at this time?
22    A.    I would describe Ms. Hall's workload as
```

```
 1  substantial.
 2     Q.  In fact, she has the longest list of
 3  countries on the list; is that correct?
 4     A.  By the country count, by that one aspect of
 5  this one component of the work, yes, that is
 6  accurate.
 7     Q.  If you were balancing the workload, why did
 8  you decide to give Ms. Hall two additional countries?
 9     A.  I can't look back at this point in time and
10  recall exactly.  I have described the kinds of things
11  I consider in making that kind of decision.
12     Q.  Why didn't you give Ms. Dutton any
13  countries?
14     A.  Same answer.  Ms. Dutton had performed many
15  tasks.  This is one element of the work that she
16  does.  I can't at this point in time, many months
17  later, think back and recall exact specifics.
18     Q.  What was Ms. Lee's workload like after you
19  reassigned these countries?
20     A.  It was less than it was before I reassigned
21  those countries.
22     Q.  On Ms. Lee's list, are there any countries
```

116

1  that you would describe as high-volume countries?
2      A.  Again, that is a variable based on points in
3  time.  Sometimes countries are very active and other
4  times they are not.  So -- Spain would be a very,
5  very significant country most of the time, and that
6  is on Brenda's list, I see.
7          Philippines is not necessarily a high-volume
8  country, but a high-vis, front and center, and a
9  difficult country.  Mexico, in terms of volume it is
10 not high.  In terms of difficulty, it is very high.
11         There are so many countries on here it is
12 hard to get specifics, but I think that in general
13 answers your question.  I notice Brenda's list is one
14 longer than Regina Graves, one of her co-analysts
15 here, so by that measure, her list is longer, not the
16 shortest.  Yes, there is substantial volume there.
17     Q.  How long has Regina Graves be one of your
18 analysts?
19     A.  I can't recall exactly.  She is our newest
20 analyst, our most-recent analyst.
21     Q.  How much training had she had?
22     A.  Gosh, I can't answer that specifically.  She

125

1  animated, and Ms. Lee asked me repeatedly what the
2  basis for reassigning additional countries were.
3      Q.  Did you at that meeting or prior to that
4  meeting inform Ms. Lee that you were going to
5  reassign countries from what had been assigned to her
6  in the April 1, 2005, e-mail?
7      MR. DAY:  Objection.  Compound question.
8      BY MS. BRASWELL:
9      Q.  You can answer.
10     A.  I believe we discussed it.  It was the
11 primary purpose of that meeting.
12     Q.  Primary purpose was to what?
13     A.  Further discuss the additional workload
14 changes, reassignments.
15     Q.  And did you at that meeting or prior to that
16 meeting inform Ms. Lee that certain countries that
17 were assigned to her were going to be redistributed
18 to other employees?
19     A.  It wasn't just with her.  The entire group
20 discussed that.
21     Q.  And what specifically do you recall Ms. Lee
22 saying to you at the staff meeting regarding the

126

1 redistribution?

2    A.   I recall her asking persistently and
3 repeatedly why I was reassigning the additional
4 countries. I recall that. And I don't recall my
5 exact words -- the exact words I used and my
6 response.

7    I really didn't want to get into it because
8 it wasn't relevant to the group as a whole and it
9 wasn't the kind of conversation I wanted to have
10 there, but I was asked three or four times or
11 repeatedly, and I felt best to address it.

12    The gist, I can't recall the exact words,
13 but the gist was I didn't feel that the original
14 reassignment was sufficient to allow Ms. Lee to get
15 her arms around her workload, which is one of the
16 purposes of the reassignment.

17    Q.   One of the countries that was reassigned
18 from Ms. Lee -- well, three of the countries were
19 reassigned between April 1 and April 25, Egypt,
20 Australia and Korea. Can you explain why those three
21 countries were reassigned?

22    A.   I chose them because each of them were

1  significant, substantial countries with considerable
2  volume and/or complexity and/or visibility.
3      Q.   Why were they reassigned from Ms. Lee?
4      A.   To allow her the time I felt she needed to
5  have to get her arms around the existing workload,
6  and my intent then and that I followed through on was
7  once she had her arms around her workload, to
8  reintroduce those countries to her, and that was
9  successful.
10     Q.   Was Egypt reassigned back to Ms. Lee?
11     A.   Egypt was.
12     Q.   Do you recall when?
13     A.   I don't recall exactly when. She has done a
14 good job.
15     Q.   On April 25, after your reassignment, one of
16 the countries that Ms. Lee still retained was the
17 Philippines. Can you please describe whether the
18 Philippines was considered an important country to
19 have or complex?
20     A.   High-vis --
21     Q.   What does vis mean?
22     A.   High-visibility, of great importance because

1  of the global war on terrorism. In fact, Ms. Lee was
2  instrumental -- we had a very difficult case, so
3  difficult it was rejected by the Marine Corps, on
4  most of the material, and it involved buying lots of
5  little strange, hard-to-determine- source kinds of
6  things like flash band grenades and night-vision
7  devices, sniper rifles and things like that.
8         In terms of dollar value, it is not a huge
9  country. In terms of the difficulty of the kinds of
10 things they need -- obtaining the kinds of things
11 they need, and preparing the paperwork for that,
12 which Ms. Lee does, high on the complex scale, and it
13 could not be higher visibility. With the combat
14 theater, lots and lots of senior-level attention.
15     Q.  What about Spain, how did Spain rate in
16 terms of either volume or complexity of work?
17     A.  In my judgment, somewhere between moderate
18 and high in terms of volume -- probably moderate in
19 terms of complexity.
20     Q.  What about Bahrain?
21     A.  Bahrain is not a high-volume country, but
22 due to its position, it would be a relatively high-

129

1  visibility country, and also I would rate it somewhat
2  above moderate in terms of complexity.
3     Q.   Do you recall any discussions with Mr.
4  Bussink regarding redistributing countries?
5     A.   There were discussions. I don't recall the
6  specifics of them, but, yes, there were certainly
7  discussions.
8     Q.   And is Mr. Bussink your supervisor?
9     A.   He is my supervisor, my first-level
10 supervisor.
11    Q.   No further questions.
12       MR. DAY:  I have a couple on redirect.
13       FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
14       BY MR. DAY:
15    Q.   Isn't it the case, Mr. Seibel, that at the
16 meeting you referred to, the phrase you used was that
17 Ms. Lee had to address the quality of her work?
18    A.   Again, I do not recall the exact words, so I
19 can't recall whether that is the words I used or not.
20 The general gist of it was, I believe, my
21 recollection is that it was to allow her time to get
22 her arms around her workload.