Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BRETTON, MARIVIC D. | 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 | 08-10-1967 | 07-25-2004 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | Promotion |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N3M | Reg 335.102 Comp |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
PROGRAM ANALYST
S2376 – 85841

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 12 | 04 | $66,701.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $58,188.00 | $8,513.00 | $66,701.00 | $0 |

**14. Name and Location of Position's Organization**
OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

**15. TO: Position Title and Number**
PROGRAM ANALYST
S4071 – 126655

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 13 | 01 | $72,108.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $62,905.00 | $9,203.00 | $72,108.00 | $0 |

**22. Name and Location of Position's Organization**
OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other<br>2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30% | 1 | | YES  [X] NO |
| 1 | 0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Basic only | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS and FICA | 11-20-1989 | F  Full-Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved<br>1 | E – Exempt<br>N – Nonexempt<br>E | NAVY | 7777 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110400001 | WASHINGTON NAVY YARD / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | UIC: 42192 | ORG: 063 | CC: 9111 | PAY OFF: CH/LOC ID: |

**45. Remarks**
Selected from Nw4-0343-GS13-K0269936-OC, dated 19-MAY-2004.

Position is at the full performance level.

EXH. 9

Civil No. 05-1335 RWR

108

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Naval Sea Systems Command (NV24) | Melissa N. Scott<br>HR Asst – Electronically Signed |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| NV24 | 2416 | 07-26-2004 |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93

TURN OVER FOR IMPORTANT INFORMATION