1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - x
BRENDA J. LEE,                       :
        Plaintiff,                   :
                                     :
    vs.                              :  Civil Action
                                     :
DONALD C. WINTER,                    :  No. 05-1335(RWR)
SECRETARY OF THE NAVY,               :
        Defendant.                   :
- - - - - - - - - - - - - - - - - - x

Washington, D.C.

Wednesday, November 15, 2006

The deposition of ROBERT F. BUSSINK, JR., called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to Notice, in the offices of Gebhardt & Associates, LLP, 1101 Seventeenth Street N.W., Washington, D.C., convened at 10:08 a.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

JARDIM REPORTING ASSOCIATES
(703) 867-0396

EXH. 11

Civil No. 05-1335 RWR

5

```
1    A.   Caucasian.
2    Q.   What is your date of birth?
3    A.   5/21/47.
4    Q.   What is your current job title?
5    A.   Assistant Program Manager For International
6  Policy and Financial Management.
7    Q.   Have you ever had your deposition taken
8  before?
9    A.   Yes.
10   Q.   Under what circumstances?
11   A.   It was an EEO complaint.
12   Q.   Were you named in the complaint?
13   A.   No.
14   Q.   So you were a witness, not a responding
15 official?
16   A.   Right.
17   Q.   Have you been named in any other EEO
18 complaints?
19   A.   No.
20   Q.   Have you testified in any other EEO
21 complaints?
22   A.   Possibly.  I am not really recalling.
```

9

```
 1      Q.   And as a first-level supervisor, how many
 2   people do you supervise?
 3      A.   Three -- four, excuse me, four.  Donald
 4   Seibel, Bridget McClerkin, Tranita Russell and Robert
 5   Flood.
 6      Q.   And as a second-level supervisor, how many
 7   people are you responsible for?
 8      A.   Five -- no, four -- no, five.  I was right.
 9      Q.   And are those five people all employees
10   under the supervision of Donald Seibel?
11      A.   Yes.
12      Q.   Is Brenda Lee, the plaintiff in this case,
13   one of those employees?
14      A.   Yes.
15      Q.   How many days of training in NSPS did you
16   receive?
17      A.   I guess it is a total of 10 days, something
18   like that.
19      Q.   And have you participated in any mock
20   exercises for rating people?
21      A.   Yes.  We had a mock payout last September, I
22   believe.
```

1  you decided that some countries needed to be
2  transferred from some of the CDAs to other CDAs?
3      A.  March '05, yes -- that I decided -- no.
4  That decision was Don Seibel's.
5      Q.  And you concurred?
6      A.  Yes.
7      Q.  And as part of that process of transferring
8  countries, were the CDAs asked to agree among
9  themselves which countries they wanted to reassign?
10     A.  The process, I believe, started back in
11 December of '04.  Regina Grave had been assigned to
12 the group and was doing other than CDA work.  She was
13 doing some CDA work but was basically in training to
14 do work for mods and amendments.
15          She was a case manager.  She was transferred
16 some cases from Ms. Dutton, and it didn't work out
17 that it was enough work to get her the experience,
18 and I asked Don to call a meeting with the CDAs,
19 determine how we could redistribute the work and get
20 her up to speed, knowing that this is not accurate,
21 it doesn't reflect complexity.
22          I wanted to get their input into the process