# INVESTIGATIVE FILE



### DON 05-00024-01542

**DOCKET NUMBER**

### BRENDA J. LEE

**COMPLAINANT**

NAVAL SEA SYSTEM COMMAND
WASHINGTON NAVY YARD
WASHINGTON, D C

**ORGANIZATION FILED AGAINST**

### DEPARTMENT OF THE NAVY

**COMPONENT FILED AGAINST**

> **WARNING:** All information contained in this report is protected by the Privacy Act of 1974 and must be dealt with accordingly.

# DEPARTMENT OF DEFENSE
## CIVILIAN PERSONNEL MANAGEMENT SERVICE
## OFFICE OF COMPLAINT INVESTIGATIONS

EXH. 12

Civil No. 05-1335 RWR

# INDEX
## Investigative File
## Complaint of Ms. Brenda Lee
## Agency Docket Number: 050002401542

|  | Page |
|---|---|

**EXHIBIT A - Formal Complaint Documents**
Formal Complaint ..... 1

**EXHIBIT B - EEO Counseling Documents**
1. EEO Counselor's Report ..... 9
2. Notice of Rights and Responsibilities ..... 27
3. Notice of Final Interview ..... 37

**EXHIBIT C - Claims to be Investigated**
1. Notice of Receipt ..... 42
2. Request to Amend ..... 48
3. Notice of Acknowledgement ..... 50

**EXHIBIT D - Attempts at Resolution**
Reserved ..... 57

**EXHIBIT E - Appellate Activity**
Reserved ..... 59

**EXHIBIT F – Evidence**
1. Declaration, Mr. Donald Seibel ..... 60
2. Declaration, Ms. Barbara Hall ..... 73
3. Complainant's supplemental rebuttal statement ..... 80a
3a. Agency's response to data request ..... 81
4. Organization chart ..... 84
5. Workforce profile ..... 88
6. Complainant's previous protected activity ..... 91
7. Program Analysts assignments as of April 14, 2005 ..... 94
8. Position descriptions for the Complainant, Ms. Dutton, Ms. Hall and Ms. Graeve ..... 98
9. Documentation of employee work assignments before and after the assignment change at issue ..... 123
10. Agency's response to data request ..... 129
11. Additional documentation submitted by the Complainant ..... 132
12. Selection documentation ..... 142
13. Related documents submitted with case file ..... 150
14. Investigator's Declaration ..... 163

**EXHIBIT G - Miscellaneous Documents**
General correspondence and related documents ..... 165

# INDEX
Investigative File
Complaint of Ms. Brenda Lee
Agency Docket Number: 050002401542

**EXHIBIT H - Documents Relating to Compensatory Damages**
Reserved............................................................................................................................ 188

**ENCLOSURE - Transcript from onsite investigation, dated November 28, 2005 (separately numbered)**

> The documents in this file were provided by the Complainant and/or agency sources and have not been altered. Duplicate documents have been removed from the file and any reorganization of documents is noted in the record.

**Renee Dutton**

SEA 63IC311
duttonrc@navsea.navy.mil

COMM:
DSN:

| | |
|---|---|
| AL | ALBANIA |
| BC | BOTSWANA |
| BE | BELGIUM |
| BF | BAHAMAS |
| BG | BANGLADESH |
| CN | CANADA |
| CO | COLUMBIA |
| CX | ZAIRE |
| D5 | COLUMBIA NA |
| DE | DENMARK |
| EK | EQUATORIAL GUINEA |
| FI | FINLAND |
| FR | FRANCE |
| GT | GUATEMALA |
| GU | GUYANA |
| IL | ICELAND |
| IT | ITALY |
| KE | KENYA |
| LH | LITHUANIA |
| N3 | NATO SEASPARROW |
| N4 | NAMSA-GENERAL |
| N6 | NATO HQ |
| NE | NETHERLANDS |
| NO | NORWAY |
| S4 | FAA SECTION 632 |
| SW | SWEDEN |
| TC | UNITED ARAB EM |
| UK | UNITED KINGDOM |
| WA | NAMIBIA |
| ZA | ZAMBIA |
| ZI | ZIMBABWE |

Effective December 15, 2004

**Barbara Hall**

SEA 63IC312
hallbr@navsea.navy.mil

COMM:
DSN:

| | |
|---|---|
| AR | ARGENTINA |
| BR | BRAZIL |
| BU | BULGARIA |
| CI | CHILE |
| DJ | DJIBOUTI |
| D3 | PERU |
| D6 | ECUADOR INC |
| EC | ECUADOR |
| ES | EL SALVADOR |
| GY | GERMANY |
| HO | HONDURAS |
| IS | ISRAEL |
| JO | JORDAN |
| KU | KUWAIT |
| LG | LATVIA |
| MU | OMAN |
| PA | PARAGUAY |
| PE | PERU |
| PK | PAKISTAN |
| PT | PORTUGAL |
| RO | ROMANIA |
| S3 | SLOVENIA |
| SI | SAUDI ARABIA |
| SR | SAUDI ARABIA |
| TK | TURKEY |
| UA | SOUTH AFRICA |
| UY | URUGUAY |
| U2 | UZBEKISTAN |
| VE | VENEZUELA |

**Brenda Lee**

SEA 63IC313
leebj@navsea.navy.mil

COMM:
DSN:

| | |
|---|---|
| AC | ANTIGUA |
| AT | AUSTRALIA |
| BA | BAHRAIN |
| BB | BARBADOS |
| BX | BRUNEI |
| CE | SRI LANKA, CEYLON |
| CH | CHINA |
| CS | COSTA RICA |
| D1 | BOLIVIA |
| DO | DOMINICA |
| DR | DOMINICAN REPUBLIC |
| EG | EGYPT |
| EN | ESTONIA |
| GJ | GRENADA |
| GR | GREECE |
| HA | HAITI |
| ID | INDONESIA |
| IN | INDIA |
| JM | JAMAICA |
| KS | KOREA |
| MF | MALAYSIA |
| MO | MOROCCO |
| MX | MEXICO |
| NS | SURINAME |
| NU | NICARAGUA |
| NZ | NEW ZEALAND |
| PI | PHILIPPINES |
| PL | POLAND |
| PM | PANAMA |
| SC | ST CHRISTOPHER |
| SN | SINGAPORE |
| SP | SPAIN |
| ST | ST LUCIA |
| TH | THAILAND |
| TN | TONGA |
| TO | TOGO |
| TP | SAO TOME-PRINCIPE |
| TU | TUNISIA |
| VC | ST VINCENT-GRENADINES |
| YE | YEMEN |

**Regina Graeve**

SEA 63IC314
graeverm@navsea.navy.mil

COMM:
DSN:

| | |
|---|---|
| AE | UNITED ARAB EMIRATES |
| CM | CAMEROON |
| CV | CAPE VERDE |
| GA | GAMBIA |
| GH | GHANA |
| GV | GUINEA |
| IV | IVORY COAST |
| JA | JAPAN |
| LI | LIBERIA |
| MP | MAURITIUS |
| MR | MAURITANIA |
| PU | GUINEA BISSAU |
| SE | SEYCHELLES |
| SK | SENEGAL |
| SL | SIERRA LEONE |
| SO | SOMALIA |
| TW | TAIWAN |

May 2005

| Renee Dutton | Barbara Naff | Brenda Lee | Regina Graeve |
|---|---|---|---|
| SEA 63IC311 | SEA 63IC312 | SEA 63IC313 | SEA 63IC314 |
| renee.dutton@navy.mil | barbara.naff@navy.mil | brenda.lee@navy.mil | graevem@navsea.navy.mil (pending NMCI) |
| COMM: 202.781.0554 | COMM: 202.781.0620 | COMM: 202.781.0703 | COMM: 202.781.0606 |
| DSN: 326.0554 | DSN: 326.0620 | DSN: 326.0703 | DSN: 326.0606 |
| AL ALBANIA | AR ARGENTINA | AC ANTIGUA | AE UNITED ARAB EMIRATES |
| BC BOTSWANA | BR BRAZIL | BA BAHRAIN | AT AUSTRALIA |
| BE BELGIUM | BU BULGARIA | BB BARBADOS | CM CAMEROON |
| BF BAHAMAS | CI CHILE | BX BRUNEI | CV CAPE VERDE |
| BG BANGLADESH | CS COSTA RICA | CE SRI LANKA, CEYLON | EN ESTONIA |
| CN CANADA | DJ DJIBOUTI | CH CHINA | GA GAMBIA |
| CO COLUMBIA | DO DOMINICA | DI BOLIVIA | GH GHANA |
| CX ZAIRE | DR DOMINICAN REPUBLIC | GJ GRENADA | GV GUINEA |
| DS COLUMBIA NA | D3 PERU | GR GREECE | ID INDONESIA |
| DE DENMARK | D6 ECUADOR INC | HA HAITI | IN INDIA |
| EK EQUATORIAL GUINEA | EC ECUADOR | JM JAMAICA | IV IVORY COAST |
| FI FINLAND | EG EGYPT | MF MALAYSIA | JA JAPAN |
| FR FRANCE | ES EL SALVADOR | MO MOROCCO | LI LIBERIA |
| GT GUATEMALA | GY GERMANY | MX MEXICO | MP MAURITIUS |
| GU GUYANA | HO HONDURAS | NS SURINAME | MR MAURITANIA |
| IL ICELAND | IS ISRAEL | NU NICARAGUA | PL POLAND |
| IT ITALY | JO JORDAN | NZ NEW ZEALAND | PU GUINEA BISSAU |
| KE KENYA | KS KOREA | PI PHILIPPINES | SE SEYCHELLES |
| LH LITHUANIA | KU KUWAIT | PN PANAMA | SK SENEGAL |
| N3 NATO SEASPARROW | LG LATVIA | SC ST CHRISTOPHER | SL SIERRA LEONE |
| N4 NAMSA-GENERAL | MU OMAN | SN SINGAPORE | SO SOMALIA |
| N6 NATO HQ | PA PARAGUAY | SP SPAIN | TH THAILAND |
| NE NETHERLANDS | PE PERU | ST ST LUCIA | TP SAO TOME-PRINCIPE |
| NO NORWAY | PK PAKISTAN | TN TONGA | TW TAIWAN |
| S4 FAA SECTION 632 | PT PORTUGAL | TO TOGO | YE YEMEN |
| SW SWEDEN | RO ROMANIA | VC ST VINCENT-GRENADINES | |
| TC UNITED ARAB EM | SJ SLOVENIA | | |
| UK UNITED KINGDOM | SI SAUDI ARABIA | | |
| WA NAMIBIA | SR SAUDI ARABIA | | |
| ZA ZAMBIA | TK TURKEY | | |
| ZI ZIMBABWE | TU TUNISIA | | |
| | UA SOUTH AFRICA | | |
| | UY URUGUAY | | |
| | UZ UZBEKISTAN | | |
| | VE VENEZUELA | | |

TK— (F(+)

Effective 2 May 2005

141