Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LEE, BRENDA J. | [redacted] | 12-04-1948 | 09-21-2004 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 840 | Individual Cash Award | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PROGRAM ANALYST<br>S2329 – 85346 | PROGRAM ANALYST<br>S2329 – 85346 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0343 | 12 | 09 | $76,806.00 | PA | | | | | $250.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $67,003.00 | $9,803.00 | $76,806.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF INTERNATIONAL PROGRAMS<br>WARFARE SYSTEMS ENGINEERING DIR<br>NAVSEA OPERATIONS SUP (FLDGRP) WASH DC | OFFICE OF INTERNATIONAL PROGRAMS<br>WARFARE SYSTEMS ENGINEERING DIR<br>NAVSEA OPERATIONS SUP (FLDGRP) WASH DC |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1–None  3–10-Point/Disability  5–10-Point/Other<br>    2–5-Point  4–10-Point/Compensable  6–10-Point/Compensable/30% | 1  0–None  1–Conditional<br>    1–Permanent  3–Indefinite | | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  Basic + Option A | 9  Not Applicable | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 01-03-1971 | F  Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1–Competitive Service  3–SES General<br>    2–Excepted Service  4–SES Career Reserved | E  E–Exempt  N–Nonexempt | NAVY I | 7777 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110400001 | WASHINGTON NAVY YARD / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | UIC: 42192 | ORG: 063 | CC: 9111 | PAY OFF: CH/LOC ID: |

45. Remarks

EXH. 15

Civil No. 05-1335

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Naval Sea Systems Command (NV24) | Reva J. Lanier<br>Human Resources Asst (OA) |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| NV24 | 2416 | 09-22-2004 |

5–Part 50–316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LEE, BRENDA J. | [redacted] | 12-04-1948 | 08-13-2004 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 840 | Individual Cash Award |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
PROGRAM ANALYST
S2329 – 85346

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 12 | 09 | $76,806.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $67,003.00 | $9,803.00 | $76,806.00 | $0 |

**14. Name and Location of Position's Organization**
OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

**15. TO: Position Title and Number**
PROGRAM ANALYST
S2329 – 85346

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | $350.00 | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

**22. Name and Location of Position's Organization**
OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other   2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30% | 1   0 – None   2 – Conditional   1 – Permanent   3 – Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  Basic + Option A | 9  Not Applicable | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 01-03-1971 | F  Full-Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 – Competitive Service   3 – SES General   2 – Excepted Service   4 – SES Career Reserved | E   E – Exempt   N – Nonexempt | NAVY | 7777 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110400001 | WASHINGTON NAVY YARD / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. UIC: 42192 | 42. ORG: 063 | 43. CC: 9111 | 44. PAY OFF: CH/LOC ID: |
|---|---|---|---|---|

**45. Remarks:**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Naval Sea Systems Command (NV24) | Reva J. Lanier |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Human Resources Asst (OA) |
|---|---|---|---|
| NV24 | 2416 | 08-13-2004 | |

5–Part 50–316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LEE, BRENDA J. | ▮▮▮▮▮ | 12-04-1948 | 09-05-2003 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 841 | Group Cash Award | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| | | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

**7. FROM: Position Title and Number**
PROGRAM ANALYST
S2329 – 85346

**15. TO: Position Title and Number**
PROGRAM ANALYST
S2329 – 85346

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0343 | 12 | 09 | $73,556.00 | PA | | | | | $500.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $65,244.00 | $8,312.00 | $73,556.00 | $0 | | | | |

**14. Name and Location of Position's Organization**
OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

**22. Name and Location of Position's Organization**
OFFICE OF INTERNATIONAL PROGRAMS
WARFARE SYSTEMS ENGINEERING DIR
NAVSEA OPERATIONS SUP (FLDGRP) WASH DC

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None 3-10-Point/Disability 5-10-Point/Other 2-5-Point 4-10-Point/Compensable 6-10-Point/Compensable/30% | 1 — 0-None 2-Conditional 1-Permanent 3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  Basic + Option A | 9  Not Applicable | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 01-03-1971 | F  Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service 3-SES General 2-Excepted Service 4-SES Career Reserved | E  E-Exempt N-Nonexempt | NAVY | 7777 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110400001 | WASHINGTON NAVY YARD / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. UIC: 42192 | 42. ORG: 063 | 43. CC: 9111 | 44. PAY OFF: CH/LOC ID: |
|---|---|---|---|---|

**45. Remarks**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Naval Sea Systems Command (NV24) | Edlorina S. Bland |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| NV24 | 2416 | 09-05-2003 | Human Resources Spec – Electronically Signed |

5-Part 50-316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238