```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                        )
                                      )
        Plaintiff,                    )
                                      )
        v.                            ) Civil No. 05-1335 RWR
                                      )
GORDON R. ENGLAND, Secretary,         )
United States Navy,                   )
                                      )
        Defendant.                    )
                                      )
```

DEFENDANT'S NOTICE OF FILING

Defendant hereby files Exhibit 10 to defendant's dispositive motion, filed today at Docket No. 29.

Respectfully submitted,

            /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


            /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


            /s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226