UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE, )
)
    Plaintiff, )
)
        v. ) Civil Action No. 1:05-cv-01335-RWR
)
DONALD WINTER )
    Secretary of the Navy, )
)
    Defendant. )
_____)

## DECLARATION OF CATHERINE L. SERGESON

1. I am currently employed by the Human Resources Service Center, Northwest (HRSC NW), within the United States Department of Defense, Department of the Navy. I am a Supervisory Human Resources Specialist, YC-0201-02, in the Recruitment and Staffing Division, Customer Focus Department. I converted from a GS-0201-12 to a YC-0201-02 position under the National Security Personnel System (NSPS) on 1 May 2006. I have served as a Supervisory Human Resources Specialist since 19 May 2002.

2. In this capacity, I have responsibility for a branch of the Customer Focus Division, which executes staffing and recruitment for Department of Navy customers serviced by the HRSC NW. As the branch head, I train Human Resource Specialists, and review and utilize the various automated systems used by the Department of Navy to execute recruitment/staffing including, RESUMIX (the automated resume intake system) and DCPDS (the automated Defense Civilian Personnel Data System).

3. On 20 October 2005, I queried the Legacy RESUMIX database for HRSC NW, as well as the current consolidated RESUMIX database (for all HRSCs) to ascertain whether Brenda J. Lee had submitted her resume to RESUMIX and if so, on what date. The query run of these RESUMIX databases showed that Ms. Lee first submitted a resume to the database on September 23, 2004. Attachment 1.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/9/2007

CATHERINE L. SERGESON

Attachment 1

Personal Data - Privacy Act of 1974
<Type here to customize title>

Date: 10/20/05

| SSN | Last Name | First Name | Date Rcvd | Avail | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 244844723 | Lee | Brenda | 09-23-2004 | T | 2509 Southern Ave Apt 301 | Temple Hills | MD | 20748-4243 |

Personal Data - Privacy Act of 1974

Page 1