```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                    )
                                  )
        Plaintiff,                )
                                  )
        v.                        ) Civil No. 05-1335 RWR
                                  )
GORDON R. ENGLAND, Secretary,     )
United States Navy,               )
                                  )
        Defendant.                )
                                  )
```

## ERRATA AND NOTICE OF FILING

Defendant has discovered that certain exhibits filed last night with defendant's dispositive motion were missing pages cited in defendant's motion. Defendant therefore refiles those exhibits in complete form. The exhibits being replaced by this filing are: Exhibits 3, 5, 12, and 14.

Additionally, in paragraph 17 of defendant's statement of material facts there is an erroneous citation to "Exh. 3, Randolph Dep. at 76, 82-84." The citation should only read: "Exh. 3, Randolph Dep. at 76." Furthermore, in paragraph 24, there should be an additional citation to defendant's "Exh. 6."

Respectfully submitted,

/s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226