# INVESTIGATIVE FILE



## DON04-00024-010
ACTIVITY DOCKET NUMBER

## BRENDA J. LEE
COMPLAINANT

## NAVAL SEA SYSTEMS CMD
WASHINGTON NAVY YARD, DC
ORGANIZATION FILED AGAINST

## DEPT OF THE NAVY
COMPONENT FILED AGAINST

WARNING: All information contained in this report is protected by the Privacy Act of 1974 and must be dealt with accordingly.

# DEPARTMENT OF DEFENSE
## CIVILIAN PERSONNEL MANAGEMENT SERVICE
## OFFICE OF COMPLAINT INVESTIGATIONS

EXH. 5

Civil No. 05-1335 RWR



# INDEX

Investigative File
Complaint of Brenda J. Lee
Agency Docket Number: DON 04-00024-010

**PAGE**

**EXHIBIT A – Formal Complaint Documents**
Formal Complaint, September 13, 2004 ............................................................................1

**EXHIBIT B – EEO Counseling Documents**
1. EEO Counselor's Report, September 20, 2004 .........................................................10
   E-Mail Messages, Subject: Yesterday's Discussion, July 22, 2004 to
   August 30, 2003 ........................................................................................................22
   Initial Interview – Intake Form ...............................................................................24
   Grievance, August 3, 2004 ......................................................................................28
2. Aggrieved Person's Rights and Responsibilities, August 3, 2004 ...........................31
3. Notice of Right to File, April 7, 2004 .....................................................................27

**EXHIBIT C – Claims to be Investigated**
1. Notice of Receipt, Not Contained in File..................................................................42
2. Notice of Acknowledgement for Investigation, September 24, 2004 .......................44

**EXHIBIT D – Attempts at Resolution**
Reserved.............................................................................................................................48

**EXHIBIT E – Appellate Activity**
Reserved.............................................................................................................................49

**EXHIBIT F - Evidence**
1. Statement of Duties (Brenda J. Lee), Case Development Program Analyst,
   GS-343-12* .................................................................................................................51
   Statement of Duties (Renee C. Dutton), Case Development Program Analyst,
   GS-343-13* .................................................................................................................56
   Statement of Duties (Barbara R. Hall), Case Development Program Analyst,
   GS-343-13* .................................................................................................................61
2. Complainant's Submission (Less Duplicates)
   Cover Letter, November 27, 2004 .............................................................................67
   Complainant's Letter, Subject: Response to Notification of Investigation,
   October 6, 2004...........................................................................................................71
   E-Mail Messages, Subject: RE: Request for Advance Sick Leave,
   September 29, 2004 .....................................................................................................77
   Complainant's E-Mail Message, Subject: FW: Request for Leave,
   August 24, 2004 ..........................................................................................................79
   Witness List ................................................................................................................81

Various E-Mail Messages, Subject: Standardized Amd/Mod Task Directions
August 31, 2004 to September 1, 2004............................................................83
Various E-Mail Messages, Subject: NAVSEA's Learning Management System,
September 22-30, 2004 ..................................................................................87
3.  Complainant's Witness List, December 2, 2004.........................................90
4.  Agency's Submission, Received December 6, 2004 ....................................94
Organization Chart for Office of International Programs, SEA 63................96
Complainant's Standard Form (SF) 50, Notification of Personnel Action, Pay
Adjustment, Effective Date January 11, 2004 ............................................97
Complainant's Performance Plan, July 16, 2003 .......................................98
Merit Promotion Opportunity Number NW0343–Program Analyst, GS-343-13,.....104
Position Fill Request Form ........................................................................105
Generic Crediting Plan, Program Analyst, GS-343-13 .............................107
Marvivic Britton's SF 50, Promotion, Effective Date July 25, 2004.........108
Position Description Number S4071, Program Analyst, GS-343-13............109
Documentation on LWOP Within Past Two Years .....................................117
Complainant's Prior EEO Activity .............................................................118
Consolidated Civilian Personnel Office (CCPO-CC Merit) Instruction 12335.1D,
July 30, 1991 ...........................................................................................119
NAVSEA Instruction 12000.2, October 31, 2000 .....................................141
Alternative Work Schedules (AWS)...........................................................163
5.  Documentation Provided During and After On-Site Investigation
Competitive Certificate, Program Analyst, GS-0343-13, May 19, 2004.....182
Complainant's Performance Plan ..............................................................185
Employee Listing.......................................................................................187
Mr. Ashenfelder's E-Mail Message, Subject: FW: GS-13 Selection Update,
July 8, 2004 .............................................................................................189
SEA63 Process for Evaluating Potential Employees...................................190
Panel Rating Sheet ...................................................................................193
Interview Questions ..................................................................................194
Interview Schedule....................................................................................195
Post Interview Panel Rating Sheet............................................................199
Mr. Seibel's E-Mail Message to Complainant, Subject RE: Request for Leave,
August 25, 2004 .......................................................................................200
Standard Labor Data Collection and Distribution Application (SLDCADA) ...........201
6.  Time and Attendance Data........................................................................202
7.  Complainant's Rebuttal, January 12, 2005 ...............................................217
8.  Declaration of Raymond J. Ashenfelder ....................................................228
9.  Declaration of Hercules Randolph .............................................................232
10. Investigator's Declaration ........................................................................233

EXHIBIT G – Miscellaneous Documents
Processing Correspondence ..........................................................................234

**EXHIBIT H – Documents Relating to Compensatory Damages**

Reserved...........................................................................................................................244

**ENCLOSURE – Transcript of Verbatim Affidavits**

The documents in this file were provided by agency sources and have not been altered. Efforts were made to ensure that duplicate documents were removed from the file; however, some duplication exists in order to preserve the integrity of the file.
* Denotes documents moved from the Counselor's Report

2

## D. BASIS FOR ALLEGED DISCRIMINATION

1. [ ]   Race *(Specify)*
2. [ ]   Sex *(Specify)*
3. [x]   Age *(Specify)*      DOB: 12/4/48
4. [ ]   Mental Handicap *(Specify)*
5. [ ]   Color *(Specify)*
6. [ ]   Religion *(Specify)*
7. [ ]   National Origin *(Specify)*
8. [ ]   Physical Handicap *(Specify)*
9. [ ]   Reprisal *(Specify)*
10. [ ]  Sexual Harassment

## E. ALLEGATION(S) OF DISCRIMINATION:

Complainant alleges that on the basis of her age (DOB: 12/4/48) the following occurred:

1.      She was denied an opportunity to apply for the Program Analyst GS-343-13 position (SEA63ICI); and

2.      She has been performing higher level duties without being compensated at the GS-13 grade level.

The EEO Counselor met with the Complainant (Office Code **SEA-63IC3**, 202-781-0703) in person on August 17, 2004.  Complainant was fifty-five years of age at the time of the initial interview.  Complainant holds Hercules Randolph, Deputy Program Manager for the Office of International Programs personally responsible for both alleged acts of discrimination.

In regards to her first allegation Complainant claims a SEA63 vacancy was announced in April 2004 to fill a position by an employee named Ed Settle.  She says this position was advertised as a Program Analyst, GS-343-13 **(SEA63IC2)** position and the incumbent would be the responsible country manager for Europe, Canada, Australia and New Zealand.  She asserts Mr. Randolph did not fill this position from the certification of applicants he received from Human Resources and instead her reassigned a SEA63 employee, Kathy Ton, into this position.  This made Ms. Ton's former position vacant.  The Complainant was interested in this position.

According to the Complainant, Ms. Ton's vacant position was in another division of SEA63 (SEA63ICI), working for a different Assistant Program Manager (APM) and serving a different group of countries.  She contends several employees in the office were interested in this position

13

09/18/2007  09:50  202-781-4628                NAVSEA  COUNSEL                    PAGE  04/09
Case 1:05-cv-01835-RWR     Document 31-3     Filed 09/18/2007     Page 6 of 19

08/06/2004  02:21        8393   J                CROSSROADS       (                    PAGE  04
AUG-06-2004                                                                          P.04/20

# INITIAL INTERVIEW – INTAKE

Date of EEO Office Contact: __8-3-04__

Receipt Method: ✓ Walk-In    __ Fax    __ Email    __ Phone
                __ Mail       __ Other (please specify): _____

Complainant's Full Name: __BRENDA J. LEE__

Social Security Number: __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__

DOB: __12-4-48__

Sex: __F__

Position Title: __Program ANALYST__

Pay Plan/Series/Grade: __GS-343-12__

Org. Code: __SEA-63IC3__

Work Phone: (202) 781-0703

Home Phone: (301) 630-5135

Home Mailing Address: __2509 SOUTHERN AVE #301__
                      __TEMPLE HILLS, MD 20748__

Email address: __LEEBJ@NAVSEA.NAVY.MIL__

Anonymity Requested: _____ Yes     ✓ No          SEA

Agency/Organization Where Complaint Arose: __NAVSEA, 63__

24

# INITIAL INTERVIEW – INTAKE (con't)

Basis: ✓ Race _African American_

_____ Color _____

_____ Sex _____

_____ Religion _____

✓ Age _12/4/48_

_____ National Origin _____

_____ Handicap – Physical _____

_____ Handicap – Mental _____

✓ Reprisal because of protected activity (identify): _____

_____

_____ Other (please specify) _____

Claim: _Denied Opportunity to Apply for_
_GS-13 Position_

_____

_____

_____

_____

2

25

## INITIAL INTERVIEW – INTAKE (con't)

**Additional Background (if any) regarding alleged discriminatory action:**

SEE ATTACHED

**Date of Alleged Incident:** 7/21/04

**Reason (if any) that the contact date is beyond the 45-day timeframe:**

RESPONSIBLE MANAGEMENT OFFICIAL: HERC RANDOLPH

# INITIAL INTERVIEW – INTAKE (con't)

**Requested Relief:** Promotion To GS-13 with back Pay

**Representative's Name:** N/A

**Representative's Address:** _____

**Representative's Phone:** ( ) ___-___

**Attorney:** _____ Yes    _____ No

**Witness(es), if any:**

Name/Phone: MARIE PULGONE, MELANIE S'HIPP, JANIE BROOKS, TRENITA RUSSELL, Cindy Duthy, Rhonda Doeault,

**Would you consider utilizing Alternative Dispute Resolution (ADR)?**

_____ Yes    ✓ No

_Loretta C. Briscoe_
Signature of Intake Official

_3 Aug '04_
Date of Intake

4

27

3 August 2004


1. I am filing a grievance against Hercules Randolph III
because I feel I have been denied the opportunity to file
for a vacancy in SEA63. I also feel I have been performing
the duties of a higher grade without compensation. The
following will explain my belief:

    a.

        A SEA63 vacancy was announced in April 2004 to
fill the position vacated by Ed Settle. This
position was advertised as a Program Analyst
GS-343-13, in SEA63IC2 and the incumbent would
be the responsible country manager for Europe,
Canada, Australia and New Zealand. Mr.
Randolph did not fill this position from the
certification of applicants he received from
HR for the advertisement of the vacancy. His
decision was to reassign a SEA63 employee,
Kathy Ton, into this position. Ms. Ton was a
country manager/Program Analyst GS-343-13. I
understand management had every right to make
this reassignment. Because of Ms. Ton's
reassignment, Ms. Ton's position was now
vacant. This is a position in another
division of SEA63 (SEA63IC1), working for a
different Assistant Program Manager (APM) and
serving a different group of countries.
Several of us were interested in this position
and waiting to apply for it when it was
advertised. The original vacancy
announcement, April 2004, was "specific" in
naming the countries the country manager would
be responsible for and the division the
position was in. I was not interested in that
position but would have applied for Ms. Ton's
position if it had been advertised. Mr.
Randolph decided to use the certificate
designed to fill Mr. Settle's position for the
filling of Ms. Ton's position. Remember, Ms.
Ton's position is in a different division,
working for a different APM and responsible
for different countries regardless of the fact
they are both Program Analyst GS-343-13.
There were other GS-12's that did not make the
certification for Mr. Settle's position that
did not get an opportunity to apply for this
second vacancy also. We were not afforded the
opportunity to apply because Mr. Randolph

28          *ATTACHMENT 1*

                                *TO SEA COMPLAINT*

filled the position with a SEA63 employee,
Vickie Britton. Ms. Britton was on the
certification for Mr. Settle's position and
was a GS-12 prior to the promotion to the GS-
13. I feel Ms. Ton's position should have
been advertised, therefore, allowing everyone
a fair opportunity to apply.

b.　　　We all found out Ms. Ton's position had been
filled at a SEA63 All Hands meeting 21 July.
Mr. Randolph announced to everyone attending
that Vicki Britton had just filled the first
promotion in three years in SEA63/PMS380. I
was shocked. Ms. Britton is young and has
been treated special by Mr. Randolph. We knew
he wanted to promote her. If this was the
first opportunity in three years for employees
like me to have an opportunity for promotion,
I feel he should have done everything in his
power to afford "all of his employees" the
opportunity to apply for this "new vacancy".
He also stated, "he knows a lot of us have
been filling positions at a higher grade". He
was going to "try again" to talk to SEA05 and
have them allow him to "advertise" these
positions to promote people. He stated, "Just
because you have been filling the positions at
a higher grade doesn't mean you will
automatically get the promotion". "THEY WILL
BE ADVERTISED AND SOMEONE ELSE MAY BE BETTER
QUALIFIED". How do you think that makes all
of us feel when we, and it is several that
have given ourselves to SEA63/PMS380 and not
been compensated for our efforts, hear this!!!
TOO MANY OF US HAVE BEEN USED BY SEA63
MANAGEMENT, HERCULES RANDOLPH, TOO LONG. WE
NEED COMPENSATION FOR THE WORK WE HAVE DONE.
NOW, MR. RANDOLPH IS SAYING OUR JOBS WILL BE
ADVERTISED AND COULD BE TAKEN AWAY FROM US AND
GIVEN TO SOMEONE ELSE. WHAT HAPPENS TO US?
IS THIS APPROPRIATE NAVSEA EMPLOYEE MANAGEMENT
PRACTICES?

c.　　　I have been in my position for 12 years. I am
a Program Analyst, GS-343-12. I filed an EEO
case against Mr. Randolph because of
performing higher-level duties without the
compensation of a GS-13. I was at the stage
of going formal with my EEO case and Mr.
Randolph called me to his office and made
promises to me so I withdrew my case. That
has been five months ago and he still hasn't
followed through with his promises. I feel if

my position is determined to be a GS-13, it is because of accretion of duties and I should be given the GS-13 without advertisement. Now he has not given me a chance to apply for a position that I am interested.

d.

I believe I have been discriminated against because of age and eligible for retirement. I believe he thinks I will soon retire and this problem, "me", will be gone without giving me what is due me, compensation for performing higher grade duties or not allowing me to apply for this vacancy. He is not considering how this would benefit my high three for my retirement.

2. The remedy I am seeking is to be treated with fairness and be afforded the opportunity to apply for any/all vacancies in SEA53 as they become available not as determined by Hercules Randolph. I would like my current position evaluated and a determination made as to the grade level. If it is found at the GS-13 level, it is because of accretion of duties over the past twelve years. I should be promoted without advertisement of my position. Everyone in my branch does the same work. They are GS-13s and I am the only GS-12.

BRENDA J. LEE

NAVSEA Office of International Programs – SEA 63

# Office of International Programs - SEA 63

**Program Manager***
**CAPT Theodore D. Fredrick**
1 Mil, 1 Civ

**Deputy Program Manager***
Mr. Hercules Randolph

1 Civ**
Manager for Cooperative Programs and Development

23 Civ
**Programs Management***
Ray Ashenfelder
PACOM / CENCOM / SOUTHCOM

19 Civ
**Programs Management***
Robert Flint
EUCOM / AUS / NZ / CANADA

13 Civ
**International Policy and Case Financial Management**
Bob Bussink

4 Civ, 2 Contr
**International Business and Program Operations**
Carolyn Lightfoot

SEA 63 Personnel
Civilian:  61**
Military:  1

On-Site Foreign Liaison Officers (17)
Australian Navy (2)    Egyptian Navy (1)    German Navy (3)
Hellenic Navy (1)    Netherlands Navy (1)    Spanish Navy (5)
Turkish Navy (1)    German BWB (2)    United Kingdom CEC (1)

FMS Case Mgmt

Program Executive Officer

* Shared PMO Responsibilities
** Includes CDP Rotational Assignment

SEA 63 Organizational Chart

2

96



# NAVSEA

## Merit Promotion Opportunity
### Program Analyst, GS-343-13

Click here for <u>Federal Employment Pay Table</u>
Announcement Number: <u>NW0343</u>

**Area of Consideration:** Navy Wide

**Location:** Naval Sea Systems Command, Warfare Systems Engineering Directorate (SEA 06), Office of International Programs (SEA 63), Washington, DC WNY

**About us:** The Program Office supports the Warfare Systems Engineering Directorate (SEA 06) in the oversight and coordination of all matters related to the Security Assistance Program (SAP) and Foreign Military Sales (FMS). SEA 63 develops and implements agreements with foreign countries for providing materials, technical assistance and management services in support of the construction, modernization, overhaul, and maintenance of ships and related systems. The program is responsible for establishing and implementing the National, Department of Defense, and Department of the Navy FMS Policy guidance and objectives within the Command assuring the proper allocation and utilization of FMS resources within the Command.

**About the position:** This position is a Program Analyst for Foreign Military Sales Programs in the NAVSEA Office of International Programs (SEA 63), Europe, Canada, Australia, and New Zealand Division (SEA 63IC2) of the Naval Sea Systems Command (NAVSEA). The incumbent will be performing FMS case management duties in the SEA 63IC22 Branch. Duties include but not limited to the following: Serves as the Command point of contact for incoming FMS requirements for the assigned countries including country requests in the form of LORs/LOAs/P&As/ROMs and other related tasks for assigned countries and/or cases. Ensures the timely development, implementation, execution and closure (Cradle to Grave Management) of all FMS cases and Country specific correspondence; Monitors and reports to higher authorities the overall performance of the LOA such has case milestones, deliverables and financial integrity; Coordinates and represents the Command at CRR's and FMR's. Incumbent must have working knowledge of the DSAMS process plus ability to use both USN and FMS accounting systems, NAVSEA Standard Accounting and Reporting Systems (STARS) and the Navy's Management Information System International Logistics (MISIL) is highly desirable.

This is an acquisition position as defined under the Defense Acquisition Workforce Improvement Act (DAWIA). Certification in Programs Management Level III must be achieved within 18 months of assignment.

INDIVIDUAL SELECTED FOR THIS POSITION MUST BE ABLE TO OBTAIN AND MAINTAIN A SECRET SECURITY CLEARANCE

Employees interested in consideration for this position are encouraged to submit a resume to the Open Vacancy Announcement listed above not later than 27 April 2004 to receive consideration.

Go to: <u>Open Continuous Vacancy</u> to the open continuous vacancy announcement, get additional information and submit your resume electronically via STAIRS (RESUME BUILDER) for consideration.

104

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**TIFICATION OF PERSONNEL ACTI _ N**

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| **TTON, MARIVIC D.** | | 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 | 06-10-1967 | 07-25-2004 |

| **T ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code **702** | 5-B. Nature of Action **Promotion** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **N3M** | 5-D. Legal Authority **Reg 335.102 Comp** | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| **PROGRAM ANALYST** S2376 – 8S841 | **PROGRAM ANALYST** S4071 – 126655 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 14. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0343 | 12 | 04 | $66,701.00 | PA | GS | 0343 | 13 | 01 | $72,108.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $58,188.00 | $8,513.00 | $66,701.00 | $0 | $62,905.00 | $9,203.00 | $72,108.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF INTERNATIONAL PROGRAMS WARFARE SYSTEMS ENGINEERING DIR NAVSEA OPERATIONS SUP (FLDGRP) WASH DC | OFFICE OF INTERNATIONAL PROGRAMS WARFARE SYSTEMS ENGINEERING DIR NAVSEA OPERATIONS SUP (FLDGRP) WASH DC |

**EMPLOYEE DATA**

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| **1** | 1 – None 3 – 10-Point/Disability 5 – 10-Point/Other 2 – 5-Point 4 – 10-Point/Compensable 6 – 10-Point/Compensable/30% | **1** 0 – None 1 – Permanent 2 – Conditional 3 – Indefinite | | YES  **X** NO |

| ...LE | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Basic only | **9** Not Applicable | **0** |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| **K** FERS and FICA | 11-20-1989 | **F** Full-Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| **1** 1 – Competitive Service 3 – SES General 2 – Excepted Service 4 – SES Career Reserved | **E** E – Exempt N – Nonexempt | NAVY | **7777** |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110400001 | WASHINGTON NAVY YARD / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. UIC: 42192 | 42. ORG: 063 | 43. CC: 9111 | 44. PAY OFF: CH/LOC ID: |
|---|---|---|---|---|

45. Remarks

Selected from Nw4-0343-GS13-K0269936-OC, dated 19-MAY-2004.

Position is at the full performance level.

**108**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Naval Sea Systems Command (NV24) | Melissa N. Scott |
| 47. Agency Code **NV24** | 48. Personnel Office ID **2416** | 49. Approval Date **07-26-2004** | HR Asst – Electronically Signed |

5-Part 50-316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93

**Adams Emily S CONT NSSC**

| | |
|---|---|
| From: | Ashenfelder Raymond J NSSC |
| Sent: | Thursday, July 08, 2004 8:28 AM |
| To: | Adams Emily S CONT NSSC |
| Subject: | FW: GS-13 SELECTION UPDATE |

Emily,

For the package.

Raymond Ashenfelder Jr
Assistant Program Manager, SEA 63IC1
NAVSEA Office of International Programs
Phone: 202-781-0417
Fax:    202-781-4586

-----Original Message-----
From:     Ashenfelder Raymond J NSSC
Sent:     Thursday, July 08, 2004 8:06
To:       Ashenfelder Raymond J NSSC; Randolph Hercules NSSC; Lightfoot Carolyn L NSSC
Subject:  RE: GS-13 SELECTION UPDATE

Herc/Carolyn,

Mr. Fennel has now declined. I do not see a need for any other interviews at this time. Based on all of the data and interviews of the candidates we (the selection committee) recommend Ms. Britton for the position.

Raymond Ashenfelder Jr
Assistant Program Manager, SEA 63IC1
NAVSEA Office of International Programs
Phone: 202-781-0417
Fax:    202-781-4586

-----Original Message-----
From:     Ashenfelder Raymond J NSSC
Sent:     Wednesday, July 07, 2004 14:06
To:       Randolph Hercules NSSC; Lightfoot Carolyn L NSSC
Subject:  GS-13 SELECTION UPDATE

Herc,

We have interviewed three of the 5 candidates.  1) Mr. Henry (non competitive) declined the interview  2) Mr. Fennel (non-competitive) is on travel and we are trying to arrange a tele -conference.

I have attached our post interview numbers. The base was the original paper review. After our interviews we adjusted the orginals(orginal numbers are part of the selection package) based on the candidates responses etc. At this point Ms. Britton is the lead candidate thus far.

<< File: Program Analyst Factors.xls >>
Raymond Ashenfelder Jr
Assistant Program Manager, SEA 63IC1
NAVSEA Office of International Programs
Phone: 202-781-0417
Fax:    202-781-4586

189

## Declaration

*I, Raymond J. Ashenfelder, Jr., in accordance with 28 U.S.C. Section 1746, make the following statement:*

*EFFECTS OF NONDISCLOSURE: Disclosure of information by me is voluntary; however, my failure to respond will result in disposition of the case on the basis of information available.*

*AUTHORITY: The authority to collect the information requested is derived from one or more of the following: Title 5, code of Federal Regulations, Sections 5.2 and 5.3; title 5, United States Code, Sections 1302, 1303, 1304, 3301, and 3302; Executive Order 11478, as amended: Executive Order 10577; and 29 CRF 1614.*

*PURPOSE AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Department of Defense, to Federal intelligence agencies, or to others as may be published in the Federal Register.*

What is your race, age and date of birth?

*Ans: I am White and my age is 50. My date of birth is February 18, 1954.*

What are your current job title, series, and grade?

*Ans: I am the Assistant Program Manager, GS-343-15.*

What is the organization and location that you currently work for?

*Ans: I work in the Naval Sea Systems Command, Office of International Programs (SEA63) in SEA0 06 at the Washington Navy Yard, Washington DC.*

How long have you been in your current position?

*Ans: I have been in this position for four years.*

Please give a brief description of your job responsibilities?

*Ans: I am the Assistant Program Manager responsible for foreign military sale for several regions of the world.*

Who are your first and second level supervisors? How long have you been under their supervision?

RECD JAN 1 8 2005

229

Initials 

*Ans: Hercules Randolph has been my first level supervisor of six years. Captain Theodore Frederick has been my second level supervisor for about one year.*

How many employees did you supervise directly? Can you recall the race and age of those employees?

*Ans: I supervise approximately 22 civilian employees. I cannot give a breakdown of the race and age of these employees.*

Do you know the Complainant, Brenda Lee? What was your relationship with Complainant? How long have you known the Complainant?

*Ans: Yes I know Ms. Lee. She is in another division within the same organization. I have known of her for approximately 12 years.*

Were you aware of Complainant's race and age? When and how did you become aware?

*Ans: I know of her race through visual observation but I have no idea of her age at all.*

Complainant alleges she was discriminated against on the bases of race (African-American) and age when she was denied the opportunity to apply for the Program Analyst, GS-343-13 position located in SEA 63IC1

What was your involvement in the Program Analyst GS-343-13 position in SEA 63IC1 that was filled by Ms. Vicki Britton? Please explain how the position became vacant and the recruitment method used to fill the position.

*Ans: I was the chair of the selection panel. An individual left the organization and the vacancy was advertised throughout the community so that individuals who were interested could apply for the position. I cannot recall the opening and closing dates of the announcement.*

Complainant states that a new vacancy announcement was not issued to fill the position that Ms. Britton was selected for. Who made the decision not to issue a new announcement and why?

*Ans: There was an announcement that was already issued for a position in another division when this vacancy occurred. Someone from the front office asked HR if a new announcement was needed and the answer was no. HR explained that since the vacancy was the same series and grade as the one previously announced in another division, it was not necessary to issue another vacancy announcement. I was then given the certificate so that the panel could review the candidates and make a recommendation to the selecting official, Mr. Randolph. Ms. Britton was the candidate that the panel recommended for selection.*

Did you speak to anyone in the HR office or management chain of command regarding this? Who did you speak to and when? What was said?

230

Initials ____


*Ans: I did not contact HR. Someone from the front office spoke HR, although I do not know whom.*

Do you know if Complainant applied for the announcement that was used to fill the position? Do you recall if she was referred for consideration and interviewed?

*Ans: I do not recall seeing the Complainant's name on the referral certificate.*

How do you respond to Complainant's allegation that she was denied the opportunity to apply for the position that Ms. Britton was selected for because a new announcement was not published and she was not afforded the opportunity to apply for the position?

*Ans: I find her statement to be inaccurate. The position was advertised. There was no regulatory requirement to do another announcement to fill the position when Ms. Britton was selected. I do not see how anyone denied the Complainant the opportunity to submit her name for consideration.*

Was Complainant's race and age a factor in the decision to use a previous announcement to fill the position? Did you discriminate against the complainant because of her race and age by denying her an opportunity to apply for the position?

*Ans: No, her race and age were not factors. No I did not discriminate against the Complainant.*

Is there anything you would like to add at this time?

*Ans: I did not deny her any opportunity because of her race or discriminate against her for any reason.*

### END OF STATEMENT

I have been afforded the opportunity to provide information relevant to the issues. I have nothing further to add to my declaration.

I have read the above statement consisting of 3 pages and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not considered confidential and that it may be shown to the interested parties.

I declare under penalty of perjury that the foregoing is true and correct.

*10 · JAN 2005*
EXECUTED ON (DATE)

WITNESS

231