# INVESTIGATIVE FILE



DON 05-00024-01542

DOCKET NUMBER

BRENDA J. LEE

COMPLAINANT
NAVAL SEA SYSTEM COMMAND
WASHINGTON NAVY YARD
WASHINGTON, D C

ORGANIZATION FILED AGAINST

DEPARTMENT OF THE NAVY

COMPONENT FILED AGAINST

**WARNING:** All information contained in this report is protected by the Privacy Act of 1974 and must be dealt with accordingly.

# DEPARTMENT OF DEFENSE
## CIVILIAN PERSONNEL MANAGEMENT SERVICE
### OFFICE OF COMPLAINT INVESTIGATIONS

EXH. 12

Civil Mo. 05-1335 RWR

# INDEX
Investigative File
Complaint of Ms. Brenda Lee
Agency Docket Number: 050002401542

|  | Page |
|---|---|

**EXHIBIT A – Formal Complaint Documents**
Formal Complaint ................................................................................................ 1

**EXHIBIT B – EEO Counseling Documents**
1. EEO Counselor's Report ................................................................................ 9
2. Notice of Rights and Responsibilities ........................................................ 27
3. Notice of Final Interview ............................................................................ 37

**EXHIBIT C – Claims to be Investigated**
1. Notice of Receipt .......................................................................................... 42
2. Request to Amend ........................................................................................ 48
3. Notice of Acknowledgement ...................................................................... 50

**EXHIBIT D – Attempts at Resolution**
Reserved ............................................................................................................ 57

**EXHIBIT E – Appellate Activity**
Reserved ............................................................................................................ 59

**EXHIBIT F – Evidence**
1. Declaration, Mr. Donald Seibel .................................................................. 60
2. Declaration, Ms. Barbara Hall .................................................................... 73
3. Complainant's supplemental rebuttal statement ...................................... 80a
3a. Agency's response to data request ............................................................ 81
4. Organization chart ........................................................................................ 84
5. Workforce profile .......................................................................................... 88
6. Complainant's previous protected activity ................................................ 91
7. Program Analysts assignments as of April 14, 2005 .............................. 94
8. Position descriptions for the Complainant, Ms. Dutton, Ms. Hall and Ms. Graeve ........ 98
9. Documentation of employee work assignments before and after the assignment change at issue ........ 123
10. Agency's response to data request .......................................................... 129
11. Additional documentation submitted by the Complainant .................. 132
12. Selection documentation ............................................................................ 142
13. Related documents submitted with case file .......................................... 150
14. Investigator's Declaration ........................................................................ 163

**EXHIBIT G – Miscellaneous Documents**
General correspondence and related documents ........................................ 165

# INDEX
### Investigative File
### Complaint of Ms. Brenda Lee
### Agency Docket Number: 050002401542

**EXHIBIT H - Documents Relating to Compensatory Damages** ...................... 188
Reserved...............................................................................................................

**ENCLOSURE - Transcript from onsite investigation, dated November 28, 2005** (separately numbered)

> The documents in this file were provided by the Complainant and/or agency sources and have not been altered. Duplicate documents have been removed from the file and any reorganization of documents is noted in the record.

# EEO COUNSELOR'S REPORT
# 29 C.F.R. SECTION 1614.105

### A. AGENCY

Department of Navy
Naval Sea Systems Command
1333 Isaac Hull Ave., S.E.
Washington, Navy Yard, D.C. 20376
DON No:

### B. AGGRIEVED PERSON

| | |
|---:|:---|
| Name: | Brenda J. Lee |
| Job Title/Series/Grade: | Program Analyst |
| Place of Employment: | Office of International Programs SEA 63 |
| | 1333 Isaac Hull Ave., S.E. |
| | Washington, Navy Yard, DC 20376 |
| Work Phone Number: | (202) 781-0703 |
| Home Phone Number: | (202) 630-5135 |
| Home Address: | 2509 Southern Avenue, #301 |
| | Temple Hills, MD 20748 |
| Representative: | Charles W. Day, Jr. |
| | Gebhardt & Associates, LLP |
| | 1101 17th Street, NW, Suite 607 |
| | Washington, DC 20036 |
| | (202) 496-0400 |

### C. CHRONOLOGY OF EEO COUNSELING

| | |
|---:|:---|
| Date of Incident: | April 14, 2005 |
| Date of Initial Contact: | May 24 2005 |
| Date EEO Counselor Contacted: | June 22, 2005 |
| Notice of Rights and Responsibilities: | May 25, 2005 |



RECEIVED
AUG 19 2005
NAVAL SEA SYSTEMS COMMAND
EEO OFFICE

-2-

Date of Notice of Final Interview: July 15, 2005
Date Counseling Report Requested:
Date Counseling Report Submitted:
Date Counseling Report Received:

### D. BASIS FOR ALLEGED DISCRIMINATION

1. (x) Race (Specify) African American
2. ( ) Sex (Specify)
3. (x) Age (Specify) 40 - DOB: 12-04-48
4. ( ) Mental Handicap (Specify)
5. ( ) Color (Specify)
6. ( ) Religion
7. ( ) National Origin (Specify)
8. ( ) Physical Handicap (Specify)
9. (x) Reprisal (Specify) witness in EEO complaint and prior EEO activity
10. ( ) Sexual Harassment
11. ( ) Other (Specify)

### E. ALLEGATION(S) OF DISCRIMINATION

Ms. Lee alleges that she was discriminated against because of her age (DOB: 12-4-48), race (African American) and retaliated against for prior EEO activity, when: (1) On April 14, 2005, she was deprived of significant job duties and responsibilities when three major countries (Australia, Korea, and Egypt) for which she was responsible were reassigned to other co-workers; (2) On April 14, 2005, her supervisor made a public false accusation that her performance needed improvement; therefore, he had to reduce her workload; and (3) she was denied an interview and not selected (dates unspecified) for a GS-13 Program Analyst position (Vacancy Announcement Number: NW4-0343-GS13-K0304145) for which she applied (September 22, 2004) and was found qualified[1].

### F. RESOLUTION REQUESTED:

Ms. Lee requested the following relief as settlement of her informal EEO complaint:

---

[1] Selection made February 25, 2005. Reassignment of Selectee--Effective Date: April 3, 2005.

| Renee Dutton | Barbara Hall | Brenda Lee | Regina Graeve |
|---|---|---|---|
| SEA 63IC311 | SEA 63IC312 | SEA 63IC313 | SEA 63IC314 |
| duttonrc@navsea.navy.mil | hallbr@navsea.navy.mil | leebj@navsea.navy.mil | graeverm@navsea.navy.mil |
| COMM: | COMM: | COMM: | COMM: |
| DSN: | DSN: | DSN: | DSN: |
| AL ALBANIA | AR ARGENTINA | AC ANTIGUA | AE UNITED ARAB EMIRATES |
| BC BOTSWANA | BR BRAZIL | AT AUSTRALIA | CM CAMEROON |
| BE BELGIUM | BU BULGARIA | BA BAHRAIN | CV CAPE VERDE |
| BF BAHAMAS | CI CHILE | BB BARBADOS | GA GAMBIA |
| BG BANGLADESH | DJ DIBOUTI | BX BRUNEI | GH GHANA |
| CN CANADA | D3 PERU | CE SRI LANKA, CEYLON | GV GUINEA |
| CO COLUMBIA | D6 ECUADOR INC | CH CHINA | IV IVORY COAST |
| CX ZAIRE | EC ECUADOR | CS COSTA RICA | JA JAPAN |
| D5 COLUMBIA NA | ES EL SALVADOR | OI BOLIVIA | LI LIBERIA |
| DE DENMARK | GY GERMANY | DO DOMINICA | MP MAURITIUS |
| EK EQUATORIAL GUINEA | HO HONDURAS | DR DOMINICAN REPUBLIC | MR MAURITANIA |
| FI FINLAND | IS ISRAEL | EG EGYPT | PU GUINEA BISSAU |
| FR FRANCE | JO JORDAN | EN ESTONIA | SE SEYCHELLES |
| GT GUATEMALA | KU KUWAIT | GJ GRENADA | SK SENEGAL |
| GU GUYANA | LG LATVIA | GR GREECE | SL SIERRA LEONE |
| IL ICELAND | MU OMAN | HA HAITI | SO SOMALIA |
| IT ITALY | PA PARAGUAY | ID INDONESIA | TW TAIWAN |
| KE KENYA | PE PERU | IN INDIA | |
| LH LITHUANIA | PK PAKISTAN | JM JAMAICA | |
| N3 NATO SEASPARROW | PT PORTUGAL | KS KOREA | |
| N4 NAMSA-GENERAL | RO ROMANIA | MF MALAYSIA | |
| N6 NATO HQ | S3 SLOVENIA | MO MOROCCO | |
| NE NETHERLANDS | SI SAUDI ARABIA | MX MEXICO | |
| NO NORWAY | SR SAUDI ARABIA | NS SURINAME | |
| S4 FAA SECTION 632 | TK TURKEY | NU NICARAGUA | |
| SW SWEDEN | UA SOUTH AFRICA | NZ NEW ZEALAND | |
| TC UNITED ARAB EM | UY URUGUAY | PI PHILIPPINES | |
| UK UNITED KINGDOM | UZ UZBEKISTAN | PL POLAND | |
| WA NAMIBIA | VE VENEZUELA | PN PANAMA | |
| ZA ZAMBIA | | SC ST CHRISTOPHER | |
| ZI ZIMBABWE | | SN SINGAPORE | |
| | | SP SPAIN | |
| | | ST ST LUCIA | |
| | | TH THAILAND | |
| | | TN TONGA | |
| | | TO TOGO | |
| | | TP SAO TOME-PRINCIPE | |
| | | TU TUNISIA | |
| | | VC ST VINCENT-GRENADINES | |
| | | YE YEMEN | |

Effective December 15, 2004

96

Lee, Brenda J CIV SEA 06

From: Dutton Renee C NSSC
Sent: Thursday, March 24, 2005 7:35 AM
To: Hall Barbara R NSSC; Lee Brenda J NSSC; Graeve Regina M NSSC
Subject: Country Re-assignments

I re-arranged the country assignments based on yesterday's discussion.
Please review........to make sure I didn't miss anything, changes are in red.
(I will change the color back, before distribution.)



country codes.xls

Please concur with changes by email.
I will forward to Bob and Don upon your approval.

vr,

*Renee*

/33

| Renee Dutton | Barbara Hall | Brenda Lee | Regina Graeve |
|---|---|---|---|
| SEA 63IC311 | SEA 63IC312 | SEA 63IC313 | SEA 63IC314 |
| duttonrc@navsea.navy.mil | hallbr@navsea.navy.mil | leebj@navsea.navy.mil | graeverm@navsea.navy.mil |
| COMM: 202.781.0554 | COMM: 202.781.0620 | COMM: 202.781.0703 | COMM: 202.781.0606 |
| DSN: 326.0554 | DSN: 326.0620 | DSN: 326.0703 | DSN: 326.0606 |
| AL  ALBANIA | AR  ARGENTINA | AC  ANTIGUA | AE  UNITED ARAB EMIRATE |
| BC  BOTSWANA | BR  BRAZIL | AT  AUSTRALIA | CM  CAMEROON |
| BE  BELGIUM | BU  BULGARIA | BA  BAHRAIN | CV  CAPE VERDE |
| BF  BAHAMAS | CI  CHILE | BB  BARBADOS | EN  ESTONIA |
| BG  BANGLADESH | CS  COSTA RICA | BX  BRUNEI | GA  GAMBIA |
| CN  CANADA | DJ  DIBOUTI | CE  SRI LANKA, CEYLON | GH  GHANA |
| CO  COLUMBIA | DO  DOMINICA | CH  CHINA | GV  GUINEA |
| CX  ZAIRE | DR  DOMINICAN REPUBLIC | D1  BOLIVIA | ID  INDONESIA |
| D5  COLUMBIA NA | D3  PERU | EG  EGYPT | IN  INDIA |
| DE  DENMARK | D6  ECUADOR INC | GJ  GRENADA | IV  IVORY COAST |
| EK  EQUATORIAL GUINEA | EC  ECUADOR | GR  GREECE | JA  JAPAN |
| FI  FINLAND | ES  EL SALVADOR | HA  HAITI | LI  LIBERIA |
| FR  FRANCE | GY  GERMANY | JM  JAMAICA | MP  MAURITIUS |
| GT  GUATEMALA | HO  HONDURAS | MF  MALAYSIA | MR  MAURITANIA |
| GU  GUYANA | IS  ISRAEL | MO  MOROCCO | PL  POLAND |
| IL  ICELAND | JO  JORDAN | MX  MEXICO | PU  GUINEA BISSAU |
| IT  ITALY | KS  KOREA | NS  SURINAME | SE  SEYCHELLES |
| KE  KENYA | KU  KUWAIT | NU  NICARAGUA | SK  SENEGAL |
| LH  LITHUANIA | LG  LATVIA | NZ  NEW ZEALAND | SL  SIERRA LEONE |
| N3  NATO SEASPARROW | MU  OMAN | PI  PHILIPPINES | SO  SOMALIA |
| N4  NAMSA-GENERAL | PA  PARAGUAY | PN  PANAMA | TH  THAILAND |
| N6  NATO HQ | PE  PERU | SC  ST CHRISTOPHER | TP  SAO TOME-PRINCIPE |
| NE  NETHERLANDS | PK  PAKISTAN | SN  SINGAPORE | TW  TAIWAN |
| NO  NORWAY | PT  PORTUGAL | SP  SPAIN | YE  YEMEN |
| S4  FAA SECTION 632 | RO  ROMANIA | ST  ST LUCIA | |
| SW  SWEDEN | S3  SLOVENIA | TN  TONGA | |
| TC  UNITED ARAB EM | SI  SAUDI ARABIA | TO  TOGO | |
| UK  UNITED KINGDOM | SR  SAUDI ARABIA | VC  ST VINCENT-GRENADINES | |
| WA  NAMIBIA | TK  TURKEY | | |
| ZA  ZAMBIA | TU  TUNISIA | | |
| ZI  ZIMBABWE | UA  SOUTH AFRICA | | |
| | UY  URUGUAY | | |
| | U2  UZBEKISTAN | | |
| | VE  VENEZUELA | | |

Pending approval 23 March 2005

134

**Lee, Brenda J CIV SEA 06**

| | |
|---|---|
| From: | Dutton, Renee C CIV SEA 06 |
| Sent: | Thursday, March 31, 2005 2:28 PM |
| To: | 'Bussink Bob NSSC'; Seibel, Donald D CIV SEA 06 |
| Cc: | Lee, Brenda J CIV SEA 06; 'Hall Barbara R NSSC'; 'Graeve Regina M NSSC'; 'Hallbr@navsea.navy.mil'; 'graever@navsea.navy.mil' |
| Subject: | RE: Country Re-assignments |

Bob and Don,

Brenda changed. I will revise and send a new list.
vr,
Renee

-----Original Message-----
From: Lee, Brenda J CIV SEA 06
Sent: Thursday, March 31, 2005 14:25
To: Lee, Brenda J CIV SEA 06; 'Dutton Renee C NSSC'; 'Bussink Bob NSSC'; 'Seibel Donald D NSSC'; Dutton, Renee C CIV SEA 06
Cc: 'Hall Barbara R NSSC'; 'Lee Brenda J NSSC'; 'Graeve Regina M NSSC'; 'Hallbr@navsea.navy.mil'; 'graever@navsea.navy.mil'
Subject: RE: Country Re-assignments

-----Original Message-----
From: Lee, Brenda J CIV SEA 06
Sent: Thursday, March 31, 2005 13:09
To: Lee, Brenda J CIV SEA 06; 'Dutton Renee C NSSC'; 'Bussink Bob NSSC'; 'Seibel Donald D NSSC'
Cc: 'Hall Barbara R NSSC'; 'Lee Brenda J NSSC'; 'Graeve Regina M NSSC'; 'Hallbr@navsea.navy.mil'; 'graever@navsea.navy.mil'
Subject: RE: Country Re-assignments

-----Original Message-----
From: Lee, Brenda J CIV SEA 06
Sent: Thursday, March 31, 2005 13:04
To: 'Dutton Renee C NSSC'; Bussink Bob NSSC; Seibel Donald D NSSC
Cc: Hall Barbara R NSSC; Lee Brenda J NSSC; Graeve Regina M NSSC
Subject: RE: Country Re-assignments

I HAVE DECIDED AGAN TO KEEP KOREA. THIS IS MY FINAL.

THANKS,
BRENDA

-----Original Message-----
From: Dutton Renee C NSSC
Sent: Friday, March 25, 2005 8:36
To: Bussink Bob NSSC; Seibel Donald D NSSC
Cc: Hall Barbara R NSSC; Lee Brenda J NSSC; Graeve Regina M NSSC
Subject: Country Re-assignments

Bob and Don,

FYI. Update.
Barbara, Regina, and Renee concur.

-------------------------------

I re-arranged the country assignments based on yesterday's discussion.
Please review........to make sure I didn't miss anything, changes are in red.

/35

| Renee Dutton | Barbara Hall | Brenda Lee | Regina Groove |
|---|---|---|---|
| SEA 631C311 | SEA 631C312 | SEA 631C313 | SEA 631C314 |
| renee.dutton@navy.mil | barbara.hall@navy.mil | brenda.lee@navy.mil | graeverm@navsea.navy.mil (pending NMCI) |
| COMM: 202.781.0554 | COMM: 202.781.0620 | COMM: 202.781.0703 | COMM: 202.781.0606 |
| DSN: 326.0554 | DSN: 326.0620 | DSN: 326.0703 | DSN: 326.0606 |
| AL ALBANIA | AR ARGENTINA | AC ANTIGUA | AE UNITED ARAB EMIRATES |
| BC BOTSWANA | BR BRAZIL | BA BAHRAIN | AT AUSTRALIA |
| BE BELGIUM | BU BULGARIA | BB BARBADOS | CM CAMEROON |
| BF BAHAMAS | CI CHILE | BX BRUNEI | CV CAPE VERDE |
| BG BANGLADESH | CS COSTA RICA | CE SRI LANKA, CEYLON | EN ESTONIA |
| CN CANADA | DJ DJIBOUTI | CH CHINA | GA GAMBIA |
| CO COLUMBIA | DO DOMINICA | DI BOLIVIA | GH GHANA |
| CX ZAIRE | DR DOMINICAN REPUBLIC | GJ GRENADA | GV GUINEA |
| DS COLUMBIA NA | D3 PERU | GR GREECE | ID INDONESIA |
| DE DENMARK | D6 ECUADOR INC | HA HAITI | IN INDIA |
| EK EQUATORIAL GUINEA | EC ECUADOR | JM JAMAICA | IV IVORY COAST |
| FI FINLAND | EG EGYPT | MF MALAYSIA | JA JAPAN |
| FR FRANCE | ES EL SALVADOR | MO MOROCCO | LI LIBERIA |
| GT GUATEMALA | GY GERMANY | MX MEXICO | MP MAURITIUS |
| GU GUYANA | HO HONDURAS | NS SURINAME | MR MAURITANIA |
| IL ICELAND | IS ISRAEL | NU NICARAGUA | PL POLAND |
| IT ITALY | JO JORDAN | NZ NEW ZEALAND | PU GUINEA BISSAU |
| KE KENYA | KS KOREA | PI PHILIPPINES | SE SEYCHELLES |
| LH LITHUANIA | KU KUWAIT | PN PANAMA | SK SENEGAL |
| N3 NATO SEASPARROW | LG LATVIA | SC ST CHRISTOPHER | SL SIERRA LEONE |
| N4 NAMSA-GENERAL | MU OMAN | SN SINGAPORE | SO SOMALIA |
| N6 NATO HQ | PA PARAGUAY | SP SPAIN | TH THAILAND |
| NE NETHERLANDS | PE PERU | ST ST LUCIA | TP SAO TOME-PRINCIPE |
| NO NORWAY | PK PAKISTAN | TN TONGA | TW TAIWAN |
| S4 FAA SECTION 632 | PT PORTUGAL | TO TOGO | YE YEMEN |
| SW SWEDEN | RO ROMANIA | VC ST VINCENT-GRENADINES | |
| TC UNITED ARAB EM | S3 SLOVENIA | | |
| UK UNITED KINGDOM | SI SAUDI ARABIA | | |
| WA NAMIBIA | SR SAUDI ARABIA | | |
| ZA ZAMBIA | TK TURKEY | | |
| ZI ZIMBABWE | TU TUNISIA | | |
| | UA SOUTH AFRICA | | |
| | UY URUGUAY | | |
| | U2 UZBEKISTAN | | |
| | VE VENEZUELA | | |

TK - (FI+)

Effective 2 May 2005

141