UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
BRENDA J. LEE,                      )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )  C.A. No. 05-1335 (RWR)
                                    )
DONALD C. WINTER                    )
SECRETARY OF THE NAVY,              )
                                    )
        Defendant.                  )
_____)
```

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Brenda J. Lee, by and through undersigned counsel, hereby moves this honorable Court to grant an extension of time for Plaintiff to file her Memorandum in Opposition to Defendant's Motion for Summary Judgment to and including November 16, 2007, with Defendant's Reply due on December 14, 2007, and in support of her Motion states as follows:

1.  Plaintiff's Opposition to Defendant's Motion is currently due on October 15, 2007.

2.  Plaintiff's counsel currently has a heavy workload, including cases before this Court. See Breen v. Peters, 05-00654 (RWR) (D.D.C.).

3.  In addition, Plaintiff's counsel is currently experiencing difficulties in communicating with Plaintiff.

4. Plaintiff's counsel has spoken with counsel for Defendant, and counsel for Defendant has graciously agreed to the extension requested in this Motion. In order to compensate for the time lost to the Thanksgiving holiday, the parties request that the date for Defendant's Reply be extended to December 14, 2007.

For all these reasons, Plaintiff's Consent Motion should be GRANTED, Plaintiff's Opposition to Defendant's Motion for Summary Judgment should be due on November 16, 2007, and Defendant's Reply due on December 14, 2007. A proposed Order accompanies this Motion.

                                              Respectfully submitted,

                                              _____/s/_____
                                              JOSEPH D. GEBHARDT
                                                 (D.C. Bar No. 113894)
                                              CHARLES W. DAY, Jr.
                                               (D.C. Bar No. 459820)
                                              GEBHARDT & ASSOCIATES, LLP
                                              1101 17th Street, N.W.
                                              Suite 807
                                              Washington, DC 20036-4716
                                              (202) 496-0400

October 11, 2007                    Attorneys for Plaintiff