UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                    )
                                  )
    Plaintiff,                    )
                                  )
  v.                              ) C.A. No. 05-1335 (RWR)
                                  )
DONALD C. WINTER                  )
SECRETARY OF THE NAVY,            )
                                  )
    Defendant.                    )
_____)

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment and the full record, it is hereby this _____ day of October, 2007, **ORDERED**:

1. That Plaintiff's Consent Motion is GRANTED;

2. That Plaintiff's Opposition to Defendant's Motion shall be due on or before November 16, 2007; and

3. That Defendant's Reply to Plaintiff's Opposition shall be due on or before December 14, 2007.

                                                               RICHARD W. ROBERTS
                                                               U.S. DISTRICT JUDGE