UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA J. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-1335 (RWR) |
| | ) |
| DONALD C. WINTER | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Brenda J. Lee, by and through undersigned counsel, hereby moves this honorable Court to grant a one-business-day extension of time for Plaintiff to file her Memorandum in Opposition to Defendant's Motion for Summary Judgment to and including November 19, 2007, and in support of her Motion states as follows:

1.   Plaintiff's Opposition to Defendant's Motion is currently due on November 16, 2007.

2.   Plaintiff's counsel Charles W. Day, Jr., who is drafting Plaintff's Opposition, has been ill with a stomach ailment for the past day, and will be unable to complete the Opposition today.

3.   Plaintiff's counsel Joseph D. Gebhardt has spoken with

Assistant United States Attorney Dan Van Horn, in the absence of Defendant's counsel Marina Utgoff Braswell, and he has agreed on Defendant's behalf to the extension requested in this Motion.

For all these reasons, Plaintiff's Consent Motion should be GRANTED, and thus Plaintiff's Opposition to Defendant's Motion for Summary Judgment should now be due on November 19, 2007. A proposed Order accompanies this Motion.

                    Respectfully submitted,

                    _____/s/_____
                    JOSEPH D. GEBHARDT
                      (D.C. Bar No. 113894)
                    GEBHARDT & ASSOCIATES, LLP
                    1101 17th Street, N.W.
                    Suite 807
                    Washington, DC 20036-4716
                    (202) 496-0400

November 16, 2007        Attorney for Plaintiff