UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA J. LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) C.A. No. 05-1335 (RWR) |
| | ) |
| DONALD C. WINTER | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for One-Day Extension of Time to File Opposition to Defendant's Motion for Summary Judgment and the full record, it is hereby this \_\_\_\_\_ day of November, 2007, **ORDERED**:

1. That Plaintiff's Consent Motion is GRANTED; and

2. That Plaintiff's Opposition to Defendant's Motion shall be due on or before November 19, 2007.

 

                                               RICHARD W. ROBERTS
                                               U.S. DISTRICT JUDGE