# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA J. LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>SECRETARY OF THE NAVY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-01335 (RWR) |

## DECLARATION

I, Carolyn D. Bolling, being duly sworn, depose and say:

1. I am at least eighteen (18) years of age and competent to testify to the matters contained herein.

2. I filed a formal EEO Complaint against my direct supervisor, Christine Chaikowski, in July 1998.

3. Hercules Randolph became the Deputy Program Manager and my third-line supervisor in or around the year 1999, while my EEO action was ongoing.

4. My EEO action was widely known throughout my division during and after the date that Mr. Randolph became my third-line supervisor.

5. As my third-line supervisor, Mr. Randolph must have been privy to information about my EEO case.

6. Brenda Lee provided a written declaration on my behalf

during the EEO investigative process in 1999.

7. Ms. Lee also testified at my hearing before the EEOC in December 2002.

8. Ms. Lee's testimony in my case was common knowledge because my case was very well-known throughout my division.

9. As my third-line supervisor and as a division employee, Mr. Randolph should have known about Ms. Lee's testimony in my case.

I swear under the penalty of perjury that foregoing statements are true and correct to the best of my knowledge and belief.

_Carolyn D. Bolling_ 11/13/07
Carolyn D. Bolling       Date

during the EEO investigative process in 1999.

7. Ms. Lee also testified at my hearing before the EEOC in December 2002.

8. Ms. Lee's testimony in my case was common knowledge because my case was very well-known throughout my division.

9. As my third-line supervisor and as a division employee, Mr. Randolph should have known about Ms. Lee's testimony in my case.


I swear under the penalty of perjury that foregoing statements are true and correct to the best of my knowledge and belief.


                                                              Carolyn D. Bolling    Date