**EXHIBIT 3**

I, Brenda Lee, did personally experience one incident that involved an unwelcome sexual advance by Mr. Chaikowski. It was years ago, during the 1980's at a going-away party for Captain Whiting. Ms. Chaikowski tried to tongue-kiss me. No one witnessed the incident. Debbie Reynolds, who no longer works in our office, later told me Ms. Chaikowski also tired to tongue-kiss her at that luncheon. In addition, during a fire-drill several weeks ago, Ms. Chaikowski patted me on the butt as we were leaving the office. Although I felt uncomfortable about these incidents, I did not then nor now feel threatened by Ms. Chaikowski. She is a friendly person and I attribute this behavior to that friendliness.

One person told me of another incident. She told me that several months ago Ms. Chaikowski tried to kiss her in the restroom. It was soon afterwards that she told me, either that day or the next. When she told me, she did not seem to be upset. She seemed to be joking about it, and did not mention about wanting to formally report it. I prefer not to mention the person's name who told me this, because I do not want to damage this person's or Ms. Chaikowski's reputations.

_Brenda J. Lee_
Brenda Lee

1/20/99
Date

EXHIBIT _Lee 3_
Date: _5/8/06_
Reporter: David A. Kasdan, *RDR, CRR*

ATTACHMENT (2)