**EXHIBIT 5**



RECEIVED
MAY 15 2006

GEBHARDT

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

- - - - - - - - - - - - - - - -x
                                :
CAROLYN D. BOLLING,             :
                                :
        Plaintiff,              :
                                :   Civil Action No.
    V.                          :   1:05CV757
                                :
DONALD C. WINTER,               :
SECRETARY OF THE NAVY,          :
                                :
        Defendant.              :
                                :
- - - - - - - - - - - - - - - -x

Washington, D.C.
Monday, May 8, 2006

The deposition of BRENDA J. LEE, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to notice, in the offices of Gebhardt & Associates, Suite 807, 1101 17th Street, N.W., Washington, D.C., convened at 9:12 a.m., before David A. Kasdan, RDR-CRR, a notary public in and for the District of Columbia, when were present on behalf of the parties:

JARDIM REPORTING ASSOCIATES
(703)867-0396

Signed