**EXHIBIT 7**

COPY

1

1           UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4  - - - - - - - - - - - -x

5  BRENDA J. LEE,       :

6        Plaintiff,  :

7  vs.            :   Civil Action No: 05-1335 (RWR)

8  GORDON R. ENGLAND,  :

9  SECRETARY OF NAVY,   :

10      Defendant   :

11  - - - - - - - - - - - -x

12                Washington, D.C.

13                Tuesday, March 6, 2007

14

15

16

17  Whereupon,

18               BRENDA J. LEE

19  the Witness, called for examination by Counsel for the

20  Defendant, pursuant to notice and agreement of counsel as to

21  time and place, at 555 4th Street, NW, Washington, D.C., where

22  were present on behalf of the parties:

23

24

25

FREE STATE REPORTING, INC.
Court Reporting    Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

1    A    I'm going to have to read it to ---

2    Q    Well, why don't you look through it and look at the

3 end.  It appears to be your signature at the end.

4    (Pause.)

5    THE WITNESS:  Okay.

6    BY MS. BRASWELL:

7    Q    Does this look familiar?

8    A    Yes.

9    Q    All right.  Why don't you look at page 7, please.  I

10 just want to make sure I understand.  I believe this is a

11 listing of your prior complaints of discrimination.  Does that

12 look right?

13    A    Yes.

14    Q    Okay.  And the first one you list was an informal

15 complaint, reprisal for testifying in Carolyn Bolling's case,

16 and that was in December of 2002.  You see that first one?  A,

17 look at A, the very first one at the top.

18    A    Oh -- A.

19    Q    What happened with that complaint?  Did it get

20 dismissed or did you -- it doesn't appear that you filed a

21 formal complaint.  Am I right?

22    A    I don't, I don't recall here.

23    Q    Okay.  Do you remember -- do you see under B, where

24 it says Informal Complaint for February 3rd, 2003?  Do you see

25 that?

1    A    Yes.

2    Q    What was that about?

3    A    Same thing. Everything I filed is -- because of

4 this reprisal and, and --

5    Q    Well, you have -- just let me ask my question.  Do

6 you remember what the complaint was that you filed on February

7 3rd, 2003, because you don't list what it's about here?

8    A    I don't recall.

9    Q    Okay.

10    A    I mean, I -- all this -- I don't recall because I

11 was under a lot of stress on this, during this time when I had

12 to write this, so I might have missed something and it appears

13 that I did so I, I'm not sure.

14    Q    Okay.  Then you filed, on Number C, you filed a

15 complaint concerning a meeting that was held in Mr. Bussink's

16 office in 2004, correct?

17    A    Correct.

18    Q    And I take it you never filed a formal complaint on

19 that one?  Look at page 8 at the top.

20    A    Page 8 at the top.

21    Q    Remarks:  I did not file a formal complaint.  Do you

22 see where I am?

23    A    Yes.

24    Q    So you didn't, so you didn't pursue this informal

25 complaint, correct?

1    A    This was -- oh.

2         (Pause.)

3         THE WITNESS:  Okay.  No, I did not.

4         BY MS. BRASWELL:

5    Q    Okay.  Did you in May 2003, file an informal

6    complaint alleging that Ms. Shepherd had discriminated against

7    you when she didn't give you --

8    A    Ms. Shepherd?

9    Q    Well, you need to let me finish my question please.

10   A    I'm sorry.

11   Q    Did you file an informal complaint in May 2003 when

12   Ms. Shepherd did not give you an achievement award?

13   A    Not to my knowledge.

14   Q    Okay.  The next one in D.  Why don't you look at

15   page 8, Number D.  You filed a complaint.  Is that -- is D the

16   one that -- is D or E the one that's the present one in this

17   case?  Do you know?  Or both of them?

18   A    I think both.

19   Q    Okay.  All right.  Are there any other complaints

20   that you filed, any other prior EEO complaints you filed other

21   than what you've listed on these pages?

22   A    Not to my knowledge.  I -- okay, no.

23   Q    What's your highest level of education?

24   A    A high school and then I have a business

25   certification from Northern Virginia Community  College.

1    A    I don't remember but we can go with that.

2    Q    Well, this is your complaint, Ms. Lee.

3    A    I don't remember.

4    Q    This is what's in your complaint in this case.  Do

5    you have any reason to believe that's wrong?

6        (Pause.)

7        THE WITNESS:  Oh, okay.  No.  No, I -- no.

8        BY MS. BRASWELL:

9    Q    Do you think that's right, it was 1991?

10   A    I don't remember.

11   Q    Okay.  Is the GS-12 something that is called a full

12   performance level, you can't be promoted beyond it without

13   being a GS -- without competing?  Is that right?

14   A    I believe so.  I'm not sure.

15   Q    Do you know if you can be promoted to the GS-13 in

16   your position without competing for it?

17       MR. DAY:  Objection, asked and answered.  Go ahead.

18       THE WITNESS:  Because when I applied for, for the

19   12, it didn't -- no, I can't not be.  I cannot be promoted in

20   my job without competing for it unless it's by means of

21   accretion of duties.

22       BY MS. BRASWELL:

23   Q    Okay.  What do you do as a GS-12?  What are your job

24   duties?

25   A    I am -- I work in the Case Development Branch and I

1    do MODs, amend minutes.  In other words, I develop the

2    contract for the foreign customers which involves the LOA,

3    MODs, amendments, P&As.

4         Q    Well, what --

5         A    P&A --

6         Q    What does that term --

7         A    P&A is pricing and availability.  The LOA is the

8    letter for offer and acceptance to the foreign customer.  The

9    amendment is an amendment to the basic letter of offer and

10   acceptance.  The modification is a MOD where the amendment

11   requires the customer's signatures.  The modification can be

12   done without the customer's signature.

13        Q    Okay.

14        A    And, and the amendment is a change in scope whereas

15   the modification is not a change in scope.  It cannot be a

16   change in scope.

17        Q    What is it your foreign -- I'm sorry, go ahead.

18        A    Oh, you asked me what, what did I do.

19        Q    Yeah, keep going.

20        A    Okay.  And I, I am the quality assurance specialist.

21   I review all of the case managers' work, everybody work come

22   across my desk that for those countries that I handle and I am

23   the final review and the final release on those cases to Navy

24   IPO.  So I have to make sure that the work done by the case

25   managers are in accordance with the security -- I mean with

1  the, the defense security and systems manual which is the --

2  where the Security Systems management manual which is the same

3  as a DOD manual, and the foreign military, the financial

4  management regulations, which is also a DOD directive, and

5  then all of the Navy policy, I have to make sure everything,

6  all of their work is in compliance with it.

7      Q    So does that involve a significant amount of

8  responsibility?

9      A    Absolutely.

10     Q    Okay.  And in what, what service exactly are your

11 foreign customers seeking from you?

12     A    Ships and weapons systems.

13     Q    They're seeking to buy that from the Navy?

14     A    Correct.

15     Q    Okay.

16          MS. BRASWELL:  Let's make this Exhibit Number 3.

17          (Lee Deposition Exhibit Number 3 marked for

18 identification.)

19          BY MS. BRASWELL:

20     Q    Can you please take a look at what I've marked

21 Exhibit Number 3, and tell me whether or not this is your

22 position description?  And by position description, I

23 understand that you have a new position description now but I

24 mean back at the time --

25     A    I don't -- this is the last position description

25

1  I've had.

2      Q    Okay.

3      A    I don't -- I have not been given a new position

4  description since, since 2002.

5      Q    Okay.  And so --

6      A    Which was prior to my filing this case.

7      Q    But just to be clear, Exhibit Number 3 is your

8  position description.  Is that correct?  And was your position

9  description when you filed this case?

10     A    I don't remember having a position description that

11 had handwritten, handwritten changes on it.

12     Q    Okay.

13     A    As far as the cover page, yes, but the attachment --

14     Q    All right.  Who were the other program analysts who

15 work in your section?

16     A    Now?

17     Q    Back when you filed this case.

18     A    Barbara Hall and Regina Graves (phonetic.)

19     Q    Okay.

20     A    I mean -- I'm sorry.  Barbara Hall and Renee Dutton.

21     Q    And Barbara Hall is what race?

22     A    Black.

23     Q    And Renee Dutton is what race?

24     A    White.

25     Q    How old is Renee Dutton?

Q    Okay.

A    Mr. Randolph mentioned a desk audit when I asked for an accretion of duty.

Q    Okay.  What's your understanding as to how someone gets an accretion of duties promotion?

A    Doing over and above the work that they, that they are required to do --

Q    And who decides --

A    -- based on the --

Q    I'm sorry.  Go ahead.  No, go ahead.

A    Based on their, based on their, their objectives.

Q    So in order to get an accretion of duties promotion, you would have to show that you were doing greater duties than your position description called for?

A    Yes.

Q    Is that right?

A    Yes.

Q    And who decides whether or not the duties you are doing are over and above your position description?

A    My supervisor.

Q    And how does your supervisor decide that?

A    Based on knowledge of my work.

Q    Okay.  And did you have any understanding as to whether anyone from personnel or human resources had to be involved in that?

1    human resources, right?

2        A    Correct.

3        Q    Okay.  And at some point -- and you don't remember

4    when you first brought up the issue of seeking --

5        A    It was, it was --

6        Q    You need to let me finish my question.  Do you

7    remember when you brought up the first issue of asking for an

8    accretion of duties promotion?

9        A    It was after I came off on leave from my mother's

10   burial and found out that the position that I was waiting to

11   apply for had been filled, or they had put -- it had not been

12   advertised but it was filled, and that's when I went and

13   talked to Mr. Randolph.  I talked to Mr. Seibel, and then I

14   went to Mr. Randolph and talked to them about an accretion of

15   duty --

16       Q    And do you remember when that was?

17       A    It was somewhere -- it had to be somewhere July time

18   frame, end of June, July time frame.

19       Q    Of 2004?

20       A    No, 2005.

21       Q    Why don't you look at --

22       A    Wait a minute, 2004, you're right.  You're correct.

23       Q    Okay.

24       A    Yeah.

25       Q    Okay.  And were you told when you asked about an

1  accretion of duties promotion that there would have to be a

2  desk audit in order to make any determination about that?

3      A    Mr. Randolph mentioned that there -- that he would

4  arrange for a desk audit.

5      Q    Okay.  And when you worked as a staff assistant in

6  personnel, were you ever involved in any issues concerning

7  accretion of duties promotions?

8      A    No.

9      Q    So do you have any knowledge whether or not an

10  accretion of duties promotion can be done without a desk

11  audit?

12      A    I don't know what the laws are now because --

13      Q    Back when you asked.

14      A    Back when I asked?

15      Q    Uh-huh.

16      A    I thought maybe yes.

17      Q    And what did you base that on?

18      A    The fact that a person and that worked in my office

19  got two promotions in one year and I don't recall her having

20  desk audits.

21      Q    Who was that person?

22      A    Rochelle Austin (phonetic.)

23      Q    Rozelle Austin?

24      A    Rochelle --

25      Q    Rochelle Austin.

37

1  by way of accretion of duty.

2      Q    Do you know or are you guessing?

3           MR. DAY:  Objection, mischaracterizes the testimony.

4  Go ahead and answer.

5           THE WITNESS:  I don't know.

6           BY MS. BRASWELL:

7      Q    Okay.  All right.  I believe you testified that, I

8  think you said either Mr. Randolph or Mr. Seibel said to you

9  that in order for you to be considered for any kind of

10 accretion of duties promotion there would have to be a desk

11 audit.  Is that correct?

12     A    Mr. Seibel -- I mean Mr. Randolph, yes.

13     Q    Okay.  And just -- did Mr. Randolph tell you whether

14 or not you would have to compete for the position if the grade

15 level was raised?

16     A    Yes.

17     Q    Okay.  And so you never asked for a desk audit,

18 correct?

19     A    No, I did not.

20     Q    All right.

21          MS. BRASWELL:  Let's move -- we're going to take

22 just a quick five minute break.

23          (Whereupon, a brief recess was taken.)

24          BY MS. BRASWELL:

25     Q    Ms. Lee, what position did Rochelle Austin hold?

1    A    I don't know.  She, she did the budget.  I don't

2  know what her title, what title she held.

3    Q    You testified earlier that you knew there was a

4  freeze on accretion of duties.  Do you know when that was?

5    A    I don't know that there was a freeze.  That's what I

6  -- Mr. Randolph said that there was a freeze.

7    Q    Okay.  And do you have any knowledge that there was

8  no freeze?

9    A    No, I don't know what -- I don't get involved in

10  personnel anymore so I don't -- I wouldn't know unless he told

11  me, someone told me.

12    Q    Okay.  And just to make sure I understand correctly

13  your conversations with Mr. Randolph.  Well, first off, did

14  you speak to Mr. Randolph about the accretion of duties or Mr.

15  Seibel or both?

16    A    Both.

17    Q    And when you spoke to Mr. Seibel about an accretion

18  of duties, did Mr. Seibel say anything about whether or not if

19  you had a desk audit and it showed that your -- let me finish

20  my question -- if you had a desk audit and it showed that your

21  job could be classified at a higher level, whether or not you

22  would have to compete for that?

23    A    Mr. Seibel mentioned -- made no mention of a desk

24  audit.

25    Q    Okay.

1    A    Mr. Randolph mentioned a desk audit and he told me

2  that if, if I did a desk audit, if it was classified at the

3  higher level, I could -- I would have to compete and I stood a

4  great chance of losing out on the position and that was why I

5  decided not to do the desk audit.

6    Q    Well, now --

7    A    Because the possibility was I could lose my job.

8    Q    Well --

9    A    And be out of a job.

10    Q    A desk audit, you said that if a desk audit could

11  result in your job being reclassified, but a desk audit could

12  also have resulted in management deciding to take away certain

13  duties, correct?

14    A    Correct.

15    Q    Okay.

16    A    It could have.

17    Q    In which case your job wouldn't have been

18  reclassified at a higher level, would it, if they took job, if

19  they took some job duties away?

20    A    I don't --

21    Q    Do you understand my question?

22    A    No, I don't, I don't.

23    Q    Okay.  If a desk audit was done of your job and the

24  results of the desk audit said that your job could be

25  classified at a higher level, you understood, didn't you, that

1    A    Say that again.

2    Q    What's your understanding of how the position listed

3    in Exhibit Number 5 was filled?

4    A    This position was done by way of reassignment.

5    Q    Who was reassigned?

6    A    Kathy Ton was reassigned into this position.

7    Q    And who is Kathy Ton?

8    A    Kathy Ton used to work in the -- in -- under Ray

9    Ashenfelder.  She worked in the, in the SEA63IC1 branch.

10   Q    And since she was reassigned into this position was

11   she already a GS-13?

12   A    Yes.

13   Q    Okay.  Do you know at the time she was reassigned

14   whether or not a certificate, a competitive certificate had

15   been developed with respect to this particular position that's

16   listed in Exhibit 5?

17   A    I believe so.

18   Q    Okay.  And to your knowledge, you weren't on that

19   certificate, right?

20   A    No.  No, I was not on it.

21   Q    Do you know who was involved in creating that

22   competitive certificate?

23   A    No.  The Northwest office, I guess.  Wouldn't they

24   do that?  I don't know.

25   Q    Do you know who decided to reassign Ms. Ton?

1    A    From what she told me, Mr. Randolph decided to move

2  her because she was very displeased -- Mr. Randolph.

3    Q    Do you know whether or not at the time Mr. Randolph

4  decided to reassign Ms. Ton into this position he had seen the

5  competitive certificate for the position?

6    A    I wouldn't know that.

7    Q    Okay.  What's a competitive certificate consist of?

8  Do you know?

9    A    I guess the name of the people with the high -- that

10  rated, you know, in the order of the highest rated and who

11  rated higher on their cert after their interviews or, you

12  know, prior to the interviews I believe -- no, I'm not really

13  sure but I think HR -- not HR.  It's Northwest office sends

14  the -- they come up with that certificate based on the

15  qualifications, and then they send, they send it to the, to

16  the office where the position is and they come up with a panel

17  to review the applications after the cert.  This is after the

18  cert has been developed.

19    Q    There's a panel after the certificate?

20    A    There's a -- yes, to determine -- to do the

21  interviewing or to rate the, to rate the, the -- what do you

22  call it -- 171s.

23    Q    Okay.  And you didn't want this particular job in

24  Exhibit 5, correct?

25    A    Because I knew that they had transferred Kathy Ton

1  out of her position and that position would be available and

2  that was most of the countries that I already had.  I was

3  waiting for that, that one to be advertised.

4      Q    Okay, but that's not what I asked you.  I said, you

5  did not want this particular position that's listed in Exhibit

6  5.  Is that correct?

7      A    I really didn't give it any thought.

8      Q    You hadn't applied for it, correct?

9      A    My resume was not -- updated, I will put it that

10  way.  It might have been in there but it wasn't updated.

11      Q    Okay.  But I -- again, am I correct that this was

12  not a position that you wanted?

13      A    I, I can't say I didn't want it, but the rumour was

14  that this position was already slated for somebody so I -- why

15  bother?

16      Q    The rumour was that this position --

17      A    Position was --

18      Q    -- was already slated?

19      A    Yes.

20      Q    Who was it slated for?

21      A    For Ms. Britton.

22      Q    And how did you hear this rumour?

23      A    Because she worked in that branch and she was a 12,

24  just as I was, and she was the one to get the position based

25  on the cert.

1    Q    Am I correct?

2    A    Correct.

3    Q    Okay.  And there was a panel involved in this

4   process for both decisions, correct?

5    A    No, not to my understanding.  I don't, I don't, I

6   don't know about the position at 63IC1.

7    Q    And that's the position that Ms. Britton was put in?

8    A    That's the one that she was put in but --

9    Q    Okay.

10    A    My understanding there, there was a panel for

11   Exhibit 5.

12    Q    Okay.  The position in Exhibit 5, okay.  All right .

13   Let me go back to ask you about your duties.  You said that

14   your major countries were Australia, Egypt and Korea.  What

15   other countries did you have?

16    A    I have New Zealand, Spain, Philippines, Malaysia.

17   There's a list of them.  I don't know.  I have a lot of other

18   little ones that very little work come in but those are the

19   ones that I get most work on.

20    Q    Okay.

21    A    But the major work was the, the first three.

22    Q    Australia, Egypt and Korea?

23    A    Correct.

24    Q    Okay.  Now, when you say the major work, are you

25   talking about quantity of work or are you talking about

58

1  them.  I want to believe they're -- the Philippines a credit

2  country?  I can't remember.  I don't remember.

3      Q    Okay.  What about Malaysia, do you remember if

4  that's a credit or a cash country?

5      A    I think most of the Asian countries were -- you know

6  what?  I don't, I don't remember because those are countries I

7  don't get a lot of work or maybe here and there, you know, and

8  it's not, it's not everyday that I have work to do on those

9  countries.  Very rare do you get.

10     Q    When did you first get assigned Australia, Egypt and

11 Korea?

12     A    Oh, boy, you talking years back.  I don't recall.  I

13 don't recall, but the last time I was assigned Australia was

14 in, I want to say October of this year -- I mean last year,

15 and I got Egypt back in -- a few months prior to that, so I

16 don't, I don't recall the actual first time I got those

17 countries assigned to me.

18     Q    Okay.  And at some point there was a redistribution

19 of your assignments, correct?

20     A    Correct.

21     Q    And Australia, Egypt and Korea were reassigned to

22 other individuals?

23     A    Yes.

24     Q    When did that occur?

25     A    I want to say -- well, the meeting I believe we had

 1 | when they were taken from me were, I think it might have been
 2 | April 14th.

 3 |    Q    2005?

 4 |    A    2005.

 5 |    Q    Okay.  And what happened at that particular meeting?

 6 |    A    We were having a meeting and Mr. Seibel just told me

 7 | that he was taking those countries so I could bring up the

 8 | quality of my work and I, I was shocked, and so was everybody

 9 | else.  So a couple of people spoke up and said to him, this is

10 | -- if that's the case, Don, this is not the place to, to tell

11 | her that.  So I mean, I was hurt but that's all --

12 |    Q    Do you want to take a break?

13 |         MR. DAY:  Yes.

14 |         MS. BRASWELL:  Let's take a break.

15 |         (Whereupon, a luncheon recess was taken.)

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1       A       No.

2       Q       Okay.

3       A       I did and I, I sent an e-mail out later to say I

4  changed my mind, and it was agreed that I changed my mind.

5  Then the final, the final e-mail was put out to the

6  organization saying that -- to show where I had taken Korea

7  back.

8       Q       Now, when you say you gave, you know, you gave

9  countries up, you took things back, that was still subject to

10  approval by your supervisor, correct?

11      A       No.  He, he -- they asked me to decide which one.

12  They didn't -- they wasn't, they wasn't going to be involved

13  in it.  They wanted us to do it amongst the four of us.

14      Q       I understand they wanted you to decide which ones

15  you wanted to give up, but it was still subject to their

16  approving what you did, correct?

17      A       Yes, and it was approved.

18      Q       Okay.

19      A       Yes.

20      Q       I just want to make sure you answer my question.

21      A       Yeah, I did.

22      Q       I understand that you're saying that, you know, you

23  all were told to try and decide how to do the countries, but

24  whatever you did was still subject to approval by your

25  supervisors, correct?

1    A    Correct.

2    Q    All right.  And so you gave up Korea but then you

3    told them you wanted to take it back?

4    A    Right.

5    Q    All right.  And then there was a meeting a month

6    later, in April, correct?  That's what we were talking about

7    right before lunch, an April 14th, 2005 meeting?

8    A    Correct.

9    Q    Okay.  And the issue of the redistribution of the

10   countries came up again, right?

11   A    Yes.

12   Q    And who was present at that meeting?

13   A    Everybody except for Mr. Bussink.

14   Q    Okay.  And why don't you say who everybody was.

15   A    Oh, Regina Grave, Barbara Hall, Renee Dutton and Mr.

16   Seibel at this one, and myself.

17   Q    So Ms. Hall, Ms. Grave, Mr. Seibel, Ms. Dutton and

18   you?

19   A    Yes.

20   Q    Okay.  How did the subject of the redistribution of

21   countries come up?

22   A    Mr. Seibel said the reason he was at that meeting

23   was so that he could redistribute the countries again, and

24   everybody was shocked by it, and he said, he said that he was

25   taking Korea, Egypt and Australia from me so I could bring up

1  the quality of my work.

2      Q    Okay.

3      A    And I --

4      Q    I'm sorry.  So he said Korea, Australia and who --

5      A    Egypt.

6      Q    Who was given Korea?

7      A    Barbara Hall.

8      Q    And who was given Australia?

9      A    Regina Grave.

10     Q    And who was given Egypt?

11     A    Barbara Hall.

12     Q    Did you ask him why he was giving -- why he was

13  doing this redistribution?

14     A    Yes, and that's what he said, so I could bring up

15  the quality of my work.

16     Q    What else was said at this meeting?

17     A    I asked him why didn't I know that the quality of my

18  work was poor, and it was at that point that I think Regina

19  spoke up and say, if that's the case, Don, then you need to

20  discuss this with her outside of this meeting, and --

21     Q    What did he say in response to that?

22     A    He talked more about it.

23     Q    Okay.  So just to make sure I understand exactly

24  what was said, Mr. Seibel said he wanted -- he was going to

25  change the way the countries were distributed and he was going

76

1  because were treated this -- you just would not believe how we
2  were treated.

3          I don't even want to talk about it because it's sad.
4  I worked all these many years and never had any problems with
5  management or anybody else until I testified in Bolling's case
6  and after that just everything went downhill for me, and I've
7  to go through a whole lot and my whole life has changed
8  because of this.

9      Q    When you asked him about what was wrong with your
10  performance and he told you it was the database, was anybody
11  else there or was it just a conversation between the two of
12  you?

13      A    That was between me and him.

14      Q    Okay.

15      A    Because I think shortly after that we had a midyear
16  review and that's what he told me.

17      Q    Oh, I thought you said you asked him this the same
18  day as the, as the April meeting.

19      A    No, no.  Oh, I did.

20      Q    Okay.

21      A    But I'm saying shortly after that we had a midyear
22  review and that's when he went into the discussion about how
23  important the database was.

24      Q    Oh, okay.

25      A    Oh, yeah, I asked him that day because I was really

1 hurt that he couldn't find anymore than to try to humiliate me

2 in front of everybody after all of the hard work I do,

3 training people.  I trained Vicki.  I had to train Vicki.

4 I've trained so many people in that organization and everybody

5 just move right ahead of me.  I have given a lot to that

6 organization, so much you wouldn't believe, and I have been

7 treated so unfairly.   And I still train people.  I'm still

8 training new -- they got a new case manager.  I'm still

9 training new case manager.  I'm doing case executions and they

10 just treat me like I'm nothing.

11         And I got awards.  At rating time they gave me the

12 lowest rating.  Awards, I got two awards a few months before

13 the rating period and they still gave me the lowest rating in

14 there, so they out to get me.  It's because of this case,

15 testifying in Carolyn's case mostly, and the fact that I'm

16 eligible for retirement, they want me gone.  And the fact that

17 I'm black because now they -- the close as Regina -- I mean

18 Renee, Barbara and me used to be, there's so much animosity

19 and they don't have nothing to do with me.

20     I have lost everybody.  They act like they're scared to

21 deal with me because they scared management going to see them

22 with me.  It just, it's terrible, after so much -- after all

23 that I've given.  I would have never thought in all my years,

24 all my life, that I would get so close to retirement and have

25 to go through this.  I would have been willing to just stay

1    A    Yes.

2    Q    Okay.

3    A    He said he would arrange for me to have a desk

4  audit.

5    Q    And he told you that if your desk audit showed there

6  had been an accretion of duties, your position would have to

7  be competed.  Is that right?

8    A    Correct.

9    Q    Did Mr. Randolph tell you that there was any

10  alternative to competing your position if there had been an

11  accretion of duties?

12    A    No.  What do you mean by alternative?

13    Q    So Mr. Randolph didn't tell you that management

14  could take away duties, did he?

15    A    No.

16    Q    When, when Kathy Ton was reassigned, did Vicki

17  Britton's promotion come a short time afterward?  As a matter

18  of fact --

19    A    I believe so.  I don't, I don't recall now.  I try

20  to -- I had so much other stuff going on, I try to forget

21  that.

22    Q    Okay.  Before the April 14th meeting at which Mr.

23  Seibel criticized your work, had he criticized your work

24  previously?

25    A    No, he always was confident in telling me how great