# EXHIBIT 8

# INVESTIGATIVE FILE



## DON04-00024-010
### ACTIVITY DOCKET NUMBER

### BRENDA J. LEE
### COMPLAINANT

### NAVAL SEA SYSTEMS CMD
### WASHINGTON NAVY YARD, DC
### ORGANIZATION FILED AGAINST

### DEPT OF THE NAVY
### COMPONENT FILED AGAINST

WARNING: All information contained in this report is protected by the Privacy Act of 1974 and must be dealt with accordingly.

# DEPARTMENT OF DEFENSE
## CIVILIAN PERSONNEL MANAGEMENT SERVICE
## OFFICE OF COMPLAINT INVESTIGATIONS

# EEO Counselor's Report

### 29 C.F.R. Section 1614.105

## A. Agency

Department of the Navy, Naval Sea Systems Command
1333 Isaac Hull Avenue S.E.
Code SEA 1072, Stop 9914
Washington Navy Yard
Washington, DC 20376
DON No.:    04-016

## B. Aggrieved Person

|  |  |
|---|---|
| Name: | Brenda J. Lee |
| Job Title/Series/Grade: | Case Development Program Analyst GS-343-12 |
| Place of Employment: | Code: SEA 63IC1 Naval Sea Systems Command Washington Navy Yard Washington, D.C. 20376 |
| Work Phone Number: | 202-781-0703 |
| Home Phone Number: | 301-630-5135 |
| Home Address: | 2509 Southern Avenue #301 Temple Hills, Maryland 20748 |
| Representative: | Not Applicable |

## C. Chronology of EEO Counseling

|  |  |
|---|---|
| Date of Incident | July 21, 2004 and continuing. |
| Date of Initial Contact: | August 3, 2004 |
| Date EEO Counselor Contacted: | August 17, 2004 |
| Notice of Rights and Responsibilities: | August 17, 2004 |
| Date of EEO Extension: | Not Applicable |
| Date of Notice of Final Interview: | August 30, 2004 |
| Date Counseling Report Requested: | September 17, 2004 |
| Date Counseling Report Submitted: | September 20, 2004 |

2

## D.  BASIS FOR ALLEGED DISCRIMINATION

1. [ ]  Race *(Specify)* _____
2. [ ]  Sex *(Specify)* _____
3. [x]  Age *(Specify)*    DOB: 12/4/48
4. [ ]  Mental Handicap *(Specify)* _____
5. [ ]  Color *(Specify)* _____
6. [ ]  Religion *(Specify)* _____
7. [ ]  National Origin *(Specify)* _____
8. [ ]  Physical Handicap *(Specify)* _____
9. [ ]  Reprisal *(Specify)* _____
10. [ ]  Sexual Harassment _____

## E.  ALLEGATION(S) OF DISCRIMINATION:

Complainant alleges that on the basis of her age (DOB: 12/4/48) the following occurred:

1.    She was denied an opportunity to apply for the Program Analyst GS-343-13 position (SEA63ICI); and

2.    She has been performing higher level duties without being compensated at the GS-13 grade level.

The EEO Counselor met with the Complainant (Office Code **SEA-63IC3**, 202-781-0703) in person on August 17, 2004. Complainant was fifty-five years of age at the time of the initial interview.  Complainant holds Hercules Randolph, Deputy Program Manager for the Office of International Programs personally responsible for both alleged acts of discrimination.

In regards to her first allegation Complainant claims a SEA63 vacancy was announced in April 2004 to fill a position by an employee named Ed Settle. She says this position was advertised as a Program Analyst, GS-343-13 **(SEA63IC2)** position and the incumbent would be the responsible country manager for Europe, Canada, Australia and New Zealand.  She asserts Mr. Randolph did not fill this position from the certification of applicants he received from Human Resources and instead her reassigned a SEA63 employee, Kathy Ton, into this position.  This made Ms. Ton's former position vacant. The Complainant was interested in this position.

According to the Complainant, Ms. Ton's vacant position was in another division of SEA63 **(SEA63ICI)**, working for a different Assistant Program Manager (APM) and serving a different group of countries.  She contends several employees in the office were interested in this position

and were waiting for the position to be advertised.    She states the original vacancy announcement for Mr. Settle's former position was very specific in naming the countries the country manager would be responsible for and the division the position was in.

Complainant was not interested in applying for this position but would have applied for Ms. Ton's former position if advertised.  She states instead Mr. Randolph decided to use the certificate designed to fill Mr. Settle's position for the filling of Ms. Ton's position despite the fact that Ms. Ton's former position is in a different division and working with different countries. She states there are other GS-12's that did not make the certification for Mr. Settle's position and still others who did not have an opportunity to apply for Ms. Ton's former position.  Instead, she claims a SEA63 GS employee by the name of Vickie Britton filled the position.

Complainant states she found out that Ms. Britton had filled Ms. Ton's position when Mr. Randolph announced this at a SEA63 all hands meeting on July 21, 2004.  She states Ms. Britton was promoted by Mr. Randolph because she was young.  She claims Mr. Randolph treats Ms. Britton as special.  She states Ms. Ton's former position should have been advertised and thus allowing all employees a fair opportunity to apply.

In regards to her second allegation Complainant alleges that she has been in her present position for twelve years.  She claims she has been performing the exact same duties as the other GS-13s that she works with, but despite her work, she is being compensated at the GS-12 grade level.

Complainant believes Mr. Randolph has discriminated against her because of her age and her eligibility to retire.  She believes he thinks the Complainant will soon retire and this problem, the Complainant, will be gone without giving her is due her; compensation for performing higher grade duties and allowing her to apply for Kathy Ton's former position.  She states he is not considering how this would benefit her in regards to her retirement.

## F.  BACKGROUND INFORMATION

In her initial contact with the EEO office the intake form indicates the Complainant believes she has been discriminated against because of her race, age and reprisal.  However, in Complainant's notes about the alleged acts of discrimination and her conversations with the EEO Counselor she only raised age as a basis (Attachment f).

Complainant requested that the witnesses listed on the intake form not be interviewed.  The EEO Counselor honored this request (Attachment f).

Complainant was unable to meet with the EEO Counselor for a previously scheduled interview and thus the initial interview was delayed until August 17, 2004.  Upon meeting with Mr.

4

Randolph the EEO Counselor requested an extension from the Complainant in order to create a fuller record and to explore other settlement possibilities. The Complainant turned down this request.

In regards to the first allegations specific notes taken by Mr. Randolph regarding the mechanics of the hiring of Ms. Britton is located at Attachment d.

In regards to her second allegation the Complainant states approximately five months ago she filed a previous informal EEO complaint against Mr. Randolph because she had been performing higher-level duties without the compensation of a GS-13. She states she was at the stage of filing a formal complaint when Mr. Randolph called her into his office and made certain promises to her, including conducting a desk audit for the Complainant. She states because of these promises she withdrew her case. She states Mr. Randolph has not followed through on his promises. She states that if it is determined that her position is a GS-13, she should be promoted to that level without the position being re-advertised.

## G. INFORMATION TO REBUT THE ALLEGATIONS (provided by management)

Hercules Randolph (Office Code PMS 380, 202-781-0803), Complainant's third level supervisor, was interviewed by the EEO Counselor on August 23, 2004. He denies the Complainant's allegations of discrimination or that Ms. Britton was pre-selected in any manner. In regards to the first issue, Mr. Randolph explains that both the positions that Mr. Settle and Ms. Ton formerly held were essentially the same position. Both positions were country managers but were simply dealing with different countries.

Mr. Randolph states his Administrative Officer, Wayne Richardson, forwarded the Vacancy Announcement for Mr. Settle's old position, Program Analyst, GS-0343-13, to all SEA06 personnel. He states the closure date was April 27, 2004 and it is his understanding that the Complainant did not apply for the position. He states subsequently management received a certificate for the position of Program Analyst GS-0343-13, RPA #269936. He states there were qualified candidates on the certificate.

Mr. Randolph claims Ms. Ton was reassigned to Mr. Settle's old position because Ms. Ton was having personal issues with her supervisor at the time, Ray Ashenfelder. He states on June 7, 2004 Carolyn Lightfoot and himself met with Ms. Ton and that she was visibly upset and in tears. He states Ms. Ton was afraid of her supervisor finding out that she had met with Mr. Randolph regarding some of her concerns and that she was being made to look bad and incompetent. On June 4, 2004 Mr. Randolph spoke with Ms. Ton as to whether she would be interested in working in another division and she indicated that she would be interested in that.

5

He states he spoke with other management officials regarding moving Ms. Ton out of concern for her health, well being and avoidance of a potential personnel issue. He states other management officials agreed that Ms. Ton was a "keeper" and a change would be good for her and the organization. He states that was the reason for her reassignment.

Mr. Randolph contends that he had to backfill Ms. Ton's position as soon as possible because of terrorism threats in two countries, Philippines and Bahrain that were part of Ms. Ton's responsibility in her former position.    He states Ms. Lightfoot was sent to see the Administrative Officer, Wayne Richardson, to see if management could use the same certificate for the position that Ms. Ton was vacating since management was essentially swapping the two positions and nothing would change except for the countries being managed.    He states Mr. Richardson advised that if the only thing that was changing was the countries being managed there is no reason to waste more time to re-issue/obtain another announcement, especially given the critical need to backfill Ms. Ton's position. He states subsequently the certificate package was reviewed and it was determined that Ms. Britton was the most qualified candidate of those who applied for the position and thus was selected.

In regards to the Complainant's second allegation he denies ever promising a non-competitive promotion in exchange for her not filing a formal EEO Complaint. He claims he cannot promote individuals based on expected retirement benefits. He states as the Complainant's third level supervisor, he is not in a position to determine the level of her work but did advise the Complainant to talk to her supervisor regarding this issue.    He states he has advised the Complainant about the possibility of the desk audit, but he also advised that if it were adjudged that her position needs to be reclassified at a higher position, the Complainant would have to compete for it (Attachment e).

## H.  RESOLUTION REQUESTED

1)     A non-competitive promotion to the GS-13 level

## I.  SUMMARY OF COUNSELOR'S INQUIRY

1. Personal Contacts (include office codes/phone numbers):

   a)     Don Seibel (Office Code C-63IC31, 202-781-0843) Branch Head, Defense Security Assistance Management/Systems/Policy and Logistics (DSAMS), is the Complainant's first level supervisor. He disagrees with the Complainant's assertion that she is performing the same duties as the two GS-13s, Renee Dutton

and Barbara Hall that he supervises.    He states there is several differences between what the Complainant does and what these two individuals do. He states Complainant is a case development analyst who is responsible for helping develop letters of offers and acceptance (LOAs) between the United States Government and countries in which she is responsible for.  She also works on amendments or modifications to those agreements.   He states Ms. Dutton and Ms. Hall perform these duties as well.

Mr. Seibel says as compared to the Complainant both Ms. Dutton and Ms. Hall manage larger and more complex countries than the Complainant.    Both also have significant additional responsibilities.   Ms. Dutton acts as the DSAMS systems administrator, which is a Department of Defense database that maintains even more potential amendments to the original LOAs.  Ms. Hall represents Mr. Seibel on the Enterprise Resource Planning Initiative, which is attempting a massive overhaul of all existing databases within NVSEA.   He states this initiative is attempting to form a central database for NVSEA.

b)    Wayne Richardson (Office Code 06-C, 202-781-0811), Director of Operations confirms that he spoke with Carolyn Lightfoot regarding the subject matter described above by Mr. Randolph.   He states he was asked by management whether once a person was selected for the advertised program analyst position whether that person could be moved to another part of an organization. He says as the positions in this case were the same position, same series and same grade management could move the position to another part of the organization as management has the right to best utilize its resources.  He states he advised Ms. Lightfoot that management had the ability to make such a move. He claims the positions in question are referred to as program analyst positions not case manager positions and are advertised as such.  He denies that human resource rules were violated and says names of particular candidates were not brought to his attention by Ms. Lightfoot.

2. <u>Documents Attached:</u>

   a.    Complainant's position description.
   b.    Renee C. Dutton's position description.
   c.    Barbara R. Hall's position description.
   d.    Memo for the Record, provided by Hercules Randolph.
   e.    E-mails between Complainant and Hercules Randolph, variously dated.
   f.    Initial Intake interview form, with attachment, dated August 3, 2004.
   g.    Notice of Rights and Responsibilities, dated August 3, 2004.
   h.    Notice of Right to File a Discrimination Complaint, with attachment, dated August 30, 2004.

7

## J. SUMMARY OF INFORMAL RESOLUTION ATTEMPT

The EEO counselor submitted Complainant's proposed remedies to Hercules Randolph. Mr. Randolph indicated that at this time he was not going to non-competitively promote the Complainant. As previously discussed the Complainant rejected the EEO Counselor's request for an extension.

## K. SUMMARY OF EEO COUNSELOR'S FINDINGS

Complainant alleges that on the basis of her age (DOB: 12/4/48) she was denied an opportunity to apply for the Program Analyst GS-343-13 position (SEA63ICI); and she is not being compensated at the GS-13 level for duties she is presently performing. The parties were unable to reach settlement during the counseling period. Complainant's informal complaint of discrimination remains unresolved.

Robert Medler
*Name of EEO Counselor*

(703) 718-4597
*Telephone Number*

Robert I. Medler
*Signature of EEO Counselor*

9-20-04
*Date*

**Randolph Hercules NSSC**

| | |
|---|---|
| From: | Lee Brenda J NSSC |
| Sent: | Tuesday, August 03, 2004 7:50 AM |
| To: | Randolph Hercules NSSC |
| Subject: | RE: Yesterday's discussion |

Thank yo.u.

-----Original Message-----

| | |
|---|---|
| From: | Randolph Hercules NSSC |
| Sent: | Monday, July 26, 2004 16:53 |
| To: | Lee Brenda J NSSC |
| Subject: | RE: Yesterday's discussion |

Brenda,
We can talk. but if you want an audit, thats fine. Bottomline as you said, you have to do whats right for you.

*Hercules Randolph, III*
*Deputy Program Manager (SEA63B)*
*NAVSEA Office of International Programs*
*Tel: (202) 781-0802*
*Fax: (202) 781-4586*

-----Original Message-----

| | |
|---|---|
| From: | Lee Brenda J NSSC |
| Sent: | Sunday, July 25, 2004 13:01 |
| To: | Randolph Hercules NSSC |
| Subject: | RE: Yesterday's discussion |

Herc I will discuss this with you when I return on August 3rd.  Please
put me on your calendar.

Thanks,
Brenda

-----Original Message-----

| | |
|---|---|
| From: | Randolph Hercules NSSC |
| Sent: | Thursday, July 22, 2004 16:34 |
| To: | Lee Brenda J NSSC |
| Subject: | RE: Yesterday's discussion |

Brenda,
Thanks for the email...a desk audit can be done, if you like.  You are correct, if the position is reclassified at a
higher position we would have to compete the position...thanks.

*Hercules Randolph, III*
*Deputy Program Manager (SEA63B)*
*NAVSEA Office of International Programs*
*Tel: (202) 781-0802*
*Fax: (202) 781-4586*

-----Original Message-----

| | |
|---|---|
| From: | Lee Brenda J NSSC |
| Sent: | Thursday, July 22, 2004 11:58 |
| To: | Randolph Hercules NSSC |
| Subject: | Yesterday's discussion |

Herc,

You asked me to come to you only, if I had any concerns.  Well,  last night I pondered over our discussion

yesterda,    vas le.  .ot to to go along with a desk audit. You stress the fact th... there are possibilit-ies that
I might not get my job. I can not subject myself to this risk.

It is my belief that if one truly desire to do that which is morally right for another person, He /she would do so by means not risky to that person.


Thank you,
Brenda

3 August 2004

1. I am filing a grievance against Hercules Randolph III because I feel I have been denied the opportunity to file for a vacancy in SEA63. I also feel I have been performing the duties of a higher grade without compensation. The following will explain my belief:

a.  A SEA63 vacancy was announced in April 2004 to fill the position vacated by Ed Settle. This position was advertised as a Program Analyst GS-343-13, in SEA63IC2 and the incumbent would be the responsible country manager for Europe, Canada, Australia and New Zealand. Mr. Randolph did not fill this position from the certification of applicants he received from HR for the advertisement of the vacancy. His decision was to reassign a SEA63 employee, Kathy Ton, into this position. Ms. Ton was a country manager/Program Analyst GS-343-13. I understand management had every right to make this reassignment. Because of Ms. Ton's reassignment, Ms. Ton's position was now vacant. This is a position in another division of SEA63 (SEA63IC1), working for a different Assistant Program Manager (APM) and serving a different group of countries. Several of us were interested in this position and waiting to apply for it when it was advertised. The original vacancy announcement, April 2004, was "specific" in naming the countries the country manager would be responsible for and the division the position was in. I was not interested in that position but would have applied for Ms. Ton's position if it had been advertised. Mr. Randolph decided to use the certificate designed to fill Mr. Settle's position for the filling of Ms. Ton's position. Remember, Ms. Ton's position is in a different division, working for a different APM and responsible for different countries regardless of the fact they are both Program Analyst GS-343-13. There were other GS-12's that did not make the certification for Mr. Settle's position did not get an opportunity to apply for this second vacancy also. We were not afforded the opportunity to apply because Mr. Randolph

28          ATTACHMENT 1

TO EEO COMPLAINT

filled the position with a SEA63 employee,
Vickie Britton. Ms. Britton was on the
certification for Mr. Settle's position and
was a GS-12 prior to the promotion to the GS-
13. I feel Ms. Ton's position should have
been advertised, therefore, allowing everyone
a fair opportunity to apply.

b.   We all found out Ms. Ton's position had been
filled at a SEA63 All Hands meeting 21 July.
Mr. Randolph announced to everyone attending
that Vicki Britton had just filled the first
promotion in three years in SEA63/PMS380. I
was shocked. Ms. Britton is young and has
been treated special by Mr. Randolph. We knew
he wanted to promote her. If this was the
first opportunity in three years for employees
like me to have an opportunity for promotion,
I feel he should have done everything in his
power to afford "all of his employees" the
opportunity to apply for this "new vacancy".
He also stated, "he knows a lot of us have
been filling positions at a higher grade". He
was going to "try again" to talk to SEA06 and
have them allow him to "advertise" these
positions to promote people. He stated, "Just
because you have been filling the positions at
a higher grade doesn't mean you will
automatically get the promotion". "THEY WILL
BE ADVERTISED AND SOMEONE ELSE MAY BE BETTER
QUALIFIED". How do you think that makes all
of us feel when we, and it is several that
have given ourselves to SEA63/PMS380 and not
been compensated for our efforts, hear this!!!
TOO MANY OF US HAVE BEEN USED BY SEA63
MANAGEMENT, HERCULES RANDOLPH, TOO LONG. WE
NEED COMPENSATION FOR THE WORK WE HAVE DONE.
NOW, MR. RANDOLPH IS SAYING OUR JOBS WILL BE
ADVERTISED AND COULD BE TAKEN AWAY FROM US AND
GIVEN TO SOMEONE ELSE. WHAT HAPPENS TO US?
IS THIS APPROPRIATE NAVSEA EMPLOYEE MANAGEMENT
PRACTICES?

c.   I have been in my position for 12 years. I am
a Program Analyst, GS-343-12. I filed an EEO
case against Mr. Randolph because of
performing higher-level duties without the
compensation of a GS-13. I was at the stage
of going formal with my EEO case and Mr.
Randolph called me to his office and made
promises to me so I withdrew my case. That
has been five months ago and he still hasn't
followed through with his promises. I feel if

29

my position is determined to be a GS-13, it is because of accretion of duties and I should be given the GS-13 without advertisement. Now he has not given me a chance to apply for a position that I am interested.

d.  I believe I have been discriminated against because of age and eligible for retirement. I believe he thinks I will soon retire and this problem, "me", will be gone without giving me what is due me, compensation for performing higher grade duties or not allowing me to apply for this vacancy. He is not considering how this would benefit my high three for my retirement.

2.  The remedy I am seeking is to be treated with fairness and be afforded the opportunity to apply for any/all vacancies in SEA63 as they become available not as determined by Hercules Randolph. I would like my current position evaluated and a determination made as to the grade level. If it is found at the GS-13 level, it is because of accretion of duties over the past twelve years. I should be promoted without advertisement of my position. Everyone in my branch does the same work. They are GS-13s and I am the only GS-12.

BRENDA J. LEE

30

Brenda J. Lee

## OFFICE OF INTERNATIONAL PROGRAMS
## CASE DEVELOPMENT PROGRAM ANALYST
### (GS-343-12)

Introduction:

This position is that of a Case Development, Program Analyst, in the International Policy and Business Management division in the Office of International Programs, SEA 63, for the Deputy Commander, Warfare Systems Engineering Directorate (SEA 06). The responsibilities of SEA 06 include establishment of the Navy's warfare systems engineering process; establishment of technical standards and architectures which support effective combat system integration and battle force interoperability; functional allocation of combat system requirements between warfare areas and warfare area elements; oversight and coordination of all matters related to International Programs (FMS and Military Assistance Program (MAP)); and technical roadmaps that guide the development to detect, control, engage and battle management functions for increased interoperability with Department of Defense (DoD) components, overall mission effectiveness, and least cost. Additionally, SEA 06 is responsible for management of the Navy's Battle Force Interoperability Program, overseeing technology insertion programs, and for ensuring that Command engineering policy and standards are accurate, complete and enforced throughout NAVSEA including the NAVSEA Technical Centers. SEA 06 has national and international significance of critical importance to the Navy's SEAPOWER 21 strategic policy, and has been assigned a National Urgency priority.

COMNAVSEA sets guidance, policy, standards and specifications; provides technical and programmatic expertise and direction for systems under its command and develops and oversees the core processes required to support acquisition including systems engineering and configuration management. The Deputy Commander for Warfare Systems Engineering is COMNAVSEA's agent for the exercise of technical authority for weapon systems, combat systems and family/system of systems.

The Office of International Programs develops and implements agreements with Foreign Navies for providing materials, technical assistance and management services in support of construction, transfer, modernization, overhaul and maintenance of ships, submarines, boats, and associated shore facilities. Over four hundred ships and shore facilities are presently supported. The program is responsible for establishing and implementing the National, Department of Defense, and Department of the Navy FMS policy guidance and objectives within the command and associated Headquarters/PEOs, and assuring the proper allocation and utilization of FMS resources within these organizations.

The Branch is responsible for development and oversight of Command policy and procedures for execution of Security Assistance (SA) Programs within the Command. The Branch develops the Command's position and approach in influencing external policy governing international security assistance programs; interprets implementing DoD and SECNAV guidance for execution of these programs; and monitors execution of NAVSEA SA programs across the full spectrum of functional areas engaged in or supporting the Command's SA Programs.

This position is Program Analysis Officer for the Case Development Division within PMS380P. PMS380P is the Financial and Business Division of the Security Assistance Program Office (PMS380), a Naval Sea Systems Command Designated (chartered) Program. The Program office supports the Deputy Commander for surface

51

Ships in the oversight and coordination of all matters related to Security Assistance Programs. The Program develops and implements agreements with Foreign Navies for providing materials, technical assistance, and management services in support of construction, modernization, overhaul, and maintenance of ships and associated shore facilities. The Program office is responsible for establishing and implementing the National, Department of Defense and Department of the Navy FMS policy guidance and objectives within the Command and assuring the proper allocation of utilization of FMS resources within the Command. The Program administers the FMS Administrative budget, which annually averages over $8M.

This Division is responsible for financial matters and business management efforts in the development, implementation, execution, reconciliation and closure of assigned FMS cases. Additional responsibilities include internal contract management, FMS administrative budget process, Security Assistance Program Labor Cost and Defense Civilian Payroll Systems input, verification, and analyses, NAVSEA's Security Assistance business base statistics, and dissemination/interpretation of case financial management policy.

This Branch is responsible for:
Development of pre-case data for Letter of Offer and Acceptance (LOA), Price and Availability (P&A) via the Defense Security Assistance Management System (DSAMS),
Case amendments and modifications
Obligational authority adjustments
Maintaining and presentation of Security Assistance Program Business Base Statistics
Development/interpretation/dissemination of case financial policy to the Command
Overall justification and execution of the FMS document reconciliation
Case reconciliation and case closure, through various initiatives such as the Defense Security Coordination Agency (DSCA) Unliquidated obligations (ULO), Navy International Programs Office (NAVY IPO) enhanced accelerated case closure.
Reconciliation and closure of all material and service (supply) complete cases implemented to NAVSEA.
Hands on reconciliation efforts
Preparation of the case closure certificate
ADP systems processing

Major Duties:

The incumbent is responsible to the Branch Head for financial systems support for the Security Assistance Program pre-case data development in DSAMS for all Letters of Offer and Acceptance (LOA), Price and Availability (P&A) data, case amendments and modifications, FMS financial systems integrity, input and improvements. Specific duties and responsibilities of the incumbent include:

     A.     65% Pre-case financial data development and policy conformance

     This position performs the overall pre-case financial data development for all FMS requests. This includes the preparation and review of LOA data sheets, case structure, Military Assistance Service Lines (MASL) data, NAVFORM 2061, manpower worksheets, financial analysis worksheets, payment schedules, termination and liability data sheets and other case financial data and reports as required by the Assistance Program Managers and Case Managers. The incumbent must be able to apply appropriate FMS surcharges, accessorial and administrative charges. The incumbent must insure pricing disciplines are in accordance with existing NAVSEA, Navy IPO, DSCA and Navy Comptroller (NAVCOMPT) policies and directives.

25% Case Amendment and Modifications

The incumbent develops NAVFORM 2061s and other required case financial data to modification existing program requirements. Insures appropriate surcharges are applied.

5% Systems Input, Reports and Improvements

Performs case control input requirements execution. This includes DSAMS, MISIL, and year-end rollover. Represents Security Assistance Program components to improve and streamline financial requirements, systems, policies and procedures. As the FMS Financial Systems Program Manager, the incumbent analyzes a wide variety of case financial problems, surveys the wide variety of databases within the Security Assistance community and selects appropriate data and generates tailored information to satisfy the requirements. Additionally, as the FMS Financial Systems Program Manager, the incumbent is responsible for developing and improving new and existing program systems with the focus on total quality management with regard to streamlining and elimination of unneeded, cumbersome financial systems requirements.

5% Special Projects Management

Incumbent performs special projects as directed by the Branch or Division Director. Special projects assigned normally involve developing systems to capture and display data and to assist upper management in identifying adverse trends and recommending necessary corrective actions.

## FACTORS

### Factor 1 – Knowledge required by the Position

Mastery of advanced concepts, principles and practices of the broad field of Security Assistance program management that enables the incumbent to serve as an authority in the development of NAVSEA SAP instructions, procedures and guidelines and to provide expert advice and guidance to higher authority and foreign customers. Ability to evaluate and incorporate the latest developments in the field into guidelines. The incumbent must be particularly knowledgeable in how these concepts, principles and practices are applied in the SAP.

A thorough knowledge of all aspects of SAP is required in order to have the ability to relate the financial function to program goals and objectives and provide effective management support to all phases of the program. The incumbent must be effective in resolving problems due to changing program deadlines and objectives; recognize and resolve conflicts in program and budgetary information and objectives, and changing guidelines for the work, caused not only by US policy changes but due to varying requirements of the foreign government.

The incumbent must be capable of displaying originality, sound judgment and versatility in leading and administering function of the Branch as well as the Project. The incumbent must possess a high degree of originality, resourcefulness, and diplomacy and personal tact in dealing with people both military and civilian, at all levels.

Knowledgeable of various USN appropriations in order to equate the function of those appropriations to FMS financial procedures and policies.

Knowledgeable of multiple ADP systems (STARS, MISIL, DSAMS, DIFS, NAVCOS, office automation systems) and be able to direct the development of additional ADP systems and improvements.

Factor 2 – Supervisory Controls

The incumbent reports directly to the Branch Head, Financial Systems Support Branch, a position to which a GM 343-14 is assigned and who outlines broad policies and objectives to be pursued. This position receives general guidance and supervision, which requires the incumbent to exercise imagination and analysis of a wide range of complex financial program management techniques and responsibilities. The scope and dynamic nature of this position requires the independent action of the incumbent. Work is reviewed adherence to general branch and NAVSEA policy and accomplishment of objectives.

Factor 3 – Guidelines

Guidelines include DOD and Security Assistance Act, Foreign Military Sales Act, Navy directives, DOD Security Assistance Management Manual (SAMM); the FMS Financial Management Manual published by OASD (Comptroller), various SECNAV and OPNAV instructions and the NAVSEA instructions and policy statements. The guides are written in broad general terms. This dictates that the incumbent must make decisions and issue value judgments. These decisions are based on SAP experience and knowledge.

Factor 4 – Complexity

Financial case data, implementation, input and review are required by higher authority for all Command FMS cases. FMS financial data is used to develop a contract between the U.S. Government and foreign governments. The resulting contract is referred to as a case. All NAVSEA cognizant goods and services requested by foreign governments must be executed via the FMS contract (DD 1513). Efforts for this position necessitate financial case development for multi-year, multi-million dollar cases and requires decision and interpretation of broad policies and pricing direction in order to insure all applicable costs to the foreign customer are in order to ensure all applicable costs to the foreign customer are identified. New legislation and policy changes, foreign defense and U.S. political priorities, fluctuations in economies and other forces have sudden substantial impact on the kind of financial case data strategies and requirements needed by the organization. This position requires problem solving in order to derive useful and timely data for developing case financial support elements when needed data is missing. Ability to deal with changes in the program/projects caused by changes in foreign emphasis or advancing technologies and other developments have significant impact on case/program presentation and execution are typical difficulties encountered. Give direction and recommendations to higher financial and business authorities regarding lacking criteria applicable to solving unusual case financial development and presentation requires making adjustments.

Factor 5 – Scope and Effect

Program execution could not be undertaken without provision of the required case financial support documentation, data, implementation, and input. The financial case data is required by higher authority at the Navy IPO and DSCA level. Case amendments and modifications are required in order to execute changes tot he existing programs and to obtain needed additional obligational authority to continue with program case management execution. Analyses and recommendations have a direct affect on foreign payments to the FMS trust funds, and on the timing of USN actions in implementing the FMS programs.

Factor 6 – Personal Contacts

Personal contacts involve face-to-face and telephone discussions on regular basis, at all level, within NAVSEA, Navy IPO and on occasion with foreign representatives. Incumbent ensures a solid network of contacts within NAVSEA and Navy IPO with defined working procedures to achieve objectives.

Factor 7 – Purpose of Contacts

The purposes of contacts are to discuss financial policy, give advice, provide case financial data information, and to coordinate financial case structure and execution requirements. Contacts with Navy IPO are for the purpose of interpreting and resolving issues related to case structure and financial data presentation. Contacts with other SYSCOM components are for the purpose of providing advice and guidance on case financial and systems policies, procedures, requirements and resolution of conflicting matters.

Factor 8 – Physical Demands

The duties of this position are performed in an office environment and are primarily sedentary, however, the incumbent lifts and carries reference data, working papers, and similar items to and from the work area. A moderate amount of standing and walking is required in getting to and from meeting places away from the work site.

Factor 9 – Work Environment

Work is performed in a typical office setting, however, one that is subjected to an above normal amount of pressure and "short-fuse" deadlines. The employee periodically visits other offices in the surrounding complexes or at locations in other states and cities. Travel away from the work site is normally by private automobile, common carrier (plane or train) or other public conveyance.

Renee C. Dutton

OFFICE OF INTERNATIONAL PROGRAMS
CASE DEVELOPMENT PROGRAM ANALYST
(GS-343-13)

## I.      Introduction:

This position is that of a Case Development, Program Analyst, in the International Policy and Business Management division in the Office of International Programs, SEA 63, for the Deputy Commander, Warfare Systems Engineering Directorate (SEA 06). The responsibilities of SEA 06 include establishment of the Navy's warfare systems engineering process; establishment of technical standards and architectures which support effective combat system integration and battle force interoperability; functional allocation of combat system requirements between warfare areas and warfare area elements; oversight and coordination of all matters related to International Programs (FMS and Military Assistance Program (MAP)); and technical roadmaps that guide the development to detect, control, engage and battle management functions for increased interoperability with Department of Defense (DoD) components, overall mission effectiveness, and least cost. Additionally, SEA 06 is responsible for management of the Navy's Battle Force Interoperability Program, overseeing technology insertion programs, and for ensuring that Command engineering policy and standards are accurate, complete and enforced throughout NAVSEA including the NAVSEA Technical Centers. SEA 06 has national and international significance of critical importance to the Navy's SEAPOWER 21 strategic policy, and has been assigned a National Urgency priority.

COMNAVSEA sets guidance, policy, standards and specifications; provides technical and programmatic expertise and direction for systems under its command and develops and oversees the core processes required to support acquisition including systems engineering and configuration management. The Deputy Commander for Warfare Systems Engineering is COMNAVSEA's agent for the exercise of technical authority for weapon systems, combat systems and family/system of systems.

The Office of International Programs develops and implements agreements with Foreign Navies for providing materials, technical assistance and management services in support of construction, transfer, modernization, overhaul and maintenance of ships, submarines, boats, and associated shore facilities. Over four hundred ships and shore facilities are presently supported. The program is responsible for establishing and implementing the National, Department of Defense, and Department of the Navy FMS policy guidance and objectives within the command and associated Headquarters/PEOs, and assuring the proper allocation and utilization of FMS resources within these organizations.

The Branch is responsible for development and oversight of Command policy and procedures for execution of Security Assistance (SA) Programs within the Command. The Branch develops the Command's position and approach in influencing external policy governing international security assistance programs; interprets implementing DoD and SECNAV guidance for execution of these programs; and monitors execution of NAVSEA SA programs across the full spectrum of functional areas engaged in or supporting the Command's SA Programs.

This Branch is responsible for:

56

- Development of pre-case data for Letter of Offer and Acceptance (LOA), Price and Availability (P&A) via the Defense Security Assistance Management System (DSAMS),
- Case amendments and modifications
- Obligational authority adjustments
- Maintaining and presentation of Security Assistance Program Business Base Statistics
- Development/interpretation/dissemination of case financial policy to the Command
- Overall justification and execution of the FMS document reconciliation
- Case reconciliation and case closure, through various initiatives such as the Defense Security Coordination Agency (DSCA) Unliquidated obligations (ULO), Navy International Programs Office (NAVY IPO) enhanced accelerated case closure.
- Reconciliation and closure of all material and service (supply) complete cases implemented to NAVSEA.
- Hands on reconciliation efforts
- Preparation of the case closure certificate
- ADP systems processing

II.    Major Duties:

The incumbent is responsible to the Branch Head for financial systems support for the Security Assistance Program pre-case data development in DSAMS for all Letters of Offer and Acceptance (LOA), Price and Availability (P&A) data, case amendments and modifications, FMS financial systems integrity, input and improvements. Specific duties and responsibilities of the incumbent include:

A.    50% Pre-case financial data development and policy conformance

This position performs the overall pre-case financial data development for all FMS requests. This includes the preparation and review of LOA data sheets, case structure, Military Assistance Service Lines (MASL) data, NAVFORM 2061, manpower worksheets, financial analysis worksheets, payment schedules, termination and liability data sheets and other case financial data and reports as required by the Assistance Program Managers and Case Managers. The incumbent must be able to apply appropriate FMS surcharges, accessorial and administrative charges. The incumbent must insure pricing disciplines are in accordance with existing NAVSEA, Navy IPO, DSCA and Navy Comptroller (NAVCOMPT) policies and directives.

B.    20% Case Amendment and Modifications

The incumbent develops NAVFORM 2061s and other required case financial data to modification existing program requirements. Insures appropriate surcharges are applied.

C.    25% Systems Input, Reports and Improvements

Performs case control input requirements execution. This includes DSAMS, MISIL, and year-end rollover. Represents Security Assistance Program components to improve and streamline financial requirements, systems, policies and procedures. As the FMS Financial Systems Program Manager, the incumbent analyzes a wide variety of case financial problems, surveys the wide variety of databases within the Security Assistance community and selects appropriate data and generates tailored information to satisfy the requirements. Additionally, as the FMS Financial Systems Program Manager, the incumbent is responsible for developing and improving new and existing program systems with the focus on total quality management with regard to streamlining and elimination of unneeded, cumbersome financial systems requirements.

D.    5% Special Projects Management

Incumbent performs special projects as directed by the Branch or Division Director. Special projects assigned normally involve developing systems to capture and display data and to assist upper management in identifying adverse trends and recommending necessary corrective actions.

## III.    FACTORS

Factor 1 – Knowledge required by the Position

Mastery of advanced concepts, principles and practices of the broad field of Security Assistance program management that enables the incumbent to serve as an authority in the development of NAVSEA SAP instructions, procedures and guidelines and to provide expert advice and guidance to higher authority and foreign customers. Ability to evaluate and incorporate the latest developments in the field into guidelines. The incumbent must be particularly knowledgeable in how these concepts, principles and practices are applied in the SAP.

A thorough knowledge of all aspects of SAP is required in order to have the ability to relate the financial function to program goals and objectives and provide effective management support to all phases of the program. The incumbent must be effective in resolving problems due to changing program deadlines and objectives; recognize and resolve conflicts in program and budgetary information and objectives, and changing guidelines for the work, caused not only by US policy changes but due to varying requirements of the foreign government.

The incumbent must be capable of displaying originality, sound judgment and versatility in leading and administering function of the Branch as well as the Project. The incumbent must possess a high degree of originality, resourcefulness, and diplomacy and personal tact in dealing with people both military and civilian, at all levels.

Knowledgeable of various USN appropriations in order to equate the function of those appropriations to FMS financial procedures and policies.

Knowledgeable of multiple ADP systems (STARS, MISIL, DSAMS, DIFS, NAVCOS, office automation systems) and be able to direct the development of additional ADP systems and improvements.

Factor 2 – Supervisory Controls

The incumbent reports directly to the Branch Head, Financial Systems Support Branch, a position to which GM 343-14 is assigned and who outlines broad policies and objectives to be pursued. This position receives general guidance and supervision, which requires the incumbent to exercise imagination and analysis of a wide range of complex financial program management techniques and responsibilities. The scope and dynamic nature of this position requires the independent action of the incumbent. Work is reviewed adherence to general branch and NAVSEA policy and accomplishment of objectives.

Factor 3 – Guidelines

Guidelines include DOD and Security Assistance Act, Foreign Military Sales Act, Navy directives, DOD Security Assistance Management Manual (SAMM); the FMS Financial Management Manual published

by OASD (Comptroller), various SECNAV and OPNAV instructions and the NAVSEA instructions and policy statements. The guides are written in broad general terms. This dictates that the incumbent must make decisions and issue value judgments. These decisions are based on SAP experience and knowledge.

Factor 4 – Complexity

Financial case data, implementation, input and review are required by higher authority for all Command FMS cases. FMS financial data is used to develop a contract between the U.S. Government and foreign governments. The resulting contract is referred to as a case. All NAVSEA cognizant goods and services requested by foreign governments must be executed via the FMS contract (DD 1513). Efforts for this position necessitate financial case development for multi-year, multi-million dollar cases and requires decision and interpretation of broad policies and pricing direction in order to insure all applicable costs to the foreign customer are in order to ensure all applicable costs to the foreign customer are identified. New legislation and policy changes, foreign defense and U.S. political priorities, fluctuations in economies and other forces have sudden substantial impact on the kind of financial case data strategies and requirements needed by the organization. This position requires problem solving in order to derive useful and timely data for developing case financial support elements when needed data is missing. Ability to deal with changes in the program/projects caused by changes in foreign emphasis or advancing technologies and other developments have significant impact on case/program presentation and execution are typical difficulties encountered. Give direction and recommendations to higher financial and business authorities regarding lacking criteria applicable to solving unusual case financial development and presentation requires making adjustments.

Factor 5 – Scope and Effect

Program execution could not be undertaken without provision of the required case financial support documentation, data, implementation, and input. The financial case data is required by higher authority at the Navy IPO and DSCA level. Case amendments and modifications are required in order to execute changes tot he existing programs and to obtain needed additional obligational authority to continue with program case management execution. Analyses and recommendations have a direct affect on foreign payments to the FMS trust funds, and on the timing of USN actions in implementing the FMS programs.

Factor 6 – Personal Contacts

Personal contacts involve face-to-face and telephone discussions on regular basis, at all level, within NAVSEA, Navy IPO and on occasion with foreign representatives. Incumbent ensures a solid network of contacts within NAVSEA and Navy IPO with defined working procedures to achieve objectives.

Factor 7 – Purpose of Contacts

The purposes of contacts are to discuss financial policy, give advice, provide case financial data information, and to coordinate financial case structure and execution requirements. Contacts with Navy IPO are for the purpose of interpreting and resolving issues related to case structure and financial data presentation. Contacts with other SYSCOM components are for the purpose of providing advice and guidance on case financial and systems policies, procedures, requirements and resolution of conflicting matters.

Factor 8 – Physical Demands

The duties of this position are performed in an office environment and are primarily sedentary, however, the incumbent lifts and carries reference data, working papers, and similar items to and from the work area. A

moderate amount of standing and walking is required in getting to and from meeting places away from the work site.

Factor 9 – Work Environment

Work is performed in a typical office setting, however, one that is subjected to an above normal amount of pressure and "short-fuse" deadlines. The employee periodically visits other offices in the surrounding complexes or at locations in other states and cities. Travel away from the work site is normally by private automobile, common carrier (plane or train) or other public conveyance.

Barbara R. Hall

## OFFICE OF INTERNATIONAL PROGRAMS
## CASE DEVELOPMENT PROGRAM ANALYST
### (GS-343-13)

### I.    Introduction:

This position is that of a Case Development, Program Analyst, in the International Policy and Business Management division in the Office of International Programs, SEA 63, for the Deputy Commander, Warfare Systems Engineering Directorate (SEA 06). The responsibilities of SEA 06 include establishment of the Navy's warfare systems engineering process; establishment of technical standards and architectures which support effective combat system integration and battle force interoperability; functional allocation of combat system requirements between warfare areas and warfare area elements; oversight and coordination of all matters related to International Programs (FMS and Military Assistance Program (MAP)); and technical roadmaps that guide the development to detect, control, engage and battle management functions for increased interoperability with Department of Defense (DoD) components, overall mission effectiveness, and least cost. Additionally, SEA 06 is responsible for management of the Navy's Battle Force Interoperability Program, overseeing technology insertion programs, and for ensuring that Command engineering policy and standards are accurate, complete and enforced throughout NAVSEA including the NAVSEA Technical Centers. SEA 06 has national and international significance of critical importance to the Navy's SEAPOWER 21 strategic policy, and has been assigned a National Urgency priority.

COMNAVSEA sets guidance, policy, standards and specifications; provides technical and programmatic expertise and direction for systems under its command and develops and oversees the core processes required to support acquisition including systems engineering and configuration management. The Deputy Commander for Warfare Systems Engineering is COMNAVSEA's agent for the exercise of technical authority for weapon systems, combat systems and family/system of systems.

The Office of International Programs develops and implements agreements with Foreign Navies for providing materials, technical assistance and management services in support of construction, transfer, modernization, overhaul and maintenance of ships, submarines, boats, and associated shore facilities. Over four hundred ships and shore facilities are presently supported. The program is responsible for establishing and implementing the National, Department of Defense, and Department of the Navy FMS policy guidance and objectives within the command and associated Headquarters/PEOs, and assuring the proper allocation and utilization of FMS resources within these organizations.

The Branch is responsible for development and oversight of Command policy and procedures for execution of Security Assistance (SA) Programs within the Command. The Branch develops the Command's position and approach in influencing external policy governing international security assistance programs; interprets implementing DoD and SECNAV guidance for execution of these programs; and monitors execution of NAVSEA SA programs across the full spectrum of functional areas engaged in or supporting the Command's SA Programs.

This Branch is responsible for:

41

- Development of pre-case data for Letter of Offer and Acceptance (LOA), Price and Availability (P&A) via the Defense Security Assistance Management System (DSAMS),
- Case amendments and modifications
- Obligational authority adjustments
- Maintaining and presentation of Security Assistance Program Business Base Statistics
- Development/interpretation/dissemination of case financial policy to the Command
- Overall justification and execution of the FMS document reconciliation
- Case reconciliation and case closure, through various initiatives such as the Defense Security Coordination Agency (DSCA) Unliquidated obligations (ULO), Navy International Programs Office (NAVY IPO) enhanced accelerated case closure.
- Reconciliation and closure of all material and service (supply) complete cases implemented to NAVSEA
- Hands on reconciliation efforts
- Preparation of the case closure certificate
- ADP systems processing

II.   Major Duties:

The incumbent is responsible to the Branch Head for financial systems support for the Security Assistance Program pre-case data development in DSAMS for all Letters of Offer and Acceptance (LOA), Price and Availability (P&A) data, case amendments and modifications, FMS financial systems integrity, input and improvements. Specific duties and responsibilities of the incumbent include:

A.    50% Pre-case financial data development and policy conformance

This position performs the overall pre-case financial data development for all FMS requests. This includes the preparation and review of LOA data sheets, case structure, Military Assistance Service Lines (MASL) data, NAVFORM 2061, manpower worksheets, financial analysis worksheets, payment schedules, termination and liability data sheets and other case financial data and reports as required by the Assistance Program Managers and Case Managers. The incumbent must be able to apply appropriate FMS surcharges, accessorial and administrative charges. The incumbent must insure pricing disciplines are in accordance with existing NAVSEA, Navy IPO, DSCA and Navy Comptroller (NAVCOMPT) policies and directives.

B.    20% Case Amendment and Modifications

The incumbent develops NAVFORM 2061s and other required case financial data to modification existing program requirements. Insures appropriate surcharges are applied.

C.    25% Systems Input, Reports and Improvements

Performs case control input requirements execution. This includes DSAMS, MISIL, and year-end rollover. Represents Security Assistance Program components to improve and streamline financial requirements, systems, policies and procedures. As the FMS Financial Systems Program Manager, the incumbent analyzes a wide variety of case financial problems, surveys the wide variety of databases within the Security Assistance community and selects appropriate data and generates tailored information to satisfy the requirements. Additionally, as the FMS Financial Systems Program Manager, the incumbent is responsible for developing and improving new and existing program systems with the focus on total quality management with regard to streamlining and elimination of unneeded, cumbersome financial systems requirements.

D.    5% Special Projects Management

Incumbent performs special projects as directed by the Branch or Division Director. Special projects assigned normally involve developing systems to capture and display data and to assist upper management in identifying adverse trends and recommending necessary corrective actions.

## III.    FACTORS

Factor 1 – Knowledge required by the Position

Mastery of advanced concepts, principles and practices of the broad field of Security Assistance program management that enables the incumbent to serve as an authority in the development of NAVSEA SAP instructions, procedures and guidelines and to provide expert advice and guidance to higher authority and foreign customers. Ability to evaluate and incorporate the latest developments in the field into guidelines. The incumbent must be particularly knowledgeable in how these concepts, principles and practices are applied in the SAP.

A thorough knowledge of all aspects of SAP is required in order to have the ability to relate the financial function to program goals and objectives and provide effective management support to all phases of the program. The incumbent must be effective in resolving problems due to changing program deadlines and objectives; recognize and resolve conflicts in program and budgetary information and objectives, and changing guidelines for the work, caused not only by US policy changes but due to varying requirements of the foreign government.

The incumbent must be capable of displaying originality, sound judgment and versatility in leading and administering function of the Branch as well as the Project. The incumbent must possess a high degree of originality, resourcefulness, and diplomacy and personal tact in dealing with people both military and civilian, at all levels.

Knowledgeable of various USN appropriations in order to equate the function of those appropriations to FMS financial procedures and policies.

Knowledgeable of multiple ADP systems (STARS, MISIL, DSAMS, DIFS, NAVCOS, office automation systems) and be able to direct the development of additional ADP systems and improvements.

Factor 2 – Supervisory Controls

The incumbent reports directly to the Branch Head, Financial Systems Support Branch, a position to which a GM 343-14 is assigned and who outlines broad policies and objectives to be pursued. This position receives general guidance and supervision, which requires the incumbent to exercise imagination and analysis of a wide range of complex financial program management techniques and responsibilities. The scope and dynamic nature of this position requires the independent action of the incumbent. Work is reviewed adherence to general branch and NAVSEA policy and accomplishment of objectives.

Factor 3 – Guidelines

Guidelines include DOD and Security Assistance Act, Foreign Military Sales Act, Navy directives, DOD Security Assistance Management Manual (SAMM); the FMS Financial Management Manual published

by OASD (Comptroller), various SECNAV and OPNAV instructions and the NAVSEA instructions and policy statements. The guides are written in broad general terms. This dictates that the incumbent must make decisions and issue value judgments. These decisions are based on SAP experience and knowledge.

## Factor 4 – Complexity

Financial case data, implementation, input and review are required by higher authority for all Command FMS cases. FMS financial data is used to develop a contract between the U.S. Government and foreign governments. The resulting contract is referred to as a case. All NAVSEA cognizant goods and services requested by foreign governments must be executed via the FMS contract (DD 1513). Efforts for this position necessitate financial case development for multi-year, multi-million dollar cases and requires decision and interpretation of broad policies and pricing direction in order to insure all applicable costs to the foreign customer are in order to ensure all applicable costs to the foreign customer are identified. New legislation and policy changes, foreign defense and U.S. political priorities, fluctuations in economies and other forces have sudden substantial impact on the kind of financial case data strategies and requirements needed by the organization. This position requires problem solving in order to derive useful and timely data for developing case financial support elements when needed data is missing. Ability to deal with changes in the program/projects caused by changes in foreign emphasis or advancing technologies and other developments have significant impact on case/program presentation and execution are typical difficulties encountered. Give direction and recommendations to higher financial and business authorities regarding lacking criteria applicable to solving unusual case financial development and presentation requires making adjustments.

## Factor 5 – Scope and Effect

Program execution could not be undertaken without provision of the required case financial support documentation, data, implementation, and input. The financial case data is required by higher authority at the Navy IPO and DSCA level. Case amendments and modifications are required in order to execute changes tot he existing programs and to obtain needed additional obligational authority to continue with program case management execution. Analyses and recommendations have a direct affect on foreign payments to the FMS trust funds, and on the timing of USN actions in implementing the FMS programs.

## Factor 6 – Personal Contacts

Personal contacts involve face-to-face and telephone discussions on regular basis, at all level, within NAVSEA, Navy IPO and on occasion with foreign representatives. Incumbent ensures a solid network of contacts within NAVSEA and Navy IPO with defined working procedures to achieve objectives.

## Factor 7 – Purpose of Contacts

The purposes of contacts are to discuss financial policy, give advice, provide case financial data information, and to coordinate financial case structure and execution requirements. Contacts with Navy IPO are for the purpose of interpreting and resolving issues related to case structure and financial data presentation. Contacts with other SYSCOM components are for the purpose of providing advice and guidance on case financial and systems policies, procedures, requirements and resolution of conflicting matters.

## Factor 8 – Physical Demands

The duties of this position are performed in an office environment and are primarily sedentary, however, the incumbent lifts and carries reference data, working papers, and similar items to and from the work area. A

64

moderate amount of standing and walking is required in getting to and from meeting places away from the work site.

Factor 9 – Work Environment

Work is performed in a typical office setting, however, one that is subjected to an above normal amount of pressure and "short-fuse" deadlines. The employee periodically visits other offices in the surrounding complexes or at locations in other states and cities. Travel away from the work site is normally by private automobile, common carrier (plane or train) or other public conveyance.

Renee Dutton

SEA 63IC311
duttonrc@navsea.navy.mil

COMM: 202.781.0554
DSN:  326.0554

| | |
|---|---|
| AL | ALBANIA |
| BC | BOTSWANA |
| BE | BELGIUM |
| BF | BAHAMAS |
| BG | BANGLADESH |
| CN | CANADA |
| CO | COLUMBIA |
| CX | ZAIRE |
| D5 | COLUMBIA NA |
| DE | DENMARK |
| EK | EQUATORIAL GUINEA |
| FI | FINLAND |
| FR | FRANCE |
| GT | GUATEMALA |
| GU | GUYANA |
| IL | ICELAND |
| IT | ITALY |
| KE | KENYA |
| LH | LITHUANIA |
| N3 | NATO SEASPARROW |
| N4 | NAMSA-GENERAL |
| N6 | NATO HQ |
| NE | NETHERLANDS |
| NO | NORWAY |
| S4 | FAA SECTION 632 |
| SW | SWEDEN |
| TC | UNITED ARAB EM |
| UK | UNITED KINGDOM |
| WA | NAMIBIA |
| ZA | ZAMBIA |
| ZI | ZIMBABWE |

Effective December 15, 2004

Barbara Hall

SEA 63IC312
hallbr@navsea.navy.mil

COMM: 202.781.0620
DSN:  326.0620

| | |
|---|---|
| AR | ARGENTINA |
| BR | BRAZIL |
| BU | BULGARIA |
| CI | CHILE |
| DJ | DIBOUTI |
| D3 | PERU |
| D6 | ECUADOR INC |
| EC | ECUADOR |
| ES | EL SALVADOR |
| GY | GERMANY |
| HO | HONDURAS |
| IS | ISRAEL |
| JO | JORDAN |
| KU | KUWAIT |
| LG | LATVIA |
| MU | OMAN |
| PA | PARAGUAY |
| PE | PERU |
| PK | PAKISTAN |
| PT | PORTUGAL |
| RO | ROMANIA |
| S3 | SLOVENIA |
| SI | SAUDI ARABIA |
| SR | SAUDI ARABIA |
| TK | TURKEY |
| UA | SOUTH AFRICA |
| UY | URUGUAY |
| U2 | UZBEKISTAN |
| VE | VENEZUELA |

Brenda Lee

SEA 63IC313
leebj@navsea.navy.mil

COMM: 202.781.0703
DSN:  326.0703

| | |
|---|---|
| AC | ANTIGUA |
| AT | AUSTRALIA |
| BA | BAHRAIN |
| BB | BARBADOS |
| BX | BRUNEI |
| CE | SRI LANKA, CEYLON |
| CH | CHINA |
| CS | COSTA RICA |
| D1 | BOLIVIA |
| DO | DOMINICA |
| DR | DOMINICAN REPUBLIC |
| EG | EGYPT |
| EN | ESTONIA |
| GJ | GRENADA |
| GR | GREECE |
| HA | HAITI |
| ID | INDONESIA |
| IN | INDIA |
| JM | JAMAICA |
| KS | KOREA |
| MF | MALAYSIA |
| MO | MOROCCO |
| MX | MEXICO |
| NS | SURINAME |
| NU | NICARAGUA |
| NZ | NEW ZEALAND |
| PI | PHILIPPINES |
| PL | POLAND |
| PN | PANAMA |
| SC | ST CHRISTOPHER |
| SN | SINGAPORE |
| SP | SPAIN |
| ST | ST LUCIA |
| TH | THAILAND |
| TN | TONGA |
| TO | TOGO |
| TP | SAO TOME-PRINCIPE |
| TU | TUNISIA |
| VC | ST VINCENT-GRENADINES |
| YE | YEMEN |

Regina Graeve

SEA 63IC314
graeverm@navsea.navy.mil

COMM: 202.781.0606
DSN:  326.0606

| | |
|---|---|
| AE | UNITED ARAB EMIRATES |
| CM | CAMEROON |
| CV | CAPE VERDE |
| GA | GAMBIA |
| GH | GHANA |
| GV | GUINEA |
| IV | IVORY COAST |
| JA | JAPAN |
| LI | LIBERIA |
| MP | MAURITIUS |
| MR | MAURITANIA |
| PU | GUINEA BISSAU |
| SE | SEYCHELLES |
| SK | SENEGAL |
| SL | SIERRA LEONE |
| SO | SOMALIA |
| TW | TAIWAN |

**Renee Dutton**

SEA 63IC311
renee.dutton@navy.mil

COMM: 202.781.0554
DSN: 326.0554

| | |
|---|---|
| AL | ALBANIA |
| BC | BOTSWANA |
| BE | BELGIUM |
| BF | BAHAMAS |
| BG | BANGLADESH |
| CN | CANADA |
| CO | COLUMBIA |
| CX | ZAIRE |
| D5 | COLUMBIA NA |
| DE | DENMARK |
| EK | EQUATORIAL GUINEA |
| FI | FINLAND |
| FR | FRANCE |
| GT | GUATEMALA |
| GU | GUYANA |
| IL | ICELAND |
| IT | ITALY |
| KE | KENYA |
| LH | LITHUANIA |
| N3 | NATO SEASPARROW |
| N4 | NAMSA-GENERAL |
| N6 | NATO HQ |
| NE | NETHERLANDS |
| NO | NORWAY |
| S4 | FAA SECTION 632 |
| SW | SWEDEN |
| TC | UNITED ARAB EM |
| UK | UNITED KINGDOM |
| WA | NAMIBIA |
| ZA | ZAMBIA |
| ZI | ZIMBABWE |

**Barbara Hall**

SEA 63IC312
barbara.hall@navy.mil

COMM: 202.781.0620
DSN: 326.0620

| | |
|---|---|
| AR | ARGENTINA |
| BR | BRAZIL |
| BU | BULGARIA |
| CI | CHILE |
| CS | COSTA RICA |
| DJ | DIBOUTI |
| DO | DOMINICA |
| DR | DOMINICAN REPUBLIC |
| D3 | PERU |
| D6 | ECUADOR INC |
| EC | ECUADOR |
| EG | EGYPT |
| ES | EL SALVADOR |
| GY | GERMANY |
| HO | HONDURAS |
| IS | ISRAEL |
| JO | JORDAN |
| KS | KOREA |
| KU | KUWAIT |
| LG | LATVIA |
| MU | OMAN |
| PA | PARAGUAY |
| PE | PERU |
| PK | PAKISTAN |
| PT | PORTUGAL |
| RO | ROMANIA |
| S3 | SLOVENIA |
| SI | SAUDI ARABIA |
| SR | SAUDI ARABIA |
| TK | TURKEY |
| TU | TUNISIA |
| UA | SOUTH AFRICA |
| UY | URUGUAY |
| U2 | UZBEKISTAN |
| VE | VENEZUELA |

**Brenda Lee**

SEA 63IC313
brenda.lee@navy.mil

COMM: 202.781.0703
DSN: 326.0703

| | |
|---|---|
| AC | ANTIGUA |
| BA | BAHRAIN |
| BB | BARBADOS |
| BX | BRUNEI |
| CE | SRI LANKA, CEYLON |
| CH | CHINA |
| D1 | BOLIVIA |
| GJ | GRENADA |
| GR | GREECE |
| HA | HAITI |
| JM | JAMAICA |
| MF | MALAYSIA |
| MO | MOROCCO |
| MX | MEXICO |
| NS | SURINAME |
| NU | NICARAGUA |
| NZ | NEW ZEALAND |
| PI | PHILIPPINES |
| PN | PANAMA |
| SC | ST CHRISTOPHER |
| SN | SINGAPORE |
| SP | SPAIN |
| ST | ST LUCIA |
| TN | TONGA |
| TO | TOGO |
| VC | ST VINCENT-GRENADINES |

**Regina Graeve**

SEA 63IC314
graevem@navsea.navy.mil    (pending NMCI)

COMM: 202.781.0606
DSN: 326.0606

| | |
|---|---|
| AE | UNITED ARAB EMIRATES |
| AT | AUSTRALIA |
| CM | CAMEROON |
| CV | CAPE VERDE |
| EN | ESTONIA |
| GA | GAMBIA |
| GH | GHANA |
| GV | GUINEA |
| ID | INDONESIA |
| IN | INDIA |
| IV | IVORY COAST |
| JA | JAPAN |
| LI | LIBERIA |
| MP | MAURITIUS |
| MR | MAURITANIA |
| PL | POLAND |
| PU | GUINEA BISSAU |
| SE | SEYCHELLES |
| SK | SENEGAL |
| SL | SIERRA LEONE |
| SO | SOMALIA |
| TH | THAILAND |
| TP | SAO TOME-PRINCIPE |
| TW | TAIWAN |
| YE | YEMEN |

TK — (FII)
AJ — Azerbaijan

Effective 2 May 2005



# Merit Promotion Opportunity
## Program Analyst, GS-343-13

Click here for <u>Federal Employment Pay Table</u>
Announcement Number: <u>NW0343</u>

**Area of Consideration:** Navy Wide

**Location:** Naval Sea Systems Command, Warfare Systems Engineering Directorate (SEA 06), Office of International Programs (SEA 63), Washington, DC WNY

**About us:** The Program Office supports the Warfare Systems Engineering Directorate (SEA 06) in the oversight and coordination of all matters related to the Security Assistance Program (SAP) and Foreign Military Sales (FMS). SEA 63 develops and implements agreements with foreign countries for providing materials, technical assistance and management services in support of the construction, modernization, overhaul, and maintenance of ships and related systems. The program is responsible for establishing and implementing the National, Department of Defense, and Department of the Navy FMS Policy guidance and objectives within the Command assuring the proper allocation and utilization of FMS resources within the Command.

**About the position:** This position is a Program Analyst for Foreign Military Sales Programs in the NAVSEA Office of International Programs (SEA 63), Europe, Canada, Australia, and New Zealand Division (SEA 63IC2) of the Naval Sea Systems Command (NAVSEA). The incumbent will be performing FMS case management duties in the SEA 63IC22 Branch. Duties include but not limited to the following: Serves as the Command point of contact for incoming FMS requirements for the assigned countries including country requests in the form of LORs/LOAs/P&As/ROMs and other related tasks for assigned countries and/or cases. Ensures the timely development, implementation, execution and closure (Cradle to Grave Management) of all FMS cases and Country specific correspondence; Monitors and reports to higher authorities the overall performance of the LOA such has case milestones, deliverables and financial integrity; Coordinates and represents the Command at CRR's and FMR's. Incumbent must have working knowledge of the DSAMS process plus ability to use both USN and FMS accounting systems, NAVSEA Standard Accounting and Reporting Systems (STARS) and the Navy's Management Information System International Logistics (MISIL) is highly desirable.

**This is an acquisition position as defined under the Defense Acquisition Workforce Improvement Act (DAWIA). Certification in Programs Management Level III must be achieved within 18 months of assignment.**

## INDIVIDUAL SELECTED FOR THIS POSITION MUST BE ABLE TO OBTAIN AND MAINTAIN A SECRET SECURITY CLEARANCE

Employees interested in consideration for this position are encouraged to submit a resume to the Open Vacancy Announcement listed above not later than 27 April 2004 to receive consideration.

Go to: <u>Open Continuous Vacancy</u> to the open continuous vacancy announcement, get additional information and submit your resume electronically via STAIRS (RESUME BUILDER) for consideration.

104