**EXHIBIT 9**

# INVESTIGATIVE FILE



DON 05-00024-01542

DOCKET NUMBER

BRENDA J. LEE

COMPLAINANT
NAVAL SEA SYSTEM COMMAND
WASHINGTON NAVY YARD
WASHINGTON, D C

ORGANIZATION FILED AGAINST

DEPARTMENT OF THE NAVY

COMPONENT FILED AGAINST

WARNING: All information contained in this report is protected by the Privacy Act of 1974 and must be dealt with accordingly.

# DEPARTMENT OF DEFENSE
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS

## Brenda Lee's Previous Protected Activity:

- **Formal**: Filed 9/13/04 (DON 04-00024-010)
**Issues**: Denied opportunity to apply for Program Analyst GS-13 position, denied desk audit, non-promotion, denied advance sick leave, charged LWOP, and supervisor scrutinized her work.
**Bases**: Race, Age, Reprisal (for prior EEO activity)
**Status**: Filed in U.S. District Court on 7/1/05.
**Agency Officials Involved**: Donald Seibel, Program Analyst Officer, GS-343-15
Hercules Randolph, Supervisory General Engineer, GS-801-15

- **Informal**: Initial contact with EEO Office 3/24/04 (Informal #04-011)
**Issues**: Excluded from meetings, subjected to stress by supervisor, which impacted her work performance.
**Bases**: Race and Age
**Status**: Complainant did not file formal complaint.
**Agency Officials Involved**: Donald Seibel, Program Analyst Officer, GS-343-15
Hercules Randolph, Supervisory General Engineer, GS-801-15
Robert Bussink,, Supervisory Program Analyst, GS-343-15

- **Informal**: Initial contact with EEO Office 5/2/03 (Informal #03-016)
**Issues**: Denied recognition and additional compensation for performance and treated differently because she wears "African Christian Dress"
**Bases**: Reprisal (for testifying at EEO Hearing) and Religion (Christianity)
**Status**: Complainant did not file formal complaint.
**Agency Officials Involved**: Bridget Shepherd, Supervisory Program Analyst, GS-343-14
Donald Seibel, Program Analyst Officer, GS-343-15

- **Formal**: Filed 92/3/03 (DON 03-00024-001)
**Issues**: Harassment, Office of Legal Counsel requested copies of complainant's performance evaluations, and alleged breach of right to remain anonymous.
**Bases**: Reprisal (for testifying at EEO Hearing)
**Status**: EEOC affirmed Agency's decision to Dismiss claims.
**Agency Officials Involved**: Jannika Cannon, Attorney, GS-905-15
Patricia Dyson, EEO Manager, GS-260-13