# EXHIBIT 10

COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x

BRENDA J. LEE,

    Plaintiff,

-vs-    : Civil Action No.:
: 05-1335 (RWR)

DONALD C. WINTER,
SECRETARY OF THE NAVY,

    Defendant.

- - - - - - - - - - - - - - - x

RECEIVED
JUN 2 6 2006
GEBHARDT

Washington, D.C.

Wednesday, June 14, 2006

    The deposition of DONALD DALE SEIBEL, called for examination by counsel for Plaintiff, pursuant to notice, in the offices of Gebhardt & Associates, LLP, 1101 17th Street, NW., Suite 807, Washington, D.C., convened at 1:35 p.m., before Emma N. Lynn, a Notary Public in and for the District of Columbia, when were present on behalf of the parties:

JARDIM REPORTING ASSOCIATES
(703)867-0396

1  Q.  Are you aware that she has a pending case of
2  sexual harassment?
3  A.  I am aware.
4  Q.  When did you become aware of that?
5  A.  When -- no, I can't answer that. I don't
6  recall when.
7  Q.  Would you know if it was more than a year
8  ago?
9  A.  I would say more than a year.
10 Q.  Would you say more than two years?
11 A.  Probably. It's been a while.
12 Q.  So more than three --
13 A.  I won't speculate. I was aware.
14 Q.  Okay.
15     Do you recall how you became aware of it?
16 A.  I think it was when Brenda told me that she
17 had a role in that, I think is when I first became
18 aware of it.
19 Q.  And what did she tell you about her role in
20 that case?
21 A.  Just that she -- there were no great
22 specifics, just that she had testified.

1  Q. Why did she tell you this?
2  A. I don't know.
3  Q. Would she be required to to get leave to
4  testify?
5  A. It was not in that context.
6  Q. Did you ever discuss the case with Carolyn?
7  A. No.
8  Q. Did you have any further conversations
9  about the case with Ms. Lee?
10  A. No.
11  Q. Do you know Chris Chaikowski?
12  A. Yes.
13  Q. Were you aware that Chris Chaikowski was
14  named in that complaint?
15  A. I am aware of that.
16  Q. And how did you become aware of that?
17  A. That I don't recall specifically.
18  Q. Have you ever discussed the case with Chris
19  Chaikowski?
20  A. No.
21  Q. Is there anyone else you have discussed the
22  case with?

1  A. No.

2  Q. Do you know anyone else at NAVSEA who has
3  been named in the EEO complaints?

4  A. Could you repeat that question.

5  Q. Do you know anyone else at NAVSEA who has
6  been named in an EEO complaint?

7  A. Who has been named?

8  Q. Yes.

9  A. Well, I know in the context of this case.

10 Q. Other than this particular case?

11 A. Give me the question one more time.

12    (The following testimony has been placed
13 in a separate transcript under seal.)

14    - - -

1  visibility country, and also I would rate it somewhat
2  above moderate in terms of complexity.
3     Q.   Do you recall any discussions with Mr.
4  Bussink regarding redistributing countries?
5     A.   There were discussions.  I don't recall the
6  specifics of them, but, yes, there were certainly
7  discussions.
8     Q.   And is Mr. Bussink your supervisor?
9     A.   He is my supervisor, my first-level
10 supervisor.
11    Q.   No further questions.
12         MR. DAY:  I have a couple on redirect.
13      FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
14         BY MR. DAY:
15    Q.   Isn't it the case, Mr. Seibel, that at the
16 meeting you referred to, the phrase you used was that
17 Ms. Lee had to address the quality of her work?
18    A.   Again, I do not recall the exact words, so I
19 can't recall whether that is the words I used or not.
20 The general gist of it was, I believe, my
21 recollection is that it was to allow her time to get
22 her arms around her workload.

1  Q. And isn't it the case also --

2  A. That was in response to, I think, the third
3  or fourth time she asked.

4  Q. And isn't it the case also that one of the
5  other analysts stated to you that she did not think
6  it was appropriate to discuss personnel matters in a
7  group meeting?

8  A. I didn't view that as a personnel-related
9  matter. I don't recall that, but could very well
10 have been the case. I don't have any specific recall
11 of that whatsoever. I would agree, it would not have
12 been appropriate to discuss personnel matters.

13 Q. But you don't regard handling your work load
14 as a personnel matter?

15 A. No, I don't regard -- if we went much beyond
16 that in specifics, it could have gotten there, but,
17 no.

18 Q. What about quality of work, would you regard
19 that as a personnel matter?

20 A. Not unless there were specifics that go
21 beyond that very generic statement, no.

22 Q. And just let me be clear on this. Did you

1  in fact discuss with Ms. Lee reassigning her
2  countries before this meeting?
3      A.   I don't recall whether we did before the
4  meeting.  I don't recall that we discussed it before
5  the meeting.  I know one of the purposes of the
6  meeting was -- among the primary purposes of that
7  meeting was to have that discussion.
8      Q.   And do you recall the date of that meeting?
9      A.   I don't recall the exact date, no.
10          MR. DAY:  Nothing further.
11          MS. BRASWELL:  That is it.  We are finished.
12 He will read and sign.
13          (Whereupon, at 11:29 a.m., the taking of the
14 deposition was concluded.)
15          (Signature not waived.)
16                    - - -
17
18
19
20
21
22