**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENDA J. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1335 (RWR) |
| | ) |
| DONALD C. WINTER, | ) |
| SECRETARY OF THE NAVY | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss and for Summary Judgment, Plaintiff's Opposition, Defendant's Reply, if any, and the full record, it is hereby this _____ day of _____, **ORDERED:**

1. That Defendant's Motion is DENIED; and

2. That a Pretrial Conference in this case is set for _____ at _____ in Courtroom _____.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE