Case 1:05-cv-00654-RWR   Document 109   Filed 11/08/2007   Page 1 of 1
Case 1:05-cv-01335-RWR   Document 35   Filed 11/08/2007   Page 1 of 1
LEAVE TO BE GRANTED

2613 Southern Avenue #201
Temple Hills, Maryland 20748
13 September 2007

United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 2001

Re:  The withdrawal of Charles W. Day of Gebhardt & Associates from my Case - C.A. No 05-1335 (RWR) to which Judge Richard W. Roberts is assigned

On 13 September 2007, I received a letter from Attorney Joseph D. Gebhardt dated 11 September 2007 stating that on 12 September 2007 he would be filing a Motion with the court to Withdraw from my case. His letter stated that if I object to the withdrawal, I should notify the court in writing within five days as required by Local Rule 83.6 (c).

I feel it very unfair that after 2 ½ years of waiting that I should now have to seek another attorney.
I upheld the terms as outlined in the Contract. It is Gerhardt & Associates who has not kept to the terms. For this reason, I do not consent to the withdrawal of Gebhardt & Associates from my case, without a refund.

Mr. Gebhardt did not indicate whether the required five days were after receiving notification of motion or after the filing of the motion. It is to ensure that I meet the five day deadline that I write this letter today.

Respectfully,

Brenda J. Lee