```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                        )
                                      )
          Plaintiff,                  )
                                      )
     v.                               ) Civil No. 05-1335 RWR
                                      )
GORDON R. ENGLAND, Secretary,         )
United States Navy,                   )
                                      )
          Defendant.                  )
                                      )
```

DEFENDANT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b), defendant hereby moves for an extension of time, to and including January 14, 2008, in which to respond to plaintiff's opposition to defendant's dispositive motion. The extended period requested is because right after plaintiff filed her opposition to defendant's dispositive motion, the 90-year old mother of lead defense counsel on this case, Assistant U.S. Attorney Marina Utgoff Braswell, became critically ill. Ms. Braswell has had to be out of the office, and out of town, numerous days during the last few weeks in order to take her mother to repeated doctor and hospital visits and to care for her. The diagnostic process has not yet been completed and will require Ms. Braswell's continued periodic absences from the office for the next few weeks.

Accordingly, in order to allow sufficient time for Ms.

Braswell to work with agency representatives in preparing the reply in this case, given her expected need to be periodically absent from the office, an extension to January 14, 2008, for the filing of that reply is needed.

Plaintiff's counsel has graciously consented to this motion.

Therefore, for the foregoing reasons, defendant respectfully requests that this unopposed motion be granted.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226


SO ORDERED:

_____      _____
DATE                            UNITED STATES DISTRICT JUDGE