```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                      )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )  Civil No. 05-1335 RWR
                                    )
GORDON R. ENGLAND, Secretary,       )
United States Navy,                 )
                                    )
        Defendant.                  )
                                    )
```

DEFENDANT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b), defendant hereby moves for an extension of time, to and including January 31, 2008, in which to respond to plaintiff's opposition to defendant's dispositive motion.  The further extension sought is based on the fact that on December 26, 2007, the elderly mother of lead defense counsel, Marina Utgoff Braswell, went into the hospital with kidney failure.  Ms. Braswell has been spending most of her time at the hospital since that date.  Yesterday a decision was made by Ms. Braswell's mother to end medical treatment and be taken to her home in Annapolis.  Ms. Braswell intends to accompany her mother and remain with her for the time left, and must be out of the office until that time.

Accordingly, in order to allow sufficient time for Ms. Braswell to work with agency representatives in preparing the reply in this case, given her absence from the office, an

extension to January 31, 2008, for the filing of that reply is needed.

    Plaintiff's counsel has graciously consented to this motion.

    Therefore, for the foregoing reasons, defendant respectfully requests that this unopposed motion be granted.

                  Respectfully submitted,

                    /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                    /s/
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                    /s/
                MARINA UTGOFF BRASWELL, D.C. BAR #416587
                Assistant United States Attorney
                U.S. Attorney's Office
                555 4th Street, N.W. - Civil Division
                Washington, D.C. 20530
                (202) 514-7226

SO ORDERED:

_____       _____
DATE                                       UNITED STATES DISTRICT JUDGE