```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRENDA J. LEE,                      )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )  Civil No. 05-1335 RWR
                                    )
GORDON R. ENGLAND, Secretary,       )
United States Navy,                 )
                                    )
        Defendant.                  )
_____)
```

DEFENDANT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b), defendant hereby moves for a further extension of time, to and including February 8, 2008, in which to respond to plaintiff's opposition to defendant's dispositive motion.  The further extension sought is based on the fact that the elderly mother of lead defense counsel, Marina Utgoff Braswell, died January 12, 2008.  Ms. Braswell has had to be out of the office almost every day since, to attend to certain matters associated with her mother's death, and will need to be out of the office another four days next week.

Accordingly, in order to allow sufficient time for Ms. Braswell to work with agency representatives in completing the reply in this case, given her absence from the office, an extension to February 8, 2008, for the filing of that reply is needed.

Plaintiff's counsel has graciously consented to this motion.

Therefore, for the foregoing reasons, defendant respectfully requests that this unopposed motion be granted.

>            Respectfully submitted,
>
>            _____/s/_____
>            JEFFREY A. TAYLOR, D.C. BAR # 498610
>            United States Attorney
>
>            _____/s/_____
>            RUDOLPH CONTRERAS, D.C. BAR # 434122
>            Assistant United States Attorney
>
>            _____/s/_____
>            MARINA UTGOFF BRASWELL, D.C. BAR #416587
>            Assistant United States Attorney
>            U.S. Attorney's Office
>            555 4th Street, N.W. - Civil Division
>            Washington, D.C. 20530
>            (202) 514-7226

SO ORDERED:

_____    _____
DATE                              UNITED STATES DISTRICT JUDGE